**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Highland Country Club of Attleboro, Mass. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Highland Country Club, Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 04-1438990 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **104 Mechanic Street** <br> **Attleboro, MA 02703** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bristol** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   __The Highland Country Club of Attleboro, Mass.__   _____
         Name                                                Case number (if known)

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

    ☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

    ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

---

Debtor    The Highland Country Club of Attleboro, Mass.                                  Case number (if known)
              Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   The Highland Country Club of Attleboro, Mass.          Case number (if known)
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1  24  2018
              MM / DD / YYYY

X _____          Edward A. Dion, Jr.
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date  1 / 24 / 2018
Signature of attorney for debtor                    MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**          Email address   **alston@mandkllp.com**

**552968**
Bar number and State

## CERTIFICATE OF VOTE

The undersigned, the Clerk of The Highland Country Club of Attleboro, Mass. (the

"Club"), certifies that on January 11, 2018, the Club's Board of Directors, pursuant to the Club's

bylaws and the Corporation Law of the Commonwealth of Massachusetts, voted, by unanimous

vote, to approve, consent to and take the following actions:

VOTED:    That the Club seek relief under Chapter 7 of the Bankruptcy Code, and
that Edward A. Dion, Jr., the President of the Club (the "Authorized
Officer"), is hereby authorized (i) to prepare and file on behalf of the Club
a petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to
execute on behalf of the Club such petition, schedules and statements as
the Authorized Officer may deem necessary or appropriate in connection
therewith, (iii) to take such steps on behalf of the Club as may be
necessary or appropriate to the Club's bankruptcy case and (iv) to execute
such further documents and do such further acts as the Authorized Officer
may deem necessary or appropriate with respect to the foregoing,
including the delegation of such foregoing authority to other officers and
employees of the Club; the execution of any document or the doing of any
act by the Authorized Officer in connection with such proceedings to be
conclusively presumed to be authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to
represent the Club in all proceedings commenced under or resulting from
these votes;

FURTHER
VOTED:    That this written consent be filed in the minute book of the Club.

Dated: _January 23_, 2018


Joseph F.X. Casey, Clerk

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   **The Highland Country Club of Attleboro, Mass.**                    Case No.
                                                 Debtor(s)                     Chapter        **7**

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] _____**Edward A. Dion, Jr.**_____, *hereby declare(s) under penalty of perjury* that all of the information contained in the Debtor's Petition, Schedules, Lists and Statements (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:                                   Signed: _____
    *1-24-18*                                    Edward A. Dion, Jr.
                                                 (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:                                   Signed: _____
    *1/24/2018*                                   David B. Madoff 552968
                                                 Attorney for Affiant

**Fill in this information to identify the case:**

Debtor name    **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *1-24-18*          x _____
                                Signature of individual signing on behalf of debtor

                                **Edward A. Dion, Jr.**
                                Printed name

                                **President**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **1,400,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    **500,304.08**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    **1,900,304.08**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,311,843.36**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **464,196.01**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $    **1,776,039.37**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __The Highland Country Club of Attleboro, Mass.__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bristol County Savings Bank** | **Savings** | **2547** | **$201.69** |
| 3.2. | **Bristol County Savings Bank** | **Payroll** | **7529** | **$102.38** |
| 3.3. | **Bristol County Savings Bank** | **Operating** | **7421** | **$1,633.54** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,937.61 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**                     Case number *(If known)* _____
      Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 25,309.47 | - | 0.00 = .... $25,309.47 |
| | | face amount | | doubtful or uncollectible accounts |

| 12. | **Total of Part 3.** | $25,309.47 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Assorted liquor** | | $0.00 | | $15,000.00 |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | $15,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2010 GMC Sierra** | $0.00 | | $21,137.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See asset list appended hereto** | $0.00 | | $436,920.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $458,057.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number *(If known)* _____
        Name

| 55.1. | **104 Mechanic Street,** **Attleboro, MA** | **Fee Simple** | **$0.00** | | **$1,400,000.00** |

| 56. | **Total of Part 9.** | **$1,400,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**                     Case number *(If known)* _____
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,937.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,309.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $458,057.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $1,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $500,304.08 | + 91b. $1,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,900,304.08 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

SDSHIGHC2OC  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017  1:29 PM
Page 1

**Group: BUILDING ADDITIONS**

**OLD ITEMS**

| Asset Id | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 621 | masonry fence 9th tee | 1/01/72 | 60,758 | 0 | 0 | 60,758 | 0 | 60,758 | 0 | S/L | 50.00 |
| 700 | fence | 4/19/73 | 1,252 | 0 | 0 | 1,252 | 0 | 1,252 | 0 | S/L | 20.00 |
| 701 | new entrance | 5/29/73 | 4,015 | 0 | 0 | 4,015 | 0 | 4,015 | 0 | S/L | 20.00 |
| 702 | new door, etc | 11/30/74 | 16,000 | 0 | 0 | 16,000 | 0 | 16,000 | 0 | S/L | 20.00 |
| 703 | sewer pipe | 1/25/75 | 893 | 0 | 0 | 893 | 0 | 893 | 0 | S/L | 20.00 |
| 704 | excavation | 10/25/76 | 6,404 | 0 | 0 | 6,404 | 0 | 6,404 | 0 | S/L | 25.00 |
| 705 | grill room renovation | 8/13/77 | 1,155 | 0 | 0 | 1,155 | 0 | 1,155 | 0 | S/L | 20.00 |
| 706 | road 4th | 2/15/78 | 3,290 | 0 | 0 | 3,290 | 0 | 3,290 | 0 | S/L | 25.00 |
| 707 | fence | 4/13/81 | 950 | 0 | 0 | 950 | 0 | 950 | 0 | PRE | 10.00 |
| 708 | oil burner | 5/04/81 | 1,528 | 0 | 0 | 1,528 | 0 | 1,528 | 0 | S/L | 20.00 |
| 709 | trees | 6/09/81 | 4,000 | 0 | 0 | 4,000 | 0 | 4,000 | 0 | S/L | 20.00 |
| 710 | ladies locker room | 6/28/82 | 250 | 0 | 0 | 250 | 0 | 250 | 0 | PRE | 15.00 |
| 711 | sprinklers dining room | 1/13/83 | 1,960 | 0 | 0 | 1,960 | 0 | 1,960 | 0 | PRE | 15.00 |
| 712 | compressor | 9/16/83 | 1,683 | 0 | 0 | 1,683 | 0 | 1,683 | 0 | PRE | 15.00 |
| 713 | grease trap | 7/04/84 | 1,940 | 0 | 0 | 1,940 | 0 | 1,940 | 0 | PRE | 15.00 |
| 714 | lighting | 10/24/85 | 3,250 | 0 | 0 | 3,250 | 0 | 3,250 | 0 | PRE | 15.00 |
| 715 | asphalt pro shop lot | 7/31/86 | 1,500 | 0 | 0 | 1,500 | 0 | 1,500 | 0 | PRE | 15.00 |
| 716 | insulate and redo walls | 8/07/86 | 28,856 | 0 | 0 | 28,856 | 0 | 28,856 | 0 | PRE | 20.00 |
| 717 | bar plumbing | 10/03/86 | 20,600 | 0 | 0 | 20,600 | 0 | 20,600 | 0 | PRE | 20.00 |
| 718 | renovations | 10/31/86 | 2,505 | 0 | 0 | 2,505 | 0 | 2,505 | 0 | 15DB | 10.00 |
| 719 | roof/ventilator | 3/30/87 | 206,138 | 0 | 0 | 206,138 | 0 | 206,138 | 0 | 15DB | 20.00 |
| 720 | benches | 3/30/87 | 1,130 | 0 | 0 | 1,130 | 0 | 1,130 | 0 | 20DB | 10.00 |
| 721 | renovations | 9/01/87 | 595 | 0 | 0 | 595 | 0 | 595 | 0 | 20DB | 10.00 |
| 722 | shrubs | 6/30/87 | 32,665 | 0 | 0 | 32,665 | 0 | 32,665 | 0 | 20DB | 20.00 |
| 723 | lights | 9/01/87 | 1,950 | 0 | 0 | 1,950 | 0 | 1,950 | 0 | 15DB | 10.00 |
| 724 | kitchen grill hood | 2/12/88 | 1,288 | 0 | 0 | 1,288 | 0 | 1,288 | 0 | 20DB | 5.00 |
| 725 | tres | 3/29/88 | 7,402 | 0 | 0 | 7,402 | 0 | 7,402 | 0 | 20DB | 10.00 |
| 726 | lighting | 6/21/88 | 2,678 | 0 | 0 | 2,678 | 0 | 2,678 | 0 | 20DB | 10.00 |
| 727 | lampposts | 6/30/88 | 2,400 | 0 | 0 | 2,400 | 0 | 2,400 | 0 | 20DB | 5.00 |
| 728 | alarms | 6/30/88 | 196 | 0 | 0 | 196 | 0 | 196 | 0 | 20DB | 10.00 |
| 729 | artificial trees | 8/16/88 | 3,825 | 0 | 0 | 3,825 | 0 | 3,825 | 0 | 20DB | 5.00 |
| 730 | grill room windows | 9/16/88 | 1,199 | 0 | 0 | 1,199 | 0 | 1,199 | 0 | 20DB | 3.00 |
| 731 | carpeting pro shop | 11/10/88 | 4,148 | 0 | 0 | 4,148 | 0 | 4,148 | 0 | 20DB | 10.00 |
| 732 | bag rack | 2/28/89 | 1,920 | 0 | 0 | 1,920 | 0 | 1,920 | 0 | 20DB | 3.00 |
| 733 | lights | 5/10/89 | 878 | 0 | 0 | 878 | 0 | 878 | 0 | 20DB | 5.00 |
| 734 | painting | 5/18/89 | 1,000 | 0 | 0 | 1,000 | 0 | 1,000 | 0 | 20DB | 5.00 |
| 735 | shower valves | 7/14/89 | 2,525 | 0 | 0 | 2,525 | 0 | 2,525 | 0 | 20DB | 5.00 |
| 736 | doors pro shop | 10/31/89 | 3,245 | 0 | 0 | 3,245 | 0 | 3,245 | 0 | 20DB | 5.00 |
| 737 | circulator pump | 5/15/90 | 734 | 0 | 0 | 486 | 18 | 504 | 230 | 20DB | 40.00 |
| 738 | counter tops | 4/30/90 | 2,149 | 0 | 0 | 2,149 | 0 | 2,149 | 0 | 200DB | 10.00 |
| 739 | heating air cond unit | 10/22/90 | 2,317 | 0 | 0 | 2,317 | 0 | 2,317 | 0 | 200DB | 15.00 |
| 740 | 10 High Pickes | 11/14/90 | 5,738 | 0 | 0 | 3,738 | 143 | 3,881 | 1,829 | 200DB | 40.00 |
| 741 | Screens sprinkler/sign | 4/30/91 | 890 | 0 | 0 | 890 | 0 | 890 | 0 | S/L | 5.00 |
| 742 | Normand sprinkler valves | 1/31/91 | 994 | 0 | 0 | 994 | 0 | 994 | 0 | S/L | 5.00 |
| 743 | remove & install tank | 3/31/92 | 1,664 | 0 | 0 | 1,664 | 0 | 1,664 | 0 | 200DB | 15.00 |
| 744 | diesel tank | 3/31/92 | 11,248 | 0 | 0 | 11,248 | 0 | 11,248 | 0 | S/L | 15.00 |
| 745 | retaining wall #6 | 4/30/92 | 1,375 | 0 | 0 | 1,375 | 0 | 1,375 | 0 | S/L | 15.00 |
| 746 | air cond pro shop | 6/20/92 | 1,466 | 0 | 0 | 1,466 | 0 | 1,466 | 0 | S/L | 15.00 |
| 747 | | 7/31/92 | 1,763 | 0 | 0 | 1,763 | 0 | 1,763 | 0 | S/L | 10.00 |

SDSHGHC2OC  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017   Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017  1:29 PM
Page 2

Group: BUILDING ADDITIONS (continued)

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 748 | hand rail #6 | 8/31/92 | 1,719 | 0 | 0 | 1,719 | 0 | 1,719 | 0 | S/L | 15.00 |
| 749 | A/C service Pro shop | 9/30/92 | 460 | 0 | 0 | 460 | 0 | 460 | 0 | S/L | 5.00 |
| 750 | Fan motor - Kitchen | 9/30/92 | 582 | 0 | 0 | 582 | 0 | 582 | 0 | S/L | 5.00 |
| 751 | Furnace in Barn | 10/31/92 | 946 | 0 | 0 | 946 | 0 | 946 | 0 | S/L | 5.00 |
| 752 | 275 Gallon Fuel Oil Tank | 12/31/92 | 608 | 0 | 0 | 608 | 0 | 608 | 0 | S/L | 5.00 |
| 753 | B-4 Filter | 1/31/93 | 176 | 0 | 0 | 176 | 0 | 176 | 0 | S/L | 5.00 |
| 754 | 412816 Campbell air compr | 3/31/93 | 469 | 0 | 0 | 469 | 0 | 469 | 0 | S/L | 5.00 |
| 755 | Grill bar tile floor | 3/31/93 | 1,655 | 0 | 0 | 1,655 | 0 | 1,655 | 0 | S/L | 5.00 |
| 756 | Recessed lights - grill r | 5/31/93 | 1,045 | 0 | 0 | 1,045 | 0 | 1,045 | 0 | S/L | 5.00 |
| 757 | repair chain link fence | 5/31/93 | 1,046 | 0 | 0 | 1,046 | 0 | 1,046 | 0 | S/L | 5.00 |
| 758 | Repairs to pool roof | 6/30/93 | 3,175 | 0 | 0 | 3,175 | 0 | 3,175 | 0 | S/L | 5.00 |
| 759 | repl circulat on boiler | 6/30/93 | 1,400 | 0 | 0 | 1,400 | 0 | 1,400 | 0 | S/L | 5.00 |
| 760 | materials for wall on 4th | 6/30/93 | 2,468 | 0 | 0 | 2,468 | 0 | 2,468 | 0 | S/L | 10.00 |
| 761 | add'l recessed lights | 6/30/93 | 1,175 | 0 | 0 | 1,175 | 0 | 1,175 | 0 | S/L | 5.00 |
| 762 | Handicap ramp to grill rm | 7/31/93 | 7,350 | 0 | 0 | 7,350 | 0 | 7,350 | 0 | S/L | 10.00 |
| 763 | Legal services - hndcp rm | 8/31/93 | 980 | 0 | 0 | 980 | 0 | 980 | 0 | S/L | 10.00 |
| 764 | Plans,drawings, etc hdcp | 8/31/93 | 2,000 | 0 | 0 | 2,000 | 0 | 2,000 | 0 | S/L | 10.00 |
| 765 | labor,design, const 4th | 8/31/93 | 1,917 | 0 | 0 | 1,917 | 0 | 1,917 | 0 | S/L | 10.00 |
| 766 | balance on handicap ramp | 9/30/93 | 10,093 | 0 | 0 | 10,093 | 0 | 10,093 | 0 | S/L | 10.00 |
| 767 | Memorial trees - course | 9/30/93 | 900 | 0 | 0 | 900 | 0 | 900 | 0 | S/L | 10.00 |
| 768 | Sod for 4th hole | 9/30/93 | 1,229 | 0 | 0 | 1,229 | 0 | 1,229 | 0 | S/L | 10.00 |
| 769 | 3 pole lights labor/mater | 10/31/93 | 340 | 0 | 0 | 340 | 0 | 340 | 0 | S/L | 10.00 |
| 770 | 2. handicap signs in cours | 10/31/93 | 122 | 0 | 0 | 122 | 0 | 122 | 0 | S/L | 5.00 |
| 771 | graded handicap area | 10/31/93 | 2,570 | 0 | 0 | 2,570 | 0 | 2,570 | 0 | S/L | 10.00 |
| 772 | Material for locker room | 10/31/93 | 576 | 0 | 0 | 576 | 0 | 576 | 0 | S/L | 5.00 |
| 773 | Carpeting Mens locker | 11/30/93 | 192 | 0 | 0 | 192 | 0 | 192 | 0 | S/L | 5.00 |
| 774 | Painting - handicap ramp | 12/31/93 | 700 | 0 | 0 | 700 | 0 | 700 | 0 | S/L | 5.00 |
| 775 | AUBINS TRI STATE ELECTRIC | 1/17/94 | 400 | 0 | 0 | 400 | 0 | 400 | 0 | S/L | 5.00 |
| 776 | CERAMIC TILE | 3/31/94 | 1,600 | 0 | 0 | 1,600 | 0 | 1,600 | 0 | S/L | 15.00 |
| 777 | PRO SHOP CONSTRUCTION | 7/01/94 | 8,200 | 0 | 0 | 7,850 | 349 | 8,174 | 4,046 | S/L | 35.00 |
| 778 | PAVE WALKS | 7/28/94 | 18,220 | 0 | 0 | 18,220 | 0 | 18,220 | 0 | S/L | 20.00 |
| 779 | WALL AT FIRST TEE | 7/01/94 | 8,400 | 0 | 0 | 8,400 | 0 | 8,400 | 0 | S/L | 20.00 |
| 780 | TEE & GREEN 1ST TEE | 6/28/94 | 4,246 | 0 | 0 | 4,246 | 0 | 4,246 | 0 | S/L | 20.00 |
| 781 | 1ST TEE READ SAND & GRAVE | 6/29/94 | 2,475 | 0 | 0 | 2,475 | 0 | 2,475 | 0 | S/L | 20.00 |
| 782 | MORSE SAND & GRAVEL | 6/29/94 | 2,940 | 0 | 0 | 2,940 | 0 | 2,940 | 0 | S/L | 20.00 |
| 783 | MATTS LANDSCAPING 1ST TEE | 6/28/94 | 1,394 | 0 | 0 | 1,394 | 0 | 1,394 | 0 | S/L | 20.00 |
| 784 | WESTON NURSERIES | 6/29/94 | 1,425 | 0 | 0 | 1,425 | 0 | 1,425 | 0 | S/L | 20.00 |
| 785 | CAR STOP'S KIRLEY MASONRY | 8/12/94 | 1,414 | 0 | 0 | 1,414 | 0 | 1,414 | 0 | S/L | 20.00 |
| 786 | CORNISH & SILVA | 6/01/94 | 1,212 | 0 | 0 | 1,212 | 0 | 1,212 | 0 | S/L | 20.00 |
| 787 | FENCE | 6/01/94 | 2,000 | 0 | 0 | 2,000 | 0 | 2,000 | 0 | S/L | 20.00 |
| 788 | BRISTON ELECTRIC | 5/22/94 | 1,172 | 0 | 0 | 1,172 | 0 | 1,172 | 0 | S/L | 20.00 |
| 789 | TELEPHONE CABLE | 3/22/94 | 1,734 | 0 | 0 | 1,734 | 0 | 1,734 | 0 | S/L | 20.00 |
| 790 | ATTILE OIL - BOILER | 4/30/94 | 651 | 0 | 0 | 651 | 0 | 651 | 0 | S/L | 5.00 |
| 791 | JOHNSON INDUS. - RAILINGS | 5/31/94 | 4,011 | 0 | 0 | 4,011 | 0 | 4,011 | 0 | S/L | 15.00 |
| 792 | PAINT CLUB HOUSE | 2/10/95 | 627 | 0 | 0 | 627 | 0 | 627 | 0 | S/L | 5.00 |
| 793 | FOUNTAIN 4TH HOLE | 4/01/95 | 5,500 | 0 | 0 | 5,500 | 0 | 5,500 | 0 | S/L | 20.00 |
| 794 | COMPUTER LINE | 2/01/95 | 2,152 | 0 | 0 | 2,152 | 0 | 2,152 | 0 | S/L | 20.00 |
| 795 | CABLE - OUTSIDE LINE | 3/01/95 | 560 | 0 | 0 | 560 | 0 | 560 | 0 | S/L | 20.00 |
| 796 | PHONE SYSTEM | 4/01/95 | 599 | 0 | 0 | 599 | 0 | 599 | 0 | S/L | 20.00 |

SDSHGHC2OC  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

## Book Asset Detail   1/01/17 - 12/31/17

12/01/2017  1:29 PM
Page 3

**Group: BUILDING ADDITIONS (continued)**

| Asset id | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | o | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 797 | CABLE FOR TV | 1/01/95 | 400 | 0 | 0 | 0 | 400 | 0 | 400 | 0 | S/L | 20.00 |
| 798 | PATIO LIGHTS | 4/01/95 | 656 | 0 | 0 | 0 | 656 | 0 | 656 | 0 | S/L | 20.00 |
| 799 | LIGHTS IN TREES | 6/01/95 | 957 | 0 | 0 | 0 | 957 | 0 | 957 | 0 | S/L | 20.00 |
| 800 | TABLES FOR DISWASHER | 7/01/95 | 858 | 0 | 0 | 0 | 858 | 0 | 858 | 0 | S/L | 10.00 |
| 801 | TOILETS, BALL VALVE | 8/25/95 | 1,113 | 0 | 0 | 0 | 1,113 | 0 | 1,113 | 0 | S/L | 10.00 |
| 802 | OFFICE CARPETING | 8/17/95 | 403 | 0 | 0 | 0 | 403 | 0 | 403 | 0 | S/L | 20.00 |
| 803 | 3 WAY PILOT LIGHTS KITCHE | 9/01/95 | 685 | 0 | 0 | 0 | 685 | 0 | 685 | 0 | S/L | 20.00 |
| 804 | GARAGE DOOR | 1/02/96 | 534 | 0 | 0 | 0 | 534 | 0 | 534 | 0 | S/L | 10.00 |
| 805 | THE TILE IMPROVEMENTS | 7/01/96 | 15,184 | 0 | 0 | 0 | 15,184 | 0 | 15,184 | 0 | S/L | 20.00 |
| 806 | ELECTRICAL PANEL | 4/01/96 | 3,642 | 0 | 0 | 0 | 3,642 | 0 | 3,642 | 0 | S/L | 20.00 |
| 807 | CARPETING | 4/01/96 | 10,982 | 0 | 0 | 0 | 10,982 | 0 | 10,982 | 0 | S/L | 5.00 |
| 808 | INSTALLED CARPETING | 4/01/96 | 7,916 | 0 | 0 | 0 | 7,916 | 0 | 7,916 | 0 | S/L | 20.00 |
| 809 | ELECTRICAL | 4/01/96 | 11,100 | 0 | 0 | 0 | 11,100 | 0 | 11,100 | 0 | S/L | 20.00 |
| 810 | renovation plans | 10/01/96 | 8,498 | 0 | 0 | 0 | 8,498 | 0 | 8,498 | 0 | S/L | 10.00 |
| 811 | Grill room const. | 3/27/97 | 140,540 | 0 | 0 | 0 | 138,783 | 1,757 | 140,540 | 0 | S/L | 20.00 |
| 812 | Tile work | 3/05/97 | 10,675 | 0 | 0 | 0 | 10,675 | 0 | 10,675 | 0 | S/L | 15.00 |
| 813 | Carpet - GR | 4/08/97 | 10,473 | 0 | 0 | 0 | 10,473 | 0 | 10,473 | 0 | S/L | 5.00 |
| 814 | Chem. Fire system | 3/12/97 | 1,640 | 0 | 0 | 0 | 1,640 | 0 | 1,640 | 0 | S/L | 5.00 |
| 815 | Counter tops | 3/21/97 | 1,100 | 0 | 0 | 0 | 1,100 | 0 | 1,100 | 0 | S/L | 5.00 |
| 816 | Window treat | 3/10/97 | 2,163 | 0 | 0 | 0 | 2,163 | 0 | 2,163 | 0 | S/L | 5.00 |
| 817 | Bar - GR | 3/10/97 | 240 | 0 | 0 | 0 | 240 | 0 | 240 | 0 | S/L | 5.00 |
| 818 | Ventilation Sys | 4/10/97 | 8,623 | 0 | 0 | 0 | 8,514 | 109 | 8,623 | 0 | S/L | 20.00 |
| 819 | Grill room electric. | 2/26/97 | 1,089 | 0 | 0 | 0 | 1,078 | 11 | 1,089 | 0 | S/L | 20.00 |
| 820 | Tilework - hall/bathroom | 8/22/97 | 2,650 | 0 | 0 | 0 | 2,650 | 0 | 2,650 | 0 | S/L | 15.00 |
| 821 | TV installation | 8/22/97 | 800 | 0 | 0 | 0 | 800 | 0 | 800 | 0 | S/L | 10.00 |
| 822 | Benches | 10/15/97 | 850 | 0 | 0 | 0 | 850 | 0 | 850 | 0 | S/L | 10.00 |
| 823 | | 9/04/97 | 500 | 0 | 0 | 0 | 500 | 0 | 500 | 0 | S/L | 5.00 |
| 824 | Surveying | 7/15/97 | 175 | 0 | 0 | 0 | 175 | 0 | 175 | 0 | S/L | 10.00 |
| 825 | Trees | 6/17/97 | 2,350 | 0 | 0 | 0 | 2,350 | 0 | 2,350 | 0 | S/L | 10.00 |
| 826 | Concrete | 7/21/97 | 599 | 0 | 0 | 0 | 599 | 0 | 599 | 0 | S/L | 10.00 |
| 827 | Hydro seeding | 8/09/97 | 8,820 | 0 | 0 | 0 | 8,820 | 0 | 8,820 | 0 | S/L | 10.00 |
| 828 | Fence | 8/28/97 | 16,855 | 0 | 0 | 0 | 16,855 | 0 | 16,855 | 0 | S/L | 10.00 |
| 829 | Door on cart barn | 5/10/97 | 900 | 0 | 0 | 0 | 900 | 0 | 900 | 0 | S/L | 10.00 |
| 830 | Painting proshop | 6/30/97 | 1,050 | 0 | 0 | 0 | 1,050 | 0 | 1,050 | 0 | S/L | 3.00 |
| 831 | Clubworks? | 3/20/98 | 1,100 | 0 | 0 | 0 | 1,100 | 0 | 1,100 | 0 | S/L | 10.00 |
| 832 | Home depot - supt office? | 3/31/98 | 1,146 | 0 | 0 | 0 | 1,146 | 0 | 1,146 | 0 | S/L | 10.00 |
| 833 | Construction supt office | 3/31/98 | 900 | 0 | 0 | 0 | 900 | 0 | 900 | 0 | S/L | 10.00 |
| 834 | Gazebo | 7/24/98 | 3,280 | 0 | 0 | 0 | 3,280 | 0 | 3,280 | 0 | S/L | 10.00 |
| 835 | Flooring | 3/16/98 | 2,944 | 0 | 0 | 0 | 2,944 | 0 | 2,944 | 0 | S/L | 5.00 |
| 836 | Painting fit | 3/16/98 | 4,961 | 0 | 0 | 0 | 4,961 | 0 | 4,961 | 0 | S/L | 5.00 |
| 837 | Painting fir | 3/16/98 | 3,700 | 0 | 0 | 0 | 3,700 | 0 | 3,700 | 0 | S/L | 5.00 |
| 838 | Bar | 4/30/98 | 2,264 | 0 | 0 | 0 | 2,264 | 0 | 2,264 | 0 | S/L | 10.00 |
| 839 | Alarm | 6/30/98 | 1,000 | 0 | 0 | 0 | 1,000 | 0 | 1,000 | 0 | S/L | 5.00 |
| 840 | Boiler | 5/10/98 | 25,574 | 0 | 0 | 0 | 23,869 | 1,279 | 25,148 | 426 | S/L | 20.00 |
| 841 | Handrail for walkway | 9/30/98 | 975 | 0 | 0 | 0 | 975 | 0 | 975 | 0 | S/L | 20.00 |
| 842 | carpeting | 3/29/99 | 755 | 0 | 0 | 0 | 755 | 0 | 755 | 0 | S/L | 5.00 |
| 843 | slabbing | 3/22/99 | 956 | 0 | 0 | 0 | 956 | 0 | 956 | 0 | S/L | 5.00 |
| 844 | paving | 8/27/99 | 3,450 | 0 | 0 | 0 | 3,450 | 0 | 3,450 | 0 | S/L | 10.00 |
| 845 | Fountain pump | 10/31/99 | 2,282 | 0 | 0 | 0 | 2,282 | 0 | 2,282 | 0 | S/L | 5.00 |

SDSHGHC20C   HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017   Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017  1:29 PM
Page 4

## Group: BUILDING ADDITIONS (continued)

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 855 | Air cond. - grill room | 5/01/99 | 2,930 | 0 | 0 | 2,930 | 0 | 2,930 | 0 | S/L | 10.00 |
| 856 | Hot water tanks | 2/01/99 | 4,860 | 0 | 0 | 4,860 | 0 | 4,860 | 0 | S/L | 10.00 |
| 857 | Air makeup system | 5/01/99 | 4,185 | 0 | 0 | 4,185 | 0 | 4,185 | 0 | S/L | 10.00 |
| 858 | Window treatments | 8/01/99 | 2,358 | 0 | 0 | 2,358 | 0 | 2,358 | 0 | S/L | 10.00 |
| 859 | Treads & tiles | 6/22/99 | 1,682 | 0 | 0 | 1,682 | 0 | 1,682 | 0 | S/L | 5.00 |
| 860 | Toilets | 11/05/99 | 1,728 | 0 | 0 | 1,728 | 0 | 1,728 | 0 | S/L | 5.00 |
| 861 | Lanterns | 11/10/99 | 2,827 | 0 | 0 | 2,827 | 0 | 2,827 | 0 | S/L | 5.00 |
| 862 | Rebuild dishwasher | 12/28/99 | 902 | 0 | 0 | 902 | 0 | 902 | 0 | S/L | 5.00 |
| 863 | Roof | 3/10/00 | 5,480 | 0 | 0 | 4,545 | 270 | 4,815 | 585 | S/L | 20.00 |
| 864 | Boiler | 4/01/00 | 4,487 | 0 | 0 | 4,487 | 0 | 4,487 | 0 | S/L | 15.00 |
| 865 | Boiler | 4/24/00 | 2,518 | 0 | 0 | 2,518 | 0 | 2,518 | 0 | S/L | 20.00 |
| 867 | Paving lots | 6/01/00 | 60,440 | 0 | 0 | 50,115 | 3,022 | 53,137 | 7,303 | S/L | 10.00 |
| 868 | Urinal flushometer | 4/17/00 | 1,765 | 0 | 0 | 1,765 | 0 | 1,765 | 0 | S/L | 10.00 |
| 869 | lighting clubhouse walks | 1/03/00 | 1,262 | 0 | 0 | 1,262 | 0 | 1,262 | 0 | S/L | 10.00 |
| 887 | makeup air system | 9/17/01 | 3,950 | 0 | 0 | 3,950 | 0 | 3,950 | 0 | S/L | 15.00 |
| 888 | electrical work | 7/31/01 | 1,630 | 0 | 0 | 1,630 | 0 | 1,630 | 0 | S/L | 15.00 |
| 894 | 9th hole railing/materials | 12/20/01 | 2,829 | 0 | 0 | 2,829 | 0 | 2,829 | 0 | S/L | 15.00 |
| 896 | Mirrors | 12/22/01 | 1,119 | 0 | 0 | 1,119 | 0 | 1,119 | 0 | S/L | 15.00 |
| 897 | Flooring | 12/27/01 | 1,575 | 0 | 0 | 1,575 | 0 | 1,575 | 0 | S/L | 15.00 |
| 898 | Toilets | 11/21/01 | 2,029 | 0 | 0 | 2,029 | 0 | 2,029 | 0 | S/L | 15.00 |
| 899 | Ventilation system | 9/06/02 | 3,509 | 0 | 0 | 3,509 | 0 | 3,509 | 0 | S/L | 15.00 |
| 909 | Ventilation system | 11/27/01 | 2,500 | 0 | 0 | 2,389 | 111 | 2,500 | 0 | S/L | 15.00 |
| 918 | Fencing (golf range) | 8/31/02 | 5,502 | 0 | 0 | 5,257 | 245 | 5,502 | 0 | S/L | 15.00 |
| 919 | Practice tees (cement work) | 6/30/02 | 1,475 | 0 | 0 | 1,426 | 49 | 1,475 | 0 | S/L | 15.00 |
| 933 | 9th hole - granite steps | 1/31/02 | 1,079 | 0 | 0 | 1,073 | 6 | 1,079 | 0 | S/L | 15.00 |
| 934 | 9th hole - steps materials | 1/31/02 | 1,057 | 0 | 0 | 1,051 | 6 | 1,057 | 0 | S/L | 15.00 |
| 935 | 9th hole - labor/materials | 2/22/02 | 4,500 | 0 | 0 | 4,450 | 50 | 4,500 | 0 | S/L | 15.00 |
| 936 | Cart paths | 4/30/02 | 23,144 | 0 | 0 | 22,629 | 515 | 23,144 | 0 | S/L | 15.00 |
| 937 | Cart paths | 6/30/02 | 43,269 | 0 | 0 | 41,327 | 1,442 | 43,269 | 0 | S/L | 15.00 |
| 938 | Cart paths | 7/30/02 | 3,045 | 0 | 0 | 2,927 | 118 | 3,045 | 0 | S/L | 15.00 |
| 939 | Driving range imp. | 9/30/02 | 11,390 | 0 | 0 | 10,821 | 569 | 11,390 | 0 | S/L | 15.00 |
| 940 | Cart paths | 11/02/02 | 2,500 | 0 | 0 | 2,361 | 139 | 2,500 | 0 | S/L | 15.00 |
| 953 | Credit card machine | 11/15/02 | 2,079 | 0 | 0 | 2,079 | 0 | 2,079 | 0 | S/L | 5.00 |
| 962 | Tiling/railings | 2/28/03 | 1,225 | 0 | 0 | 1,130 | 81 | 1,211 | 14 | S/L | 15.00 |
| 982 | Vent system | 11/15/02 | 4,750 | 0 | 0 | 3,642 | 316 | 3,958 | 792 | S/L | 15.00 |
| 983 | Roof replacement | 10/17/05 | 92,202 | 0 | 0 | 68,639 | 6,147 | 74,786 | 17,416 | S/L | 15.00 |
| 984 | Pump house improvements | 8/23/05 | 6,600 | 0 | 0 | 4,987 | 440 | 5,427 | 1,173 | S/L | 15.00 |
| 985 | Hol #1 Beautification | 6/14/05 | 5,500 | 0 | 0 | 4,247 | 367 | 4,614 | 886 | S/L | 15.00 |
| 987 | Window treatments | 6/15/06 | 5,500 | 0 | 0 | 4,251 | 367 | 4,618 | 882 | S/L | 10.00 |
| 988 | Carpeting | 4/19/06 | 21,051 | 0 | 0 | 15,467 | 1,450 | 16,917 | 4,134 | S/L | 10.00 |
| 990 | Tile & 8th tee projects | 6/30/06 | 13,000 | 0 | 0 | 6,825 | 650 | 7,475 | 5,525 | S/L | 20.00 |
| 994 | Roof restoration work | 1/07/06 | 788 | 0 | 0 | 578 | 52 | 630 | 158 | S/L | 5.00 |
| 1004 | Painting | 4/30/06 | 11,350 | 0 | 0 | 11,350 | 0 | 11,350 | 0 | S/L | 15.00 |
| 1005 | Ladies lavatory improvements | 3/16/06 | 1,270 | 0 | 0 | 910 | 85 | 995 | 275 | S/L | 15.00 |
| 1006 | Vanity top replacements | 3/06/06 | 2,350 | 0 | 0 | 1,697 | 157 | 1,854 | 496 | S/L | 10.00 |
| 1007 | Window treatments | 9/12/06 | 1,376 | 0 | 0 | 1,376 | 0 | 1,376 | 0 | S/L | 10.00 |
| 1008 | Aerial photographs | 10/23/06 | 7,450 | 0 | 0 | 7,450 | 0 | 7,450 | 0 | S/L | 10.00 |
| 1009 | Benches | 5/16/06 | 1,807 | 0 | 0 | 1,807 | 0 | 1,807 | 0 | S/L | 10.00 |
| 1010 | Course improvements | 10/10/06 | 11,568 | 0 | 0 | 7,905 | 771 | 8,676 | 2,892 | S/L | 15.00 |

SDSHIGHC2OC   HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017   Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017   1:29 PM
Page 5

Group: BUILDING ADDITIONS (continued)

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1012 | New ladies tee | 11/16/06 | 2,500 | 0 | | 0 | 1,681 | 166 | 1,847 | 653 | S/L | 15.00 |
| 1015 | Turf project (driving range) | 2/27/07 | 3,720 | 0 | | 0 | 3,658 | 62 | 3,720 | 0 | S/L | 10.00 |
| 1018 | Driving range improvements | 4/04/07 | 8,350 | 0 | | 0 | 8,141 | 209 | 8,350 | 0 | S/L | 10.00 |
| 1020 | Painting | 4/04/07 | 22,425 | 0 | | 0 | 22,425 | 0 | 22,425 | 0 | S/L | 5.00 |
| 1021 | Course benches | 6/13/07 | 1,208 | 0 | | 0 | 1,168 | 40 | 1,208 | 0 | S/L | 10.00 |
| 1022 | Paving | 5/04/07 | 5,800 | 0 | | 0 | 5,510 | 290 | 5,800 | 0 | S/L | 10.00 |
| 1027 | Course remodel | 6/19/07 | 283,721 | 0 | | 283,721 | 0 | 0 | 0 | 283,721 | S/L | 50.00 |
| 1031 | Parking lot lights | 12/28/07 | 1,655 | 0 | | 0 | 1,655 | 0 | 1,655 | 0 | S/L | 7.00 |
| 1032 | Sprinkler heads | 11/20/07 | 1,650 | 0 | | 0 | 1,499 | 151 | 1,650 | 0 | S/L | 10.00 |
| 1033 | Grounds bridge | 1/03/07 | 1,450 | 0 | | 0 | 966 | 97 | 1,063 | 387 | S/L | 15.00 |
| 1035 | Course stands | 12/20/07 | 70,814 | 0 | | 0 | 42,488 | 4,721 | 47,209 | 23,605 | S/L | 15.00 |
| 1037 | Cooler/freezer floors | 1/07/08 | 4,880 | 0 | | 0 | 4,392 | 488 | 4,880 | 0 | S/L | 10.00 |
| 1039 | Clubhouse roof | 4/03/08 | 8,750 | 0 | | 0 | 7,656 | 875 | 8,531 | 219 | S/L | 10.00 |
| 1040 | Chandaliers | 5/09/08 | 12,693 | 0 | | 0 | 11,001 | 1,269 | 12,270 | 423 | S/L | 10.00 |
| 1041 | Clubhouse ceiling tiles | 4/23/08 | 11,800 | 0 | | 0 | 10,227 | 1,180 | 11,407 | 393 | S/L | 10.00 |
| 1042 | A/c system | 6/06/08 | 11,037 | 0 | | 0 | 6,316 | 735 | 7,051 | 3,986 | S/L | 15.00 |
| 1044 | Pumphouse roof | 8/04/08 | 2,700 | 0 | | 0 | 1,515 | 180 | 1,695 | 1,005 | S/L | 15.00 |
| 1045 | Pond fountain | 9/11/08 | 1,007 | 0 | | 0 | 819 | 101 | 920 | 87 | S/L | 10.00 |
| 1046 | Course remodel - Phase II | 11/26/08 | 44,241 | 0 | | 0 | 23,841 | 2,949 | 26,790 | 17,451 | S/L | 15.00 |
| 1047 | Course remodel - Phase II | 11/26/08 | 170,898 | 0 | | 170,898 | 0 | 0 | 0 | 170,898 | S/L | 10.00 |
| 1082 | Catch basin paving | 6/22/10 | 5,600 | 0 | | 0 | 3,640 | 560 | 4,200 | 1,400 | S/L | 10.00 |
| 1083 | Remodel bar of ballroom | 2/03/10 | 2,500 | 0 | | 0 | 1,625 | 250 | 1,875 | 625 | S/L | 10.00 |
| 1084 | Lower kitchen remodel | 11/11/10 | 5,000 | 0 | | 0 | 2,306 | 333 | 2,639 | 2,361 | S/L | 15.00 |
| 1085 | Kitchen electrical | 1/19/11 | 4,800 | 0 | | 0 | 1,973 | 320 | 2,293 | 2,507 | S/L | 15.00 |
| 1087 | Kitchen exhaust | 1/31/11 | 1,675 | 0 | | 0 | 661 | 111 | 772 | 903 | S/L | 15.00 |
| 1092 | Grillroom carpeting | 6/29/11 | 3,975 | 0 | | 0 | 1,568 | 265 | 1,833 | 2,142 | S/L | 15.00 |
| 1093 | Hot water tank | 7/05/11 | 11,552 | 0 | | 0 | 4,236 | 770 | 5,006 | 6,546 | S/L | 15.00 |
| 1094 | New poles for wires | 7/05/11 | 2,975 | 0 | | 0 | 1,716 | 217 | 1,933 | 1,046 | S/L | 10.00 |
| 1110 | Walkway | 1/29/12 | 2,175 | 0 | | 0 | 1,125 | 210 | 1,335 | 840 | S/L | 10.00 |
| 1111 | Pond #8 renovation | 7/25/12 | 7,166 | 0 | | 0 | 2,448 | 717 | 3,165 | 4,001 | S/L | 10.00 |
| 1119 | Driveway lights | 11/13/13 | 2,876 | 0 | | 0 | 911 | 287 | 1,198 | 1,678 | S/L | 10.00 |
| 1120 | Cart path improvements | 4/02/13 | 6,500 | 0 | | 0 | 2,438 | 650 | 3,088 | 3,412 | S/L | 10.00 |
| 1122 | Ductwork improvements | 5/10/13 | 2,480 | 0 | | 0 | 909 | 248 | 1,157 | 1,323 | S/L | 10.00 |
| 1128 | Walk-in cooler floor | 1/14/14 | 2,050 | 0 | | 0 | 615 | 205 | 820 | 1,230 | S/L | 10.00 |
| 1129 | Rooftop a/c sys for lobby | 5/07/14 | 10,924 | 0 | | 0 | 2,913 | 1,092 | 4,005 | 6,919 | S/L | 10.00 |
| 1130 | Roof structure – equip bldg | 5/31/14 | 8,000 | 0 | | 0 | 2,067 | 800 | 2,867 | 5,133 | S/L | 10.00 |
| 1131 | Outswing door | 7/09/14 | 1,570 | 0 | | 0 | 393 | 157 | 550 | 1,020 | S/L | 10.00 |
| 1133 | Condenser for walk-in cooler | 8/31/14 | 5,478 | 0 | | 0 | 1,298 | 548 | 1,846 | 3,632 | S/L | 10.00 |
| 1134 | Master tex for fire sys | 5/22/14 | 4,500 | 0 | | 0 | 1,163 | 450 | 1,613 | 2,887 | S/L | 10.00 |
| 1136 | Roof on maint bldg | 11/05/15 | 64,674 | 0 | | 0 | 5,015 | 4,298 | 9,313 | 55,361 | S/L | 15.00 |
| 1137 | Boiler | 5/12/15 | 3,508 | 0 | | 0 | 835 | 501 | 1,336 | 2,172 | S/L | 7.00 |
| 1140 | Interior solar shades | 4/30/15 | 2,530 | 0 | | 0 | 281 | 169 | 450 | 2,080 | S/L | 15.00 |
| 1142 | Fire alarm panel | 5/31/15 | 5,327 | 0 | | 0 | 562 | 355 | 917 | 4,410 | S/L | 15.00 |
| 1144 | Flooring | 12/29/16 | 4,408 | 0 | | 0 | 269 | 294 | 563 | 3,845 | S/L | 15.00 |
| 1145 | Boiler | 2/08/16 | 2,961 | 0 | | 0 | 181 | 197 | 378 | 2,583 | S/L | 15.00 |
| 1146 | Kirklan hydronic heater | 3/01/16 | 9,212 | 0 | | 0 | 512 | 614 | 1,126 | 8,086 | S/L | 15.00 |
| 1147 | Dance floor | 3/21/16 | 1,700 | 0 | | 0 | 85 | 113 | 198 | 1,502 | S/L | 15.00 |
| 1147 | 275 gallon oil tank | 3/21/16 | | 0 | | | | | | | S/L | |

SDSHIGHC20C   HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017   Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017   1:29 PM
Page 6

| Asset t/d | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: BUILDING ADDITIONS (continued)** | | | | | | | | | | | | |
| 1152 | Ballroom/front entrance carpet | 4/13/16 | 33,601 | 0 | | 0 | 2,520 | 3,360 | 5,880 | 27,721 | S/L | 10.00 |
| 1153 | Men's locker room carpet | 2/28/16 | 72,217 | 0 | | 0 | 601 | 722 | 1,323 | 5,894 | S/L | 10.00 |
| 1154 | Ladies locker room toilet stalls | 4/27/16 | 1,175 | 0 | | 0 | 52 | 79 | 131 | 1,044 | S/L | 15.00 |
| 1155 | Men's locker room toilet stalls | 6/16/16 | 1,939 | 0 | | 0 | 65 | 129 | 194 | 1,745 | S/L | 15.00 |
| 1156 | Men's locker room reno | 7/11/16 | 2,116 | 0 | | 0 | 151 | 302 | 453 | 1,663 | S/L | 7.00 |
| 1157 | Basement evaporator | 8/12/16 | 2,240 | 0 | | 0 | 62 | 150 | 212 | 2,028 | S/L | 15.00 |
| 1158 | Men's locker room LED lights | 1/19/17 | 750 | 0c | | 0 | 0 | 46 | 46 | 704 | S/L | 15.00 |
| 1163 | Skylight Rooftop condenser | 5/04/17 | 5,701 | 0c | | 0 | 0 | 253 | 253 | 5,448 | S/L | 15.00 |
| | **BUILDING ADDITIONS** | | 2,223,401 | 0c | | 454,619 | 1,444,182 | 54,492 | 1,498,674 | 729,727 | | |
| **Group: BUILDINGS** | | | | | | | | | | | | |
| 3 | OLD ITEMS | 1/01/72 | 18,390 | 0 | | 0 | 18,390 | 0 | 18,390 | 0 | S/L | 50.00 |
| 320 | Greens tees, etc | 11/29/75 | 180,000 | 0 | | 0 | 180,000 | 0 | 180,000 | 0 | S/L | 20.00 |
| 600 | trees | 12/29/72 | 645 | 0 | | 0 | 645 | 0 | 645 | 0 | S/L | 20.00 |
| 601 | bldg | 12/29/75 | 199,061 | 0 | | 0 | 199,061 | 0 | 199,061 | 0 | S/L | 25.00 |
| 602 | cart storage barn | 5/30/81 | 8,395 | 0 | | 0 | 8,395 | 0 | 8,395 | 0 | S/L | 15.00 |
| 603 | trees | 5/25/84 | 225 | 0 | | 0 | 225 | 0 | 225 | 0 | PRE | 15.0 |
| 604 | trees | 5/10/89 | 2,297 | 0 | | 0 | 2,297 | 0 | 2,297 | 0 | 200DB | 10.0 |
| 605 | downspouts | 5/24/89 | 1,342 | 0 | | 0 | 1,342 | 0 | 1,342 | 0 | 200DB | 10.0 |
| 606 | eat barn | 5/31/89 | 18,600 | 0 | | 0 | 18,600 | 0 | 18,600 | 0 | 150DB | 15.0 |
| 607 | bluestone | 6/03/89 | 2,780 | 0 | | 0 | 2,780 | 0 | 2,780 | 0 | 200DB | 10.0 |
| 608 | shrubs | 6/07/89 | 13,789 | 0 | | 0 | 13,789 | 0 | 13,789 | 0 | 200DB | 10.0 |
| 609 | patio lights | 6/15/89 | 1,500 | 0 | | 0 | 1,500 | 0 | 1,500 | 0 | 200DB | 10.0 |
| 610 | lights | 7/27/89 | 1,340 | 0 | | 0 | 1,340 | 0 | 1,340 | 0 | 200DB | 10.0 |
| 611 | hand rail | 10/16/89 | 1,508 | 0 | | 0 | 1,508 | 0 | 1,508 | 0 | 200DB | 10.0 |
| 612 | asphalt cartpaths | 11/14/89 | 3,500 | 0 | | 0 | 3,500 | 0 | 3,500 | 0 | 200DB | 10.0 |
| 613 | trees | 4/27/90 | 331 | 0 | | 0 | 331 | 0 | 331 | 0 | 200DB | 3.0 |
| 614 | windows main. bldg | 10/31/90 | 645 | 0 | | 0 | 645 | 0 | 645 | 0 | S/L | 10.00 |
| 615 | renovations | 10/31/90 | 689,050 | 0 | | 0 | 450,751 | 17,226 | 467,977 | 221,073 | S/L | 40.00 |
| 616 | seal parking lot | 12/01/90 | 6,400 | 0 | | 0 | 6,400 | 0 | 6,400 | 0 | S/L | 15.00 |
| 617 | alarm system | 5/15/90 | 7,700 | 0 | | 0 | 5,026 | 193 | 5,219 | 2,481 | S/L | 40.00 |
| 618 | hand rail | 5/15/90 | 1,971 | 0 | | 0 | 1,971 | 0 | 1,971 | 0 | S/L | 20.00 |
| 619 | awnings | 9/30/90 | 2,265 | 0 | | 0 | 1,490 | 57 | 1,547 | 718 | S/L | 40.00 |
| 620 | renovations - s/p | 5/15/90 | 7,500 | 0c | | 0 | 5,005 | 188 | 5,193 | 2,307 | S/L | 40.00 |
| | **BUILDINGS** | | 1,169,234 | 0c | | 0 | 924,991 | 17,664 | 942,655 | 226,579 | | |
| **Group: COURSE EQUIPMENT** | | | | | | | | | | | | |
| 424 | Manual reel grinder | 3/31/93 | 2,410 | 0 | | 0 | 2,410 | 0 | 2,410 | 0 | S/L | 10.00 |
| 428 | Pressure washer | 12/31/93 | 2,280 | 0 | | 0 | 2,280 | 0 | 2,280 | 0 | S/L | 10.00 |
| 434 | JAE 720 E SWEEPER | 4/08/96 | 8,455 | 0 | | 0 | 8,455 | 0 | 8,455 | 0 | S/L | 10.00 |
| 438 | Snow thrower | 12/06/96 | 1,265 | 0 | | 0 | 1,265 | 0 | 1,265 | 0 | S/L | 5.00 |
| 439 | Snow thrower | 4/09/97 | 662 | 0 | | 0 | 662 | 0 | 662 | 0 | S/L | 10.00 |
| 443 | Polisaw | 3/31/98 | 8,495 | 0 | | 0 | 8,495 | 0 | 8,495 | 0 | S/L | 10.00 |
| 443 | Harvester and top dresser | 6/17/98 | 6,090 | 0 | | 0 | 6,090 | 0 | 6,090 | 0 | S/L | 5.00 |
| 449 | Cutting units | 6/17/98 | | 0 | | 0 | | 0 | | 0 | S/L | 10.00 |
| 452 | toro multi pro | 6/01/99 | 32,900 | 0 | | 0 | 32,900 | 0 | 32,900 | 0 | S/L | 10.00 |
| 455 | ask turf articulator | 8/01/99 | 14,500 | 0 | | 0 | 14,500 | 0 | 14,500 | 0 | S/L | 10.00 |

SDSHGHC20C  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017   Mfr: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017 1:29 PM
Page 7

Group: COURSE EQUIPMENT (continued)

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 882 | branches | 7/22/87 | 750 | 0 | 0 | 750 | 0 | 750 | 0 | 200DB | 10.0 |
| 891 | greens mower | 4/30/01 | 28,407 | 0 | 0 | 28,407 | 0 | 28,407 | 0 | S/L | 7.00 |
| 929 | Tri plex mower | 4/18/02 | 18,270 | 0 | 0 | 18,270 | 0 | 18,270 | 0 | S/L | 7.00 |
| 972 | Range equipment | 4/30/04 | 2,823 | 0 | 0 | 2,823 | 0 | 2,823 | 0 | S/L | 5.00 |
| 993 | Submersible pumps | 4/20/06 | 3,200 | 0 | 0 | 3,200 | 0 | 3,200 | 0 | S/L | 50.00 |
| 1053 | Course remodel - Phase II final | 1/01/09 | 3,438 | 0 | 3,438 | 0 | 0 | 0 | 3,438 | S/L | |
| 1060 | Lastec Articulator 3682 | 3/15/09 | 28,245 | 0 | 0 | 28,245 | 0 | 28,245 | 0 | S/L | 7.00 |
| 1061 | Tycrop Pro-pass 180 | 3/15/09 | 10,815 | 0 | 0 | 10,815 | 0 | 10,815 | 0 | S/L | 7.00 |
| 1062 | Tow hose reel 648 | 3/15/09 | 1,990 | 0 | 0 | 1,990 | 0 | 1,990 | 0 | S/L | 7.00 |
| 1063 | Toro pro cart 648 | 3/15/09 | 22,838 | 0 | 0 | 22,838 | 0 | 22,838 | 0 | S/L | 7.00 |
| 1064 | Kubota 4240 tractor | 3/15/09 | 26,565 | 0 | 0 | 26,565 | 0 | 26,565 | 0 | S/L | 7.00 |
| 1065 | Toro 5400D mowing unit (2) | 3/15/09 | 10,500 | 0 | 0 | 10,500 | 0 | 10,500 | 0 | S/L | 7.00 |
| 1066 | Toro 3300D workman | 3/15/09 | 14,984 | 0 | 0 | 14,984 | 0 | 14,984 | 0 | S/L | 7.00 |
| 1067 | Jacobsen G-plex | 3/15/09 | 11,970 | 0 | 0 | 11,970 | 0 | 11,970 | 0 | S/L | 7.00 |
| 1068 | Jacobsen PGM mowers (3) | 3/15/09 | 9,450 | 0 | 0 | 9,450 | 0 | 9,450 | 0 | S/L | 7.00 |
| 1069 | Club cars - gas (2) | 3/15/09 | 6,720 | 0 | 0 | 6,720 | 0 | 6,720 | 0 | S/L | 7.00 |
| 1070 | Club car - electric | 3/15/09 | 3,360 | 0 | 0 | 3,360 | 0 | 3,360 | 0 | S/L | 7.00 |
| 1071 | Vicon 3 point hitch | 3/15/09 | 1,260 | 0 | 0 | 1,260 | 0 | 1,260 | 0 | S/L | 7.00 |
| 1072 | Jacobsen 526 mower | 3/15/09 | 3,675 | 0 | 0 | 3,675 | 0 | 3,675 | 0 | S/L | 7.00 |
| 1073 | Cushman utility vehicle | 3/15/09 | 5,775 | 0 | 0 | 5,775 | 0 | 5,775 | 0 | S/L | 7.00 |
| 1074 | Deere 1200A bunker rake | 3/15/09 | 4,095 | 0 | 0 | 4,095 | 0 | 4,095 | 0 | S/L | 7.00 |
| 1075 | Greens roller | 3/15/09 | 1,050 | 0 | 0 | 1,050 | 0 | 1,050 | 0 | S/L | 7.00 |
| 1076 | Blower | 3/15/09 | 7,082 | 0 | 0 | 7,082 | 0 | 7,082 | 0 | S/L | 7.00 |
| 1078 | Gas storage tank | 5/28/10 | 25,613 | 0 | 0 | 11,241 | 1,708 | 12,949 | 12,664 | S/L | 15.00 |
| 1080 | Truck plow | 11/12/10 | 1,712 | 0 | 0 | 1,712 | 0 | 1,712 | 0 | S/L | 5.00 |
| 1095 | Toro 3100 Triplex mower | 6/08/11 | 2,000 | 0 | 0 | 1,595 | 286 | 1,881 | 119 | S/L | 7.00 |
| 1096 | Toro Flex mower | 3/17/11 | 2,625 | 0 | 0 | 2,156 | 375 | 2,531 | 94 | S/L | 7.00 |
| 1105 | 2007 club car | 3/12/12 | 4,383 | 0 | 0 | 3,026 | 626 | 3,652 | 731 | S/L | 7.00 |
| 1106 | 2006 Toro greensmaster | 3/22/12 | 9,995 | 0 | 0 | 6,782 | 1,428 | 8,210 | 1,785 | S/L | 7.00 |
| 1107 | Cushman Turf Thuckster | 2/13/12 | 18,594 | 0 | 0 | 13,060 | 2,656 | 15,716 | 2,878 | S/L | 7.00 |
| 1108 | Golf mats | 4/19/12 | 1,533 | 0 | 0 | 1,022 | 219 | 1,241 | 292 | S/L | 7.00 |
| 1109 | GenAir 38XXL for ponds | 7/22/13 | 976 | 0 | 0 | 476 | 140 | 616 | 360 | S/L | 7.00 |
| 1117 | Kubota BR92 backhoe | 7/22/13 | 8,720 | 0 | 0 | 3,530 | 1,245 | 4,775 | 3,945 | S/L | 7.00 |
| 1123 | 2004 Toro 1250 Multipro sprayer | 4/19/12 | 8,000 | 0 | 0 | 3,238 | 1,143 | 4,381 | 3,619 | S/L | 7.00 |
| 1124 | Lastec 721XR Articulator | 3/15/14 | 19,950 | 0 | 0 | 8,075 | 2,850 | 10,925 | 9,025 | S/L | 7.00 |
| 1125 | 2010 Toro 5410 Mower | 3/24/14 | 12,500 | 0 | 0 | 5,060 | 1,785 | 6,845 | 5,655 | S/L | 7.00 |
| 1126 | Jacobson G-Plex mower | 3/10/14 | 11,000 | 0 | 0 | 4,452 | 1,572 | 6,024 | 4,976 | S/L | 7.00 |
| 1161 | Jacobson LF3400 | 11/11/17 | 8,500 | 0 | 0 | 0 | 202 | 202 | 8,298 | S/L | 7.00 |
| 1162 | Toro 3150 Triplex | 4/20/17 | 2,500 | 0 | 0 | 0 | 238 | 238 | 2,262 | S/L | 7.00 |
| | **COURSE EQUIPMENT** | | 447,815 | 0 | 3,438 | 369,628 | 17,172 | 386,800 | 61,015 | | |

Group: EQUIPMENT

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | computer | 7/21/86 | 5,085 | 0 | 0 | 5,085 | 0 | 5,085 | 0 | PRE | 10.0 |
| 5 | phone system | 10/31/86 | 3,329 | 0 | 0 | 3,329 | 0 | 3,329 | 0 | PRE | 5.0 |
| 6 | computer training | 9/30/87 | 10,551 | 0 | 0 | 10,551 | 0 | 10,551 | 0 | 200DB | 10.0 |
| 7 | mailing machine | 12/22/87 | 2,819 | 0 | 0 | 2,819 | 0 | 2,819 | 0 | 200DB | 5.0 |

SDSHIGHC20C  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017 1:29 PM
Page 8

Group: EQUIPMENT (continued)

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | typewriter | 4/25/89 | 551 | 0 | 0 | 551 | 0 | 551 | 0 | 200DB | 5.0 |
| 101 | air conditioner | 5/15/78 | 3,800 | 0 | 0 | 3,800 | 0 | 3,800 | 0 | S/L | 20.00 |
| 102 | fire alarm system | 9/01/80 | 2,325 | 0 | 0 | 2,325 | 0 | 2,325 | 0 | S/L | 20.00 |
| 104 | air conditioner | 5/01/80 | 3,575 | 0 | 0 | 3,575 | 0 | 3,575 | 0 | S/L | 10.00 |
| 105 | burglar alarm | 5/15/82 | 800 | 0 | 0 | 800 | 0 | 800 | 0 | PRE | 15.0 |
| 106 | sinks ladies locker room | 5/07/82 | 279 | 0 | 0 | 279 | 0 | 279 | 0 | PRE | 15.0 |
| 107 | sprinklers | 1/13/83 | 1,683 | 0 | 0 | 1,683 | 0 | 1,683 | 0 | PRE | 10.0 |
| 108 | cable tv pole | 4/10/84 | 430 | 0 | 0 | 430 | 0 | 430 | 0 | PRE | 15.0 |
| 109 | fire extinguisher system | 7/10/85 | 900 | 0 | 0 | 900 | 0 | 900 | 0 | PRE | 15.0 |
| 110 | exhaust hood | 5/08/85 | 650 | 0 | 0 | 650 | 0 | 650 | 0 | PRE | 15.0 |
| 111 | beer cooler | 3/21/86 | 1,260 | 0 | 0 | 1,260 | 0 | 1,260 | 0 | PRE | 5.0 |
| 115 | lockers | 10/14/86 | 3,418 | 0 | 0 | 3,418 | 0 | 3,418 | 0 | PRE | 15.0 |
| 116 | piano | 4/08/87 | 3,100 | 0 | 0 | 3,100 | 0 | 3,100 | 0 | 200DB | 7.0 |
| 117 | wine steward | 3/18/88 | 1,155 | 0 | 0 | 1,155 | 0 | 1,155 | 0 | 200DB | 5.0 |
| 118 | kitchen equipment | 4/20/88 | 7,529 | 0 | 0 | 7,529 | 0 | 7,529 | 0 | 200DB | 10.0 |
| 119 | designer fee | 4/04/88 | 1,500 | 0 | 0 | 1,500 | 0 | 1,500 | 0 | 200DB | 10.0 |
| 120 | fire extinguisher system | 4/11/88 | 1,315 | 0 | 0 | 1,315 | 0 | 1,315 | 0 | 200DB | 10.0 |
| 121 | propane tanks | 4/30/88 | 961 | 0 | 0 | 961 | 0 | 961 | 0 | 200DB | 10.0 |
| 122 | floor tile | 5/10/88 | 871 | 0 | 0 | 871 | 0 | 871 | 0 | 200DB | 5.0 |
| 123 | 2 sinks and dishwasher | 5/10/88 | 1,065 | 0 | 0 | 1,065 | 0 | 1,065 | 0 | 200DB | 10.0 |
| 124 | cash registers | 8/01/88 | 11,265 | 0 | 0 | 11,265 | 0 | 11,265 | 0 | 200DB | 10.0 |
| 125 | air conditioners | 8/09/88 | 11,492 | 0 | 0 | 11,492 | 0 | 11,492 | 0 | 200DB | 5.0 |
| 126 | audio system | 10/30/88 | 2,078 | 0 | 0 | 2,078 | 0 | 2,078 | 0 | 200DB | 5.0 |
| 127 | salad bar | 11/20/89 | 548 | 0 | 0 | 548 | 0 | 548 | 0 | 200DB | 3.0 |
| 129 | apple computer | 9/15/89 | 9,309 | 0 | 0 | 9,309 | 0 | 9,309 | 0 | 200DB | 5.0 |
| 130 | computer accessories | 11/20/89 | 228 | 0 | 0 | 228 | 0 | 228 | 0 | 200DB | 5.0 |
| 132 | television & vcr | 9/15/89 | 518 | 0 | 0 | 518 | 0 | 518 | 0 | 200DB | 5.0 |
| 133 | chairs | 6/01/89 | 836 | 0 | 0 | 836 | 0 | 836 | 0 | 200DB | 10.0 |
| 134 | tables & chairs | 7/18/89 | 3,568 | 0 | 0 | 3,568 | 0 | 3,568 | 0 | 200DB | 5.0 |
| 135 | racks | 6/20/89 | 1,747 | 0 | 0 | 1,747 | 0 | 1,747 | 0 | 200DB | 5.0 |
| 136 | gas broiler | 7/01/89 | 1,395 | 0 | 0 | 1,395 | 0 | 1,395 | 0 | 200DB | 5.0 |
| 137 | freezer | 4/20/89 | 456 | 0 | 0 | 456 | 0 | 456 | 0 | 200DB | 5.0 |
| 138 | candelabra | 3/25/89 | 238 | 0 | 0 | 238 | 0 | 238 | 0 | 200DB | 3.0 |
| 139 | champagne fountain | 3/13/89 | 715 | 0 | 0 | 715 | 0 | 715 | 0 | 200DB | 3.0 |
| 140 | time clock | 3/16/89 | 389 | 0 | 0 | 389 | 0 | 389 | 0 | S/L | 5.00 |
| 141 | dishwasher | 5/01/90 | 2,100 | 0 | 0 | 2,100 | 0 | 2,100 | 0 | S/L | 5.00 |
| 142 | flatware | 7/16/90 | 3,780 | 0 | 0 | 3,780 | 0 | 3,780 | 0 | S/L | 5.00 |
| 143 | artificial trees | 10/05/90 | 813 | 0 | 0 | 813 | 0 | 813 | 0 | S/L | 10.00 |
| 145 | chandeliers | 10/30/90 | 327 | 0 | 0 | 327 | 0 | 327 | 0 | S/L | 10.00 |
| 146 | kitchen equip | 8/01/90 | 4,970 | 0 | 0 | 4,970 | 0 | 4,970 | 0 | S/L | 10.00 |
| 149 | stereo system | 12/04/90 | 2,991 | 0 | 0 | 2,991 | 0 | 2,991 | 0 | S/L | 10.00 |
| 150 | office furniture | 10/18/90 | 5,340 | 0 | 0 | 5,340 | 0 | 5,340 | 0 | S/L | 10.00 |
| 151 | ice machine | 12/07/90 | 998 | 0 | 0 | 998 | 0 | 998 | 0 | S/L | 10.00 |
| 152 | Dining room chairs | 6/30/91 | 6,745 | 0 | 0 | 6,745 | 0 | 6,745 | 0 | S/L | 5.00 |
| 153 | Refrigerator-used | 6/30/91 | 600 | 0 | 0 | 600 | 0 | 600 | 0 | S/L | 5.00 |
| 153 | OLD FULLY DEPREC EQUIP | 1/01/75 | 81,101 | 0 | 0 | 81,101 | 0 | 81,101 | 0 | S/L | 50.00 |
| 154 | Stereo System | 9/30/92 | 720 | 0 | 0 | 720 | 0 | 720 | 0 | S/L | 10.00 |
| 156 | sink for bar station | 3/31/93 | 321 | 0 | 0 | 321 | 0 | 321 | 0 | S/L | 10.00 |
| 156 | Polished mirror | 4/30/93 | 454 | 0 | 0 | 454 | 0 | 454 | 0 | S/L | 5.00 |

SDSHIGHGC20C   HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017 1:29 PM
Page 9

**Group: EQUIPMENT (continued)**

| Asset Id | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | Terra turf/ball area | 4/30/93 | 1,599 | 0 | 0 | 1,599 | 0 | 1,599 | 0 | S/L | 5.00 |
| 158 | labor for tera turf | 4/30/93 | 241 | 0 | 0 | 241 | 0 | 241 | 0 | S/L | 5.00 |
| 159 | connect bar sinks | 4/30/93 | 714 | 0 | 0 | 714 | 0 | 714 | 0 | S/L | 5.00 |
| 160 | new bar faucet | 4/30/93 | 220 | 0 | 0 | 220 | 0 | 220 | 0 | S/L | 10.00 |
| 161 | Ice machine | 6/30/93 | 2,462 | 0 | 0 | 2,462 | 0 | 2,462 | 0 | S/L | 5.00 |
| 162 | automatic paper folder | 7/31/93 | 630 | 0 | 0 | 630 | 0 | 630 | 0 | S/L | 5.00 |
| 163 | Power sharpooer | 10/31/93 | 1,819 | 0 | 0 | 1,819 | 0 | 1,819 | 0 | S/L | 5.00 |
| 164 | Men's lockers | 10/31/93 | 5,312 | 0 | 0 | 5,312 | 0 | 5,312 | 0 | S/L | 10.00 |
| 165 | Spike master carpeting | 10/31/93 | 670 | 0 | 0 | 670 | 0 | 670 | 0 | S/L | 5.00 |
| 166 | MILTON SHAW ROOM DIVIDER | 4/30/94 | 2,352 | 0 | 0 | 2,352 | 0 | 2,352 | 0 | S/L | 5.00 |
| 167 | OFFICE EQUIPMENT | 4/30/94 | 742 | 0 | 0 | 742 | 0 | 742 | 0 | S/L | 5.00 |
| 168 | SAFE | 4/23/94 | 378 | 0 | 0 | 378 | 0 | 378 | 0 | S/L | 5.00 |
| 169 | NEW LIFE UPHOLSTERY | 4/07/94 | 4,693 | 0 | 0 | 4,693 | 0 | 4,693 | 0 | S/L | 7.00 |
| 170 | COOLER | 5/03/94 | 1,095 | 0 | 0 | 1,095 | 0 | 1,095 | 0 | S/L | 7.00 |
| 171 | OFFICE EQUIPMENT | 8/22/94 | 11,300 | 0 | 0 | 11,300 | 0 | 11,300 | 0 | S/L | 10.00 |
| 172 | REFRIGERATION UNIT | 9/01/94 | 733 | 0 | 0 | 733 | 0 | 733 | 0 | S/L | 7.00 |
| 173 | SHELVES FOR FREEZER | 9/15/94 | 2,835 | 0 | 0 | 2,835 | 0 | 2,835 | 0 | S/L | 7.00 |
| 174 | DISHWASHER | 9/26/94 | 12,805 | 0 | 0 | 12,805 | 0 | 12,805 | 0 | S/L | 7.00 |
| 175 | PHONE SYSTEM | 12/23/94 | 406 | 0 | 0 | 406 | 0 | 406 | 0 | S/L | 7.00 |
| 176 | ADDITIONAL ECONOTEL PHON | 12/23/94 | 1,000 | 0 | 0 | 1,000 | 0 | 1,000 | 0 | S/L | 5.00 |
| 177 | MISC | 1/17/95 | 1,024 | 0 | 0 | 1,024 | 0 | 1,024 | 0 | S/L | 5.00 |
| 178 | HANDICAP COMPUTER | 2/01/95 | 749 | 0 | 0 | 749 | 0 | 749 | 0 | S/L | 10.00 |
| 179 | OFFICE EQUIP | 2/01/95 | 304 | 0 | 0 | 304 | 0 | 304 | 0 | S/L | 5.00 |
| 180 | PRINTER STAND | 2/01/95 | 489 | 0 | 0 | 489 | 0 | 489 | 0 | S/L | 7.00 |
| 181 | BRACKET FOR TV | 1/01/95 | 943 | 0 | 0 | 943 | 0 | 943 | 0 | S/L | 5.00 |
| 182 | TV - BIG SCREEN | 2/01/95 | 1,379 | 0 | 0 | 1,379 | 0 | 1,379 | 0 | S/L | 5.00 |
| 183 | TOM MILLETTE | 2/01/95 | 29,617 | 0 | 0 | 29,617 | 0 | 29,617 | 0 | S/L | 5.00 |
| 184 | COMPUTER SOFTWARE/HARDWARE/ | 2/01/95 | 511 | 0 | 0 | 511 | 0 | 511 | 0 | S/L | 5.00 |
| 185 | SIMPLEX TIMECLOCK | 4/01/95 | 2,660 | 0 | 0 | 2,660 | 0 | 2,660 | 0 | S/L | 5.00 |
| 186 | ICE MACHINE | 4/01/95 | 425 | 0 | 0 | 425 | 0 | 425 | 0 | S/L | 5.00 |
| 187 | OFFICE CHAIRS | 2/01/95 | 1,800 | 0 | 0 | 1,800 | 0 | 1,800 | 0 | S/L | 5.00 |
| 188 | COMPAQ COMPUTER/FURNITU | 7/01/95 | 1,505 | 0 | 0 | 1,505 | 0 | 1,505 | 0 | S/L | 5.00 |
| 189 | BLINDS | 9/01/95 | 228 | 0 | 0 | 228 | 0 | 228 | 0 | S/L | 5.00 |
| 190 | CONFERENCE TABLE | 3/01/96 | 15,633 | 0 | 0 | 15,633 | 0 | 15,633 | 0 | S/L | 10.00 |
| 191 | FREEZER AND COOLER | 3/01/96 | 5,700 | 0 | 0 | 5,700 | 0 | 5,700 | 0 | S/L | 10.00 |
| 192 | OVENS | 3/01/96 | 11,260 | 0 | 0 | 11,260 | 0 | 11,260 | 0 | S/L | 10.00 |
| 193 | OVENS AND KITCHEN EQUIP | 3/01/96 | 619 | 0 | 0 | 619 | 0 | 619 | 0 | S/L | 10.00 |
| 194 | POTATO PEELER | 3/01/96 | 397 | 0 | 0 | 397 | 0 | 397 | 0 | S/L | 5.00 |
| 195 | KITCHEN EQUIP | 3/01/96 | 217 | 0 | 0 | 217 | 0 | 217 | 0 | S/L | 5.00 |
| 196 | KITCHEN EQUIP - USED | 3/01/96 | 3,832 | 0 | 0 | 3,832 | 0 | 3,832 | 0 | S/L | 5.00 |
| 197 | KCH-DN REF. & MISC KITCH | 3/01/96 | 1,154 | 0 | 0 | 1,154 | 0 | 1,154 | 0 | S/L | 5.00 |
| 198 | KITCHEN EQUIPMENT | 4/01/96 | 725 | 0 | 0 | 725 | 0 | 725 | 0 | S/L | 5.00 |
| 199 | KITCHEN EQUIP | 4/01/96 | 591 | 0 | 0 | 591 | 0 | 591 | 0 | S/L | 5.00 |
| 200 | KITCHEN EQUIPMENT | 4/01/96 | 561 | 0 | 0 | 561 | 0 | 561 | 0 | S/L | 5.00 |
| 201 | TABLES | 4/01/96 | 437 | 0 | 0 | 437 | 0 | 437 | 0 | S/L | 5.00 |
| 202 | MISC KITCHEN EQUIP | 9/01/96 | 12,289 | 0 | 0 | 12,289 | 0 | 12,289 | 0 | S/L | 5.00 |
| 203 | DISHWASHER | 3/01/96 | 800 | 0 | 0 | 800 | 0 | 800 | 0 | S/L | 5.00 |
| 204 | Storage cabinet/mug frost | 3/27/97 | 7,283 | 0 | 0 | 7,283 | 0 | 7,283 | 0 | S/L | 10.00 |
| 205 | Grill room fixt | 3/27/97 | 15,070 | 0 | 0 | 15,070 | 0 | 15,070 | 0 | S/L | 10.00 |

SDSHGHC2OC HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017  1:29 PM
Page 10

**Group: EQUIPMENT (continued)**

| Asset Id | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 206 | Grill room plates/saucers | 3/25/97 | 1,261 | 0 | 0 | 1,261 | 0 | 1,261 | 0 | S/L | 5.00 |
| 207 | Griddle top | 3/14/97 | 634 | 0 | 0 | 634 | 0 | 634 | 0 | S/L | 5.00 |
| 208 | Mixing glasses/blenders | 3/27/97 | 381 | 0 | 0 | 381 | 0 | 381 | 0 | S/L | 5.00 |
| 209 | Silverware | 4/10/97 | 1,271 | 0 | 0 | 1,271 | 0 | 1,271 | 0 | S/L | 5.00 |
| 210 | Plates - G/R | 4/03/97 | 577 | 0 | 0 | 577 | 0 | 577 | 0 | S/L | 5.00 |
| 211 | Misc. kitchen equip | 3/14/97 | 1,056 | 0 | 0 | 1,056 | 0 | 1,056 | 0 | S/L | 10.00 |
| 212 | Dishwasher | 3/13/97 | 675 | 0 | 0 | 675 | 0 | 675 | 0 | S/L | 10.00 |
| 213 | Condensing units | 3/25/97 | 3,525 | 0 | 0 | 3,525 | 0 | 3,525 | 0 | S/L | 10.00 |
| 214 | Booster htr for dishwash. | 3/10/97 | 472 | 0 | 0 | 472 | 0 | 472 | 0 | S/L | 10.00 |
| 215 | G/R furniture | 3/11/97 | 994 | 0 | 0 | 994 | 0 | 994 | 0 | S/L | 5.00 |
| 216 | Stereo system | 3/15/97 | 2,768 | 0 | 0 | 2,768 | 0 | 2,768 | 0 | S/L | 5.00 |
| 217 | Computer system | 2/27/97 | 954 | 0 | 0 | 954 | 0 | 954 | 0 | S/L | 5.00 |
| 218 | Condensing unit | 9/02/97 | 2,086 | 0 | 0 | 2,086 | 0 | 2,086 | 0 | S/L | 5.00 |
| 219 | Steam cleaner | 9/23/97 | 1,275 | 0 | 0 | 1,275 | 0 | 1,275 | 0 | S/L | 5.00 |
| 220 | T.V. - grill room | 9/01/97 | 820 | 0 | 0 | 820 | 0 | 820 | 0 | S/L | 3.00 |
| 221 | Misc. Admin | 2/12/97 | 502 | 0 | 0 | 502 | 0 | 502 | 0 | S/L | 5.00 |
| 222 | Tables | 11/24/97 | 634 | 0 | 0 | 634 | 0 | 634 | 0 | S/L | 3.00 |
| 223 | Computer | 4/30/98 | 8,672 | 0 | 0 | 8,672 | 0 | 8,672 | 0 | S/L | 5.00 |
| 224 | Hydro pump | 6/23/98 | 1,350 | 0 | 0 | 1,350 | 0 | 1,350 | 0 | S/L | 5.00 |
| 225 | Radios | 5/15/98 | 888 | 0 | 0 | 888 | 0 | 888 | 0 | S/L | 5.00 |
| 226 | Power washer | 5/15/98 | 571 | 0 | 0 | 571 | 0 | 571 | 0 | S/L | 5.00 |
| 227 | Air conditioner | 5/31/98 | 1,211 | 0 | 0 | 1,211 | 0 | 1,211 | 0 | S/L | 10.00 |
| 228 | Computer | 4/30/98 | 2,454 | 0 | 0 | 2,454 | 0 | 2,454 | 0 | S/L | 5.00 |
| 229 | Desk | 5/31/98 | 499 | 0 | 0 | 499 | 0 | 499 | 0 | S/L | 5.00 |
| 230 | Furniture | 6/30/98 | 946 | 0 | 0 | 946 | 0 | 946 | 0 | S/L | 5.00 |
| 231 | Furniture | 8/18/98 | 689 | 0 | 0 | 689 | 0 | 689 | 0 | S/L | 5.00 |
| 232 | Cooler | 9/25/98 | 1,133 | 0 | 0 | 1,133 | 0 | 1,133 | 0 | S/L | 5.00 |
| 233 | Kitchen equipment | 11/30/98 | 1,114 | 0 | 0 | 1,114 | 0 | 1,114 | 0 | S/L | 5.00 |
| 234 | computers | 12/31/98 | 1,811 | 0 | 0 | 1,811 | 0 | 1,811 | 0 | S/L | 5.00 |
| 235 | Course equipment | 11/30/98 | 650 | 0 | 0 | 650 | 0 | 650 | 0 | S/L | 5.00 |
| 236 | air compressor | 7/16/99 | 525 | 0 | 0 | 525 | 0 | 525 | 0 | S/L | 10.00 |
| 237 | furnace | 10/31/99 | 2,830 | 0 | 0 | 2,830 | 0 | 2,830 | 0 | S/L | 10.00 |
| 238 | Chartroller & acc. | 4/01/99 | 3,195 | 0 | 0 | 3,195 | 0 | 3,195 | 0 | S/L | 5.00 |
| 239 | Chairs/tables | 8/31/99 | 1,920 | 0 | 0 | 1,920 | 0 | 1,920 | 0 | S/L | 5.00 |
| 240 | Chairs | 10/31/99 | 940 | 0 | 0 | 940 | 0 | 940 | 0 | S/L | 5.00 |
| 241 | Seclusive kennels | 3/31/00 | 3,555 | 0 | 0 | 3,555 | 0 | 3,555 | 0 | S/L | 10.00 |
| 242 | Chairs | 3/51/00 | 3,594 | 0 | 0 | 3,594 | 0 | 3,594 | 0 | S/L | 10.00 |
| 243 | Stove | 4/07/00 | 3,870 | 0 | 0 | 3,870 | 0 | 3,870 | 0 | S/L | 10.00 |
| 244 | China | 7/22/00 | 10,130 | 0 | 0 | 10,130 | 0 | 10,130 | 0 | S/L | 10.00 |
| 245 | Printers | 3/21/00 | 820 | 0 | 0 | 820 | 0 | 820 | 0 | S/L | 5.00 |
| 246 | Printer | 4/12/00 | 1,306 | 0 | 0 | 1,306 | 0 | 1,306 | 0 | S/L | 5.00 |
| 870 | copier | 4/29/86 | 2,195 | 0 | 0 | 2,195 | 0 | 2,195 | 0 | PRE | 5.0 |
| 871 | computer | 6/11/86 | 3,000 | 0 | 0 | 3,000 | 0 | 3,000 | 0 | PRE | 5.0 |
| 872 | computer desk | 7/09/86 | 500 | 0 | 0 | 500 | 0 | 500 | 0 | PRE | 5.00 |
| 884 | Comp. workshop/printer | 11/03/00 | 830 | 0 | 0 | 830 | 0 | 830 | 0 | S/L | 5.00 |
| 885 | avery piano | 7/25/01 | 6,745 | 0 | 0 | 6,745 | 0 | 6,745 | 0 | S/L | 10.00 |
| 886 | sysco fryer | 8/31/01 | 885 | 0 | 0 | 885 | 0 | 885 | 0 | S/L | 5.00 |
| 889 | KP Systems computer | 4/30/01 | 1,650 | 0 | 0 | 1,650 | 0 | 1,650 | 0 | S/L | 5.00 |
| 890 | handicap system computer | 8/31/01 | 1,342 | 0 | 0 | 1,342 | 0 | 1,342 | 0 | S/L | 5.00 |

SDSHIGHC20C  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

# Book Asset Detail  1/01/17 - 12/31/17

12/01/2017  1:29 PM
Page 11

**Group: EQUIPMENT (continued)**

| Asset Id | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 892 | Printers | 7/31/01 | 743 | 0 | 0 | 743 | 0 | 743 | 0 | S/L | 5.00 |
| 893 | Computer | 12/01/01 | 1,410 | 0 | 0 | 1,410 | 0 | 1,410 | 0 | S/L | 5.00 |
| 835 | Mgr. computer | 11/28/01 | 1,648 | 0 | 0 | 1,648 | 0 | 1,648 | 0 | S/L | 5.00 |
| 900 | Oven | 1/11/02 | 735 | 0 | 0 | 735 | 0 | 735 | 0 | S/L | 5.00 |
| 901 | Software | 6/30/02 | 16,458 | 0 | 0 | 16,458 | 0 | 16,458 | 0 | S/L | 5.00 |
| 902 | Hardware | 6/30/02 | 23,220 | 0 | 0 | 23,220 | 0 | 23,220 | 0 | S/L | 5.00 |
| 903 | Power backups | 6/30/02 | 1,430 | 0 | 0 | 1,430 | 0 | 1,430 | 0 | S/L | 5.00 |
| 904 | A/C (for ball room) | 7/31/02 | 11,656 | 0 | 0 | 11,656 | 0 | 11,656 | 0 | S/L | 5.00 |
| 905 | Workstation / hutch | 8/31/02 | 1,025 | 0 | 0 | 1,025 | 0 | 1,025 | 0 | S/L | 5.00 |
| 906 | Chairs | 9/30/02 | 7,653 | 0 | 0 | 7,653 | 0 | 7,653 | 0 | S/L | 5.00 |
| 907 | Computer training | 8/31/02 | 3,617 | 0 | 0 | 3,617 | 0 | 3,617 | 0 | S/L | 5.00 |
| 908 | Hardware | 10/01/02 | 2,382 | 0 | 0 | 2,382 | 0 | 2,382 | 0 | S/L | 5.00 |
| 909 | Power washer | 1/07/02 | 732 | 0 | 0 | 732 | 0 | 732 | 0 | S/L | 5.00 |
| 910 | Hardware | 6/30/02 | 732 | 0 | 0 | 732 | 0 | 732 | 0 | S/L | 5.00 |
| 911 | Software | 6/30/02 | 1,281 | 0 | 0 | 1,281 | 0 | 1,281 | 0 | S/L | 5.00 |
| 912 | Hardware | 6/30/02 | 2,369 | 0 | 0 | 2,369 | 0 | 2,369 | 0 | S/L | 5.00 |
| 913 | Power backups | 6/30/02 | 146 | 0 | 0 | 146 | 0 | 146 | 0 | S/L | 5.00 |
| 914 | Hutch | 7/31/02 | 875 | 0 | 0 | 875 | 0 | 875 | 0 | S/L | 5.00 |
| 915 | Computer training | 8/31/02 | 369 | 0 | 0 | 369 | 0 | 369 | 0 | S/L | 5.00 |
| 920 | Software | 6/30/02 | 15,111 | 0 | 0 | 15,111 | 0 | 15,111 | 0 | S/L | 5.00 |
| 921 | Hardware | 6/30/02 | 21,799 | 0 | 0 | 21,799 | 0 | 21,799 | 0 | S/L | 5.00 |
| 922 | Power backups | 6/30/02 | 1,343 | 0 | 0 | 1,343 | 0 | 1,343 | 0 | S/L | 5.00 |
| 923 | Hutch | 7/31/02 | 875 | 0 | 0 | 875 | 0 | 875 | 0 | S/L | 5.00 |
| 924 | Air conditioner | 7/31/02 | 3,300 | 0 | 0 | 3,300 | 0 | 3,300 | 0 | S/L | 5.00 |
| 925 | Computer training | 8/31/02 | 3,395 | 0 | 0 | 3,395 | 0 | 3,395 | 0 | S/L | 5.00 |
| 926 | Time clock | 7/31/02 | 593 | 0 | 0 | 593 | 0 | 593 | 0 | S/L | 5.00 |
| 941 | Computer equip. | 11/15/02 | 3,187 | 0 | 0 | 3,187 | 0 | 3,187 | 0 | S/L | 5.00 |
| 942 | Computer training | 6/15/02 | 275 | 0 | 0 | 275 | 0 | 275 | 0 | S/L | 5.00 |
| 943 | Computer equip. | 6/15/02 | 275 | 0 | 0 | 275 | 0 | 275 | 0 | S/L | 5.00 |
| 944 | Computer equip. | 6/15/02 | 275 | 0 | 0 | 275 | 0 | 275 | 0 | S/L | 5.00 |
| 945 | Computer training | 10/15/02 | 1,013 | 0 | 0 | 1,013 | 0 | 1,013 | 0 | S/L | 5.00 |
| 946 | Computer training | 11/15/02 | 1,013 | 0 | 0 | 1,013 | 0 | 1,013 | 0 | S/L | 5.00 |
| 947 | Computer training | 12/15/02 | 700 | 0 | 0 | 700 | 0 | 700 | 0 | S/L | 5.00 |
| 948 | Computer training | 12/15/02 | 256 | 0 | 0 | 256 | 0 | 256 | 0 | S/L | 5.00 |
| 949 | Computer training | 12/15/02 | 256 | 0 | 0 | 256 | 0 | 256 | 0 | S/L | 5.00 |
| 950 | Computer training | 9/15/02 | 450 | 0 | 0 | 450 | 0 | 450 | 0 | S/L | 5.00 |
| 951 | Computer training | 9/15/02 | 1,019 | 0 | 0 | 1,019 | 0 | 1,019 | 0 | S/L | 5.00 |
| 952 | Computer training | 12/15/02 | 1,019 | 0 | 0 | 1,019 | 0 | 1,019 | 0 | S/L | 5.00 |
| 954 | Software training | 3/11/03 | 3,733 | 0 | 0 | 3,733 | 0 | 3,733 | 0 | S/L | 5.00 |
| 955 | Oven | 2/28/03 | 2,506 | 0 | 0 | 2,506 | 0 | 2,506 | 0 | S/L | 7.00 |
| 956 | Air conditioning | 4/30/03 | 1,513 | 0 | 0 | 1,513 | 0 | 1,513 | 0 | S/L | 10.00 |
| 957 | Software training | 7/31/03 | 12,065 | 0 | 0 | 12,065 | 0 | 12,065 | 0 | S/L | 5.00 |
| 958 | Computer/equipment | 2/28/03 | 2,506 | 0 | 0 | 2,506 | 0 | 2,506 | 0 | S/L | 5.00 |
| 959 | Air conditioner | 6/30/03 | 1,290 | 0 | 0 | 1,290 | 0 | 1,290 | 0 | S/L | 5.00 |
| 960 | Computer equipment | 5/31/03 | 551 | 0 | 0 | 551 | 0 | 551 | 0 | S/L | 5.00 |
| 963 | Food slicer | 11/15/03 | 2,379 | 0 | 0 | 2,379 | 0 | 2,379 | 0 | S/L | 5.00 |
| 964 | Computer equipment | 3/01/04 | 2,635 | 0 | 0 | 2,635 | 0 | 2,635 | 0 | S/L | 5.00 |
| 965 | Software | 3/25/04 | 2,013 | 0 | 0 | 2,013 | 0 | 2,013 | 0 | S/L | 5.00 |
| 966 | Chairs & tables | 5/31/04 | 8,600 | 0 | 0 | 8,600 | 0 | 8,600 | 0 | S/L | 5.00 |
| 967 | Furniture | 5/07/04 | 8,554 | 0 | 0 | 8,554 | 0 | 8,554 | 0 | S/L | 5.00 |

SDSHIGHC2OC  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017 Mth: 12/31/2017

## Book Asset Detail   1/01/17 - 12/31/17

12/01/2017  1:29 PM
Page 12

Group: EQUIPMENT (continued)

| Asset Id | Property Description | Date in Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 968 | Laser printer | 10/01/04 | 1,367 | 0 | 0 | 1,367 | 0 | 1,367 | 0 | S/L | 3.00 |
| 969 | Air conditioners | 5/00/04 | 7,268 | 0 | 0 | 7,268 | 0 | 7,268 | 0 | S/L | 5.00 |
| 970 | Alarm system | 4/30/04 | 1,950 | 0 | 0 | 1,950 | 0 | 1,950 | 0 | S/L | 5.00 |
| 971 | Boiler | 10/23/04 | 2,490 | 0 | 0 | 2,490 | 0 | 2,490 | 0 | S/L | 5.00 |
| 973 | Computer | 3/31/04 | 2,476 | 0 | 0 | 2,476 | 0 | 2,476 | 0 | S/L | 5.00 |
| 974 | Computer/software | 7/31/04 | 1,900 | 0 | 0 | 1,900 | 0 | 1,900 | 0 | S/L | 5.00 |
| 975 | Computer - int. system | 6/01/04 | 1,928 | 0 | 0 | 1,928 | 0 | 1,928 | 0 | S/L | 5.00 |
| 977 | AIR COMPRESSOR | 11/01/04 | 3,595 | 0 | 0 | 3,595 | 0 | 3,595 | 0 | S/L | 5.00 |
| 978 | Kitchen Fire System | 1/10/05 | 1,885 | 0 | 0 | 1,885 | 0 | 1,885 | 0 | S/L | 5.00 |
| 979 | 120 Gal Storage Tank | 1/13/05 | 6,074 | 0 | 0 | 6,074 | 0 | 6,074 | 0 | S/L | 5.00 |
| 980 | Avaya Phone System | 1/07/05 | 9,090 | 0 | 0 | 9,090 | 0 | 9,090 | 0 | S/L | 5.00 |
| 992 | Dishwasher (Grill Room) | 6/07/06 | 3,715 | 0 | 0 | 3,715 | 0 | 3,715 | 0 | S/L | 7.00 |
| 996 | Nexlink PC | 7/14/06 | 1,878 | 0 | 0 | 1,878 | 0 | 1,878 | 0 | S/L | 5.00 |
| 997 | 42" Plasma TV | 2/03/06 | 1,930 | 0 | 0 | 1,930 | 0 | 1,930 | 0 | S/L | 5.00 |
| 998 | 23" LCD TV | 9/08/06 | 1,780 | 0 | 0 | 1,780 | 0 | 1,780 | 0 | S/L | 5.00 |
| 999 | Digital Camera/Software | 10/26/06 | 1,150 | 0 | 0 | 1,150 | 0 | 1,150 | 0 | S/L | 7.00 |
| 1000 | Cook/Hold Oven Cabinet | 10/14/06 | 315 | 0 | 0 | 315 | 0 | 315 | 0 | S/L | 7.00 |
| 1001 | Glass Froster | 10/14/06 | 8,983 | 0 | 0 | 8,983 | 0 | 8,983 | 0 | S/L | 7.00 |
| 1002 | Convection oven (gas) | 10/14/06 | 1,466 | 0 | 0 | 1,466 | 0 | 1,466 | 0 | S/L | 7.00 |
| 1003 | Refrigerator | 10/14/06 | 4,011 | 0 | 0 | 4,011 | 0 | 4,011 | 0 | S/L | 7.00 |
| 1013 | 50" Plasma TV | 6/13/07 | 3,212 | 0 | 0 | 3,212 | 0 | 3,212 | 0 | S/L | 5.00 |
| 1014 | Tape backup system | 1/16/07 | 1,453 | 0 | 0 | 1,453 | 0 | 1,453 | 0 | S/L | 7.00 |
| 1016 | Convection oven (bal due 1002) | 3/02/07 | 2,821 | 0 | 0 | 2,821 | 0 | 2,821 | 0 | S/L | 7.00 |
| 1017 | Dishwasher | 3/15/07 | 1,486 | 0 | 0 | 1,486 | 0 | 1,486 | 0 | S/L | 7.00 |
| 1019 | Tablet/tops | 4/12/07 | 4,533 | 0 | 0 | 4,533 | 0 | 4,533 | 0 | S/L | 7.00 |
| 1023 | Storage container | 7/17/07 | 2,281 | 0 | 0 | 2,281 | 0 | 2,281 | 0 | S/L | 7.00 |
| 1024 | Computer (Chef) | 7/17/07 | 1,031 | 0 | 0 | 1,031 | 0 | 1,031 | 0 | S/L | 7.00 |
| 1026 | Folding tables | 8/22/07 | 1,286 | 0 | 0 | 1,286 | 0 | 1,286 | 0 | S/L | 7.00 |
| 1028 | Dining room chairs | 8/29/07 | 2,316 | 0 | 0 | 2,316 | 0 | 2,316 | 0 | S/L | 7.00 |
| 1030 | 3 Computers | 11/02/07 | 7,741 | 0 | 0 | 7,741 | 0 | 7,741 | 0 | S/L | 5.00 |
| 1032 | Chilling dishes | 12/17/07 | 3,428 | 0 | 0 | 3,428 | 0 | 3,428 | 0 | S/L | 7.00 |
| 1036 | Cordless mic | 1/09/08 | 5,468 | 0 | 0 | 5,468 | 0 | 5,468 | 0 | S/L | 5.00 |
| 1050 | Server | 1/09/08 | 446 | 0 | 0 | 446 | 0 | 446 | 0 | S/L | 7.00 |
| 1051 | Waitstation monitor | 2/10/09 | 10,367 | 0 | 0 | 10,367 | 0 | 10,367 | 0 | S/L | 5.00 |
| 1052 | Dell computer | 3/26/09 | 544 | 0 | 0 | 544 | 0 | 544 | 0 | S/L | 5.00 |
| 1055 | Folding chairs (150) | 7/31/09 | 3,119 | 0 | 0 | 3,119 | 0 | 3,119 | 0 | S/L | 7.00 |
| 1056 | Folding chairs (44) | 8/19/09 | 1,046 | 0 | 0 | 1,046 | 0 | 1,046 | 0 | S/L | 7.00 |
| 1057 | Air ventilator (hirdcan) | 9/17/09 | 2,147 | 0 | 0 | 2,147 | 0 | 2,147 | 0 | S/L | 7.00 |
| 1058 | Credit card machine | 9/23/09 | 1,057 | 0 | 0 | 1,057 | 0 | 1,057 | 0 | S/L | 7.00 |
| 1077 | Kitchen exhaust | 3/25/10 | 3,790 | 0 | 0 | 3,655 | 135 | 3,790 | 0 | S/L | 7.00 |
| 1081 | Ice machine (grill room) | 11/23/10 | 2,380 | 0 | 0 | 2,068 | 312 | 2,380 | 0 | S/L | 7.00 |
| 1088 | Reach in refrigerator | 1/19/11 | 2,913 | 0 | 0 | 2,462 | 416 | 2,878 | 35 | S/L | 7.00 |
| 1089 | Reach in refrigerator | 1/19/11 | 2,913 | 0 | 0 | 2,462 | 416 | 2,878 | 35 | S/L | 7.00 |
| 1090 | Freezer | 1/19/11 | 3,784 | 0 | 0 | 3,198 | 541 | 3,739 | 45 | S/L | 7.00 |
| 1091 | Sandwich unit | 1/19/11 | 2,338 | 0 | 0 | 1,976 | 334 | 2,310 | 28 | S/L | 5.00 |
| 1100 | Conv oven | 1/16/12 | 13,328 | 0 | 0 | 13,106 | 222 | 13,328 | 0 | S/L | 5.00 |
| 1101 | Worktop freezer | 6/01/12 | 1,434 | 0 | 0 | 1,315 | 119 | 1,434 | 0 | S/L | 5.00 |
| 1102 | Computer | 6/08/12 | 2,001 | 0 | 0 | 1,834 | 167 | 2,001 | 0 | S/L | 5.00 |

SDSHIGHC20C    HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017    Mth: 12/31/2017

**Book Asset Detail**    1/01/17 - 12/31/17

12/01/2017 1:29 PM
Page 13

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: EQUIPMENT (continued)** | | | | | | | | | | | |
| 1103 | Card swipes | 10/12/12 | 1,188 | 0 | 0 | 721 | 170 | 891 | 297 | S/L | 7.00 |
| 1104 | Griddle | 12/19/12 | 2,869 | 0 | 0 | 2,295 | 574 | 2,869 | 0 | S/L | 5.00 |
| 1114 | Griddle | 2/13/13 | 1,753 | 0 | 0 | 981 | 250 | 1,231 | 522 | S/L | 7.00 |
| 1115 | New website | 3/28/13 | 1,594 | 0 | 0 | 1,594 | 0 | 1,594 | 0 | Amort | 3.00 |
| 1116 | Bottle cooler | 6/03/13 | 2,690 | 0 | 0 | 1,377 | 384 | 1,761 | 929 | S/L | 7.00 |
| 1121 | Beer server | 4/21/13 | 322 | 0 | 0 | 168 | 46 | 214 | 108 | S/L | 7.00 |
| 1138 | Dishmachine | 6/15/15 | 12,644 | 0 | 0 | 2,860 | 1,806 | 4,666 | 7,978 | S/L | 7.00 |
| 1139 | Ice machine bin | 11/30/15 | 1,655 | 0 | 0 | 394 | 236 | 630 | 1,025 | S/L | 7.00 |
| 1143 | Security cameras | 3/31/16 | 1,476 | 0 | 0 | 228 | 211 | 439 | 1,037 | S/L | 7.00 |
| 1148 | Back bar cooler | 3/31/16 | 3,149 | 0 | 0 | 337 | 450 | 787 | 2,362 | S/L | 7.00 |
| 1149 | Sandwich/salad prep fridge | 3/31/16 | 2,801 | 0 | 0 | 300 | 400 | 700 | 2,101 | S/L | 7.00 |
| 1150 | 60" range, 10 open burners | 3/31/16 | 5,445 | 0 | 0 | 583 | 778 | 1,361 | 4,084 | S/L | 7.00 |
| 1151 | Hoshizaki reach in fridge | 3/31/16 | 2,225 | 0 | 0 | 238 | 318 | 556 | 1,669 | S/L | 7.00 |
| 1159 | HP Proliant Server | 8/15/16 | 7,865 | 0 | 0 | 655 | 1,573 | 2,228 | 5,637 | S/L | 5.00 |
| | **EQUIPMENT** | | 863,692 | 0 | 0 | 825,942 | 9,858 | 835,800 | 27,892 | | |
| **Group: GOLF CARTS** | | | | | | | | | | | |
| 511 | Golf carts | 11/17/97 | 25,150 | 0 | 0 | 25,150 | 0 | 25,150 | 0 | S/L | 10.00 |
| 512 | Carts | 1/01/00 | 40,000 | 0 | 0 | 40,000 | 0 | 40,000 | 0 | S/L | 10.00 |
| 917 | Golf carts (8) | 6/30/02 | 27,160 | 0 | 0 | 27,160 | 0 | 27,160 | 0 | S/L | 10.00 |
| 981 | 4 Yamaha Golf Carts | 8/26/05 | 10,780 | 0 | 0 | 10,780 | 0 | 10,780 | 0 | S/L | 5.00 |
| 991 | 4 '06 Yamaha Carts | 8/03/06 | 10,300 | 0 | 0 | 10,300 | 0 | 10,300 | 0 | S/L | 5.00 |
| 1025 | 4 Golf carts | 7/24/07 | 12,379 | 0 | 0 | 12,379 | 0 | 12,379 | 0 | S/L | 5.00 |
| 1048 | 4 2008 Yamaha carts | 5/12/08 | 12,780 | 0 | 0 | 12,780 | 0 | 12,780 | 0 | S/L | 7.00 |
| 1059 | Yamaha golf carts (4) | 7/01/09 | 14,780 | 0 | 0 | 14,780 | 0 | 14,780 | 0 | S/L | 7.00 |
| 1098 | 2006 Yamaha golf cart | 4/23/12 | 3,525 | 0 | 0 | 2,350 | 504 | 2,854 | 671 | S/L | 7.00 |
| 1099 | 4 '12 Yamaha golf cars | 5/30/12 | 13,780 | 0 | 0 | 9,023 | 1,968 | 10,991 | 2,789 | S/L | 7.00 |
| 1113 | 2013 Yamaha Golf Cars | 7/30/13 | 13,400 | 0 | 0 | 6,540 | 1,915 | 8,455 | 4,945 | S/L | 7.00 |
| | **GOLF CARTS** | | 184,034 | 0 | 0 | 171,242 | 4,387 | 175,629 | 8,405 | | |
| **Group: LAND** | | | | | | | | | | | |
| 1 | LAND | 12/01/72 | 84,540 | 0 | 0 | 0 | 0 | 0 | 84,540 | Land | 50.00 |
| 2 | LAND | 7/20/94 | 5,737 | 0 | 0 | 0 | 0 | 0 | 5,737 | Land | 50.00 |
| 1034 | LAND (pump house) | 12/31/07 | 27,999 | 0 | 0 | 0 | 0 | 0 | 27,999 | Land | 0.00 |
| | **LAND** | | 118,276 | 0 | 0 | 0 | 0 | 0 | 118,276 | | |
| **Group: LEASED LOCKERS** | | | | | | | | | | | |
| 1160 | Leased lockers | 7/20/16 | 48,132 | 0 | 0 | 2,865 | 6,876 | 9,741 | 38,391 | S/L | 7.00 |
| | **LEASED LOCKERS** | | 48,132 | 0 | 0 | 2,865 | 6,876 | 9,741 | 38,391 | | |
| **Group: MOTOR VEHICLES** | | | | | | | | | | | |
| 1086 | 2010 GMC SIERRA | 6/14/10 | 21,137 | 0 | 0 | 21,137 | 0 | 21,137 | 0 | S/L | 5.00 |

SDSHGHC20C HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017  1:29 PM
Page 14

**Group: MOTOR VEHICLES (continued)**

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MOTOR VEHICLES | | 21,137 | 0 | 0 | 21,137 | 0 | 21,137 | 0 | | |

**Group: WATER SYSTEM**

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | well and pump | 11/24/72 | 6,838 | 0 | 0 | 6,838 | 0 | 6,838 | 0 | S/L | 20.00 |
| 301 | well and pump | 7/31/73 | 20,513 | 0 | 0 | 20,513 | 0 | 20,513 | 0 | S/L | 20.00 |
| 302 | sprinklers | 6/18/87 | 2,457 | 0 | 0 | 2,457 | 0 | 2,457 | 0 | S/L | 7.0 |
| 303 | sprinklers | 6/18/87 | 3,498 | 0 | 0 | 3,498 | 0 | 3,498 | 0 | S/L | 5.0 |
| 304 | sprinkler | 8/31/91 | 2,199 | 0 | 0 | 2,199 | 0 | 2,199 | 0 | 200DB | 5.0 |
| 305 | MARKS | 1/01/75 | 56,268 | 0 | 0 | 56,268 | 0 | 56,268 | 0 | 200DB | 50.00 |
| 306 | OLD EQUIPMENT | 4/30/92 | 1,552 | 0 | 0 | 1,552 | 0 | 1,552 | 0 | S/L | 7.00 |
| 307 | repair motor control | 4/30/92 | 1,160 | 0 | 0 | 1,160 | 0 | 1,160 | 0 | S/L | 7.00 |
| 308 | wire to control box #4 | 5/31/92 | 1,431 | 0 | 0 | 1,431 | 0 | 1,431 | 0 | S/L | 7.00 |
| 309 | Wire to control box | 5/23/92 | 715 | 0 | 0 | 715 | 0 | 715 | 0 | S/L | 7.00 |
| 310 | 2 row system for sprinkls | 10/31/92 | 1,980 | 0 | 0 | 1,980 | 0 | 1,980 | 0 | S/L | 7.00 |
| 311 | Test wells | 10/31/93 | 897 | 0 | 0 | 897 | 0 | 897 | 0 | S/L | 10.00 |
| 312 | MORSE SAND & GRAVEL | 2/02/94 | 1,750 | 0 | 0 | 1,750 | 0 | 1,750 | 0 | S/L | 10.00 |
| 313 | DAM _W WALSH CO | 2/07/94 | 3,344 | 0 | 0 | 3,344 | 0 | 3,344 | 0 | S/L | 10.00 |
| 314 | WATER SYS FEED PUMP | 4/01/94 | 250 | 0 | 0 | 250 | 0 | 250 | 0 | S/L | 10.00 |
| 315 | OTHERDRY | 4/30/94 | 844 | 0 | 0 | 844 | 0 | 844 | 0 | S/L | 10.00 |
| 316 | WATER PUMPS | 7/01/94 | 1,965 | 0 | 0 | 1,965 | 0 | 1,965 | 0 | S/L | 10.00 |
| 317 | WATER PUMPS | 11/30/94 | 800 | 0 | 0 | 800 | 0 | 800 | 0 | S/L | 10.00 |
| 318 | MATT'S LANDSCAPING | 12/22/94 | 1,024 | 0 | 0 | 1,024 | 0 | 1,024 | 0 | S/L | 10.00 |
| 319 | TEE & GREEN | 6/01/95 | 12,000 | 0 | 0 | 10,360 | 480 | 10,840 | 1,160 | S/L | 25.00 |
| 320 | IRRIGATION PLANS | 6/01/95 | 60,450 | 0 | 0 | 52,170 | 2,417 | 54,587 | 5,843 | S/L | 25.00 |
| 321 | LABOR | 6/01/95 | 1,559 | 0 | 0 | 1,296 | 46 | 1,342 | 217 | S/L | 25.00 |
| 322 | EXTRAS | 6/01/95 | 2,153 | 0 | 0 | 1,924 | 89 | 2,013 | 140 | S/L | 25.00 |
| 323 | READ SAND & GRAVEL | 6/01/95 | 4,865 | 0 | 0 | 4,203 | 194 | 4,397 | 468 | S/L | 25.00 |
| 324 | MORSE SAND & GRAVEL | 6/01/95 | 1,439 | 0 | 0 | 1,245 | 58 | 1,303 | 136 | S/L | 25.00 |
| 325 | HAYWOOD BOYTON | 6/01/95 | 3,797 | 0 | 0 | 3,279 | 152 | 3,431 | 366 | S/L | 25.00 |
| 326 | INTEREST SHAWMUT BANK | 6/01/95 | 4,127 | 0 | 0 | 3,631 | 165 | 3,796 | 331 | S/L | 25.00 |
| 327 | LEGAL FEES FOR IRRIGATION | 6/01/95 | 600 | 0 | 0 | 480 | 40 | 520 | 80 | S/L | 25.00 |
| 328 | MATERIALS | 1/01/95 | 41,570 | 0 | 0 | 36,583 | 1,663 | 38,246 | 3,324 | S/L | 25.00 |
| 329 | CABLE | 1/01/95 | 1,305 | 0 | 0 | 1,147 | 52 | 1,199 | 106 | S/L | 25.00 |
| 330 | LABOR - IRRIGATION SYSTEM | 1/01/95 | 14,498 | 0 | 0 | 12,614 | 580 | 13,194 | 1,304 | S/L | 25.00 |
| 331 | SURVEYORS DAM | 1/01/95 | 281 | 0 | 0 | 243 | 11 | 254 | 27 | S/L | 25.00 |
| 332 | WALSH & CO - PUMP HOUSE | 1/01/95 | 53,131 | 0 | 0 | 53,131 | 0 | 53,131 | 0 | S/L | 25.00 |
| 333 | MORSE SAND & GRAVEL | 4/01/95 | 3,564 | 0 | 0 | 3,091 | 143 | 3,234 | 330 | S/L | 25.00 |
| 334 | PUMP HOUSE | 4/01/95 | 851 | 0 | 0 | 738 | 34 | 772 | 79 | S/L | 25.00 |
| 335 | ELECTRIC WORK - PUMP | 5/01/95 | 4,000 | 0 | 0 | 3,467 | 160 | 3,627 | 373 | S/L | 25.00 |
| 336 | READ SAND & GRAVEL | 5/03/95 | 844 | 0 | 0 | 730 | 34 | 764 | 80 | S/L | 25.00 |
| 337 | IRRIGATION PHASE IV | 5/01/95 | 3,262 | 0 | 0 | 2,424 | 130 | 2,554 | 708 | S/L | 25.00 |
| 338 | Sprinkler heads | 6/12/98 | 34,129 | 0 | 0 | 24,801 | 1,365 | 26,166 | 7,963 | S/L | 25.00 |
| 339 | Irrigation improvements | 6/01/95 | 20,979 | 0 | 0 | 15,175 | 839 | 16,014 | 4,965 | S/L | 25.00 |
| 340 | sprinkler improvements | 10/29/98 | 793 | 0 | 0 | 793 | 0 | 793 | 0 | S/L | 5.00 |
| 341 | pump house improvements | 9/01/99 | 12,424 | 0 | 0 | 10,767 | 621 | 11,388 | 1,036 | S/L | 20.00 |
| 342 | electric work pump house | 9/01/99 | 1,132 | 0 | 0 | 982 | 56 | 1,038 | 94 | S/L | 20.00 |

SDSHIGHC2OC  HIGHLAND COUNTRY CLUB, INC.
04-1438990
FYE: 12/31/2017  Mth: 12/31/2017

**Book Asset Detail   1/01/17 - 12/31/17**

12/01/2017 1:29 PM
Page 15

Group: WATER SYSTEM (continued)

| Asset # | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 346 | sprinkler heads | 5/01/99 | 7,088 | 0 | 0 | 6,260 | 355 | 6,615 | 473 | S/L | 20.00 |
| 347 | Piping | 5/31/00 | 2,591 | 0 | 0 | 2,591 | 0 | 2,591 | 0 | S/L | 10.00 |
| 348 | Pumps | 5/22/00 | 18,575 | 0 | 0 | 15,402 | 929 | 16,331 | 2,244 | S/L | 20.00 |
| 349 | Excavation pump house | 6/06/00 | 4,105 | 0 | 0 | 3,404 | 205 | 3,609 | 496 | S/L | 20.00 |
| 350 | Electric work -pump | 7/24/00 | 1,172 | 0 | 0 | 962 | 58 | 1,020 | 152 | S/L | 20.00 |
| 351 | Piping | 7/25/00 | 3,297 | 0 | 0 | 3,297 | 0 | 3,297 | 0 | S/L | 10.00 |
| 352 | Release-valves | 7/25/00 | 1,783 | 0 | 0 | 1,463 | 90 | 1,553 | 230 | S/L | 10.00 |
| 873 | MATERIALS | 6/01/95 | 99,824 | 0 | 0 | 86,181 | 3,993 | 90,174 | 9,650 | S/L | 25.00 |
| 927 | New heads / equip. | 8/31/02 | 5,645 | 0 | 0 | 5,645 | 0 | 5,645 | 0 | S/L | 10.00 |
| 976 | Pumps - pump house | 4/30/04 | 2,844 | 0 | 0 | 2,844 | 0 | 2,844 | 0 | S/L | 5.00 |
| 989 | Irrigation pump | 4/28/06 | 25,527 | 0 | 0 | 25,527 | 0 | 25,527 | 0 | S/L | 10.00 |
| 994 | Sprinkler heads | 9/06/06 | 655 | 0 | 0 | 655 | 0 | 655 | 0 | S/L | 10.00 |
| 1038 | Pumphouse auto scamper filter | 2/22/08 | 14,450 | 0 | 0 | 14,450 | 0 | 14,450 | 0 | S/L | 7.00 |
| 1043 | Irrigation pump motors | 8/01/08 | 9,458 | 0 | 0 | 9,458 | 0 | 9,458 | 0 | S/L | 7.00 |
| 1054 | Pumphouse screen | 6/25/09 | 1,625 | 0 | 0 | 1,625 | 0 | 1,625 | 0 | S/L | 7.00 |
| 1097 | Ir.heads/suprv #4,7&8 | 7/18/12 | 7,000 | 0 | 0 | 4,417 | 1,000 | 5,417 | 1,583 | S/L | 7.00 |
| 1135 | Self-cleaning strainer | 3/06/15 | 3,556 | 0 | 0 | 931 | 508 | 1,439 | 2,117 | S/L | 7.00 |
| 1141 | Irrigation pump | 4/30/15 | 3,112 | 0 | 0 | 741 | 444 | 1,185 | 1,922 | S/L | 7.00 |
| | **WATER SYSTEM** | | 607,028 | 0c | 0 | 541,946 | 16,968 | 558,914 | 48,114 | | |
| | **Grand Total** | | 5,687,749 | 0c | 458,057 | 4,301,933 | 127,417 | 4,429,350 | 1,258,399 | | |

SDSHIGHCO20C HIGHLAND COUNTRY CLUB, INC.
04-1438990

**Book Location Summary**

**1/01/17 - 12/31/17**

FYE: 12/31/2017 Min: 12/31/2017

| Location | Beginning Cost | Acquisitions Cost | Disposals Cost | Ending Cost | Prior Depreciation | Additions Depreciation | Reductions Depreciation | Ending Depreciation |
|---|---|---|---|---|---|---|---|---|
| PRO SHOP | 217,324 | 0 | 0 | 217,324 | 203,455 | 3,223 | 0 | 206,678 |
| COURSE | 3,021,440 | 6,451 | 0 | 3,027,891 | 2,375,290 | 71,487 | 0 | 2,446,777 |
| HOUSE | 2,267,668 | 11,000 | 0 | 2,278,668 | 1,561,294 | 52,564 | 0 | 1,613,858 |
| ADMINISTRATIVE | 163,866 | 0 | 0 | 163,866 | 161,894 | 143 | 0 | 162,037 |
| **Grand Total** | 5,670,298 | 17,451 | 0 | 5,687,749 | 4,301,933 | 127,417 | 0 | 4,429,350 |

**Fill in this information to identify the case:**

Debtor name    **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Bristol County Savings Bank**<br>Creditor's Name<br><br>**35 Broadway<br>Taunton, MA 02780**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**104 Mechanic Street, Attleboro, MA; UCC all asset** | | $1,105,972.36 | $1,400,000.00 |

**Describe the lien**
**Mortgage and all asset lien**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bristol County Savings Bank**
**2. Bristol County Savings Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **Bristol County Savings Bank**<br>Creditor's Name<br><br>**35 Broadway<br>Taunton, MA 02780**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**104 Mechanic Street, Attleboro, MA; UCC all asset** | $179,250.00 | $1,400,000.00 |

**Describe the lien**
**Mortgage and all asset lien**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

Debtor   **The Highland Country Club of Attleboro, Mass.**                  Case number (if know) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Leaf Capital Funding LLC** | Describe debtor's property that is subject to a lien | $26,621.00 | $26,621.00 |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**
Creditor's mailing address

**Capital Lease of Legacy Lockers**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,311,843.36 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|
| | **A&D Pest Control** **203 Concord Street, Ste. 313** **Pawtucket, RI 02860** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|
| | **A-OK Turf Management** **1357 Main Street** **Coventry, RI 02816** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Abacus Benefit Consultants, Inc.** **55 Stamp Farm Road** **Cranston, RI 02921** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.36 |
|---|---|---|---|
| | **Advance Auto Parts** **PO Box 742063** **Atlanta, GA 30374** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Business Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number *(if known)* _____
          _____
          Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.32** |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan and Donna Johnson**
**53 Payson Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Alan Vadala**
**PO Box 413**
**North Attleboro, MA 02761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albert Viau**
**267 Read Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfred Felici**
**6842 Barrington Drive**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.36** |
|---|---|---|---|

**All About Service**
**PO Box 46**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,762.41** |
|---|---|---|---|

**All American Food, Inc.**
**PO Box 792**
**North Kingstown, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.62 |
| --- | --- | --- | --- |

**Alliance Commercial Fuels**
**PO Box 6129**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Andrew Wilder**
**80 Tanglewood Drive**
**  MA 02073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
| --- | --- | --- | --- |

**Anita Riccio**
**140 North Main Street  #3C**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Antonio C. Viveiros**
**173 County Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,595.60 |
| --- | --- | --- | --- |

**Arcudi Energy/Triboro Oil**
**PO Box 9120**
**Newton Center, MA 02459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
| --- | --- | --- | --- |

**Armand Brunelle**
**47 Commonwealth Avenue**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.85 |
| --- | --- | --- | --- |

**ATS Equipment**
**33 Locust Street**
**Boston, MA 02122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Barbara Hansen
325 Clifton Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,279.46**

Blue Cross Blue Shield of MA
PO Box 371318
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bob Donohue
205 Kelley Blvd.
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bob Ford
215 South Street
Plainville, MA 02762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bradford A. Dean
16 Jasons Grant Drive
Cumberland, RI 02864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brian D. Drought
11 Sycamore Place
Plainville, MA 02762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brian D. Sheehan
2 Buckhorn Lane
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Goad**
**61 Coach Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,272.06**

**Bristol County Savings Bank**
**130 Pleasant Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123.28**

**Bristow Electric Co. Inc.**
**74 Forest Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruce Smith**
**240 Oakridge Avenue**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Budge It Drains**
**571B Elm Street**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Burton O. Haun Estate**
**c/o Bradford Haun**
**614 N.W. Harmon Blvd.**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,029.19**

**Card and Form Solutions**
**Attn: Curtis**
**648 N. Peace Haven Road**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Cardinals, Inc.
166 River Road
PO Box 520
Unionville, CT 06085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Carolyn Bourget
75 Deer Path Lane
Mansfield, MA 02048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.19**

Central Irrigation Supply
100 Meadow Street
Hartford, CT 06114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Charles H. Stone
P.O. Box 205
Norfolk, MA 02056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Charles J. Nolan
29 Evan Way
Kingston, RI 02881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Charles Patterson
564 Pike Avenue
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Charles R. Guillette
87 Lincoln Avenue
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Christopher Hanson
806A Mt. Hope Street
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Christopher J. Carges
61 Southgate Road
Hyannis, MA 02601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,906.86**

City of Attleboro
Office of the City Collector
City of Attleboro, Box 844514
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

City of Attleboro
Headquarters of Fire Department
100 Union Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.98**

CL Country Club Enterprises
29 Toby Road
Wareham, MA 02571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Claus Croatto
24 Fifth Street
 MA 02073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00**

Clean Beer Company
8 Jefferson Street
Milford, MA 01757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number (if known) | |
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Colleen Duffy** | ☐ Contingent | |
| | **185 Debora Road** | ☐ Unliquidated | |
| | **North Attleboro, MA 02760** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Member/Bondholder** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
| | **Collins, Smith & O'Connor LLP** | ☐ Contingent | |
| | **77 N. Main Street** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.92** |
| | **Colonial Beverage** | ☐ Contingent | |
| | **PO Box 1430** | ☐ Unliquidated | |
| | **Fall River, MA 02722** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$549.11** |
| | **Comcast** | ☐ Contingent | |
| | **Box 1577** | ☐ Unliquidated | |
| | **Newark, NJ 07101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00** |
| | **Commonwealth of Mass. Environmental Dept** | ☐ Contingent | |
| | **1 Winter Street** | ☐ Unliquidated | |
| | **Boston, MA 02108** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,912.00** |
| | **Cruz Cleaning Services** | ☐ Contingent | |
| | **162 Senate Street** | ☐ Unliquidated | |
| | **Pawtucket, RI 02861** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Curtis Parker** | ☐ Contingent | |
| | **171 Glendale Road** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Member/Bondholder** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dana E. Saunders**
**1 Thirteenth Street #4**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel & Betty Larson**
**265 Wilmarth Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Andrade**
**644 Towne Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Blake**
**89 Wamsutta Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel H. Conroy**
**8 Wilkeson Way**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel O'Brien**
**28 Longbrook Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Pietro**
**19 Hunter Lane**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address**

**David Binns**
**19 Hatch Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.62** | **Nonpriority creditor's name and mailing address**

**David Farrell**
**34 Melody Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.63** | **Nonpriority creditor's name and mailing address**

**David Hibbert**
**32 12th Stareet**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.64** | **Nonpriority creditor's name and mailing address**

**David K. Bliss**
**43 Nathaniel Paine Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.65** | **Nonpriority creditor's name and mailing address**

**David Leary**
**352 Commonwealth Avenue**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.66** | **Nonpriority creditor's name and mailing address**

**David Manoogian**
**47 Vine Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.67** | **Nonpriority creditor's name and mailing address**

**David Root**
**12 Connie Lane**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known) _____
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David S. Grimes**
**51 Constance Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Dion**
**E.A. Dion Inc.**
**P.O. Box 2098**
**33 Franklin McKay Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek Johnson**
**250 Smith Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,214.38 |
|---|---|---|---|

**Devaney Energy**
**PO Box 9120**
**Newton Center, MA 02459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Cerrone**
**679 Washington Street, Suite 8**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald G. Oldmixon**
**8 Daggett Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donna Ahlquist and Robert Beach**
**7 Diamond Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**   Case number *(if known)* _____
Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dorothy Allen**
**45 South Main Street #305**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,856.59** |
|---|---|---|---|

**Drew Chapman**
**10 Ledgeview Drive**
**Assonet, MA 02702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.03** |
|---|---|---|---|

**Eastern Supply**
**40 North Main Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edaina Parrillo**
**8 Carpenter Avenue #3**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.67** |
|---|---|---|---|

**Edron Business Systems, Inc.**
**15 Bellows Road**
**Raynham, MA 02767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward A. Dion, Jr.**
**E.A. Dion Inc.**
**P.O. Box 2098**
**33 Franklin McKay Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Lemire**
**33 Raymond Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Highland Country Club of Attleboro, Mass.** Case number *(if known)* _____

Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Pariseau**
**555 Elm Street #2**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edwin Hurley**
**55 Alton Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eleanor Bassler**
**18 Townhouse Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elisa C. Ison**
**59 Ridgehill Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elmo Finocchi**
**165 Walcott Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ETS**
**20135 Lakview Center Plaza, 4th Floor**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$721.17** |
|---|---|---|---|

**Everbank Commercial Finance**
**PO Box 911608**
**Denver, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____
_____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frederick B. Clifford**
**Eboch Assisted Living**
**190 Mansfield Ave., Apt. 207**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.38** |

**Grants Rental**
**10 Bedford Park**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Greg Lombardo**
**6 Billington Circle**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gregory Foster**
**9 Paddock Drive**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gregory Hewitt**
**96 Anawan Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Harold Sumner**
**P.O. Box 565**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,569.80** |

**Harrell's, LLC**
**PO Box 935358**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Harry Boltz
32 Oak Knoll Street Unit 32
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$449.00**

Hazard Testing, LLC
323 James Trail
West Kingston, RI 02892

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,610.76**

Helena Chemical Co.
101 Elm Street
Hatfield, MA 01038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$967.73**

Home Depot Credit Services
Dept 32-2501196814
Des Moines, IA 50368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$868.08**

Horizon Beverage Company
PO Box 1165
Norton, MA 02766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

Hub Grinding Service
10 Hartshort Road
Walpole, MA 02081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Irvin M. Cobb
95 Mechanic Street Unit 12
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Jack Fitzgibbons**
**113 Metcalf Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Janick**
**2 Arthur Collins Circle**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**James Brennan**
**762 E. Washington Street, Box 4**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**James Carr**
**60 Rundon Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James G. Connor**
**75 John Reed Road**
**Westport, MA 02790**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James G. Ford**
**119 Laurelwood Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James McDermott, Jr.**
**71 Newell Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Jay Poirier**
**119 John Dietsch Square**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |
|---|---|---|---|

**Jay Poirier**
**5 Lentendre Road**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jayni Shumila**
**80 Tanglewood Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Cavicchi**
**80 Oak Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Nelson**
**77 Raeburn Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Breese**
**Estate of Alice Breese**
**411 E. Crescent Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey E. Dodge**
**45 Payson Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                                    Case number *(if known)* _____
_____
Name

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeffrey Kristeller**
**905 Mt. Hope Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeffrey Skaff**
**50 Walton Street, Suite E**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeremy Doak**
**21 Sully Lane**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jerome Coogan**
**PO Box 2320**
**144 Bank Street**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John D. Casey**
**40 West Barn Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John E. Buckley**
**1 Kings Row**
**Cumberland, RI 02864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Faherty**
**6 Oriole Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John Gavin
62 Countyside Drive
Cumberland, RI 02864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John Hanley
64 Mechanic Street #1A
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John Hennessey
24 Joseph Road
Attleboro Falls, MA 02763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John J. Connor
129 Williams Street
Providence, RI 02906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John Kennedy
175 Debora Road
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John P. Boyce
25 Drowne Parkway
Rumford, RI 02916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John Packer
15 Semple Village Road
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____

<span style="margin-left:2em">Name</span>

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Pechonis**
**24 Olde Carriage Lane**
**Douglas, MA 01516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John S. Holden**
**71 Weona Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John S. Lambert**
**1324 County Road**
**Cataumet, MA 02534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John V. Wiley**
**1876 Washington Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Joseph & Fran Eastman**
**42 Hillside Road**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Joseph F. Casey**
**8 Strawberry Lane**
**Norfolk, MA 02056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Joseph M. Collins**
**c/o Collins, Smith & O'Connor, LLP**
**77 North Main Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138**  **Nonpriority creditor's name and mailing address**

**Kay Barone**
**15 Manorhaven Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139**  **Nonpriority creditor's name and mailing address**

**Kenneth Erban**
**458 Cumberland Avenue**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140**  **Nonpriority creditor's name and mailing address**

**Kenneth Farris**
**297 Pleasant Street**
**East Walpole, MA 02032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141**  **Nonpriority creditor's name and mailing address**

**Kenneth Riall**
**24 Poppasquash Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142**  **Nonpriority creditor's name and mailing address**

**Kevan Higgins**
**283 E. Main Street, #28**
**Norton, MA 02766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143**  **Nonpriority creditor's name and mailing address**

**Kevin Holley**
**52 Anthony Circle**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**  **Nonpriority creditor's name and mailing address**

**Kevin J. Bowler**
**4 Periwinkle Lane**
**Mashpee, MA 02649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____
          Name

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Lahiff**
**31 Olde Tower Lane**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Phipps**
**51 Westside Avenue**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Poirier**
**53 Ledgebrook Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Robert Gay**
**403 W 4th Street #3**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kurt R. Schweinshaut**
**c/o M.S. Company**
**P.O. Box 298**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$556.80** |

**L. Knife & Son, Inc.**
**P.O. Box K**
**Kingston, MA 02364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.48** |

**Lafratta Electric Incorp.**
**206 Broad Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laurence Cochrane**
**7 Colonial Way**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leon E. Cranahan**
**15 Lyndon Road**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.16** |
|---|---|---|---|

**Lewicki & Son Excavating, Inc.**
**15 Wilmarth Lane**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Liam Timmons**
**35 Carl Jordn Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louis Decota**
**168 Old Wood Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mahesh Shroff**
**96 Blackberry Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mario & Donna Palmer**
**38 Commonwealth Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Highland Country Club of Attleboro, Mass.**                Case number *(if known)*
_____
Name

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark A. Calderone
140 North Main Street Unit 4C
Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark McDonald
226 Cliff Drive
North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Monroe
46 Moyhew Road
Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Parsons
38 Metacomett Drive
Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark S. Cuddy
230 Eastside Road
Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martha & Richard Conti
100 Berwick Road
Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,087.67** |
|---|---|---|---|

**Martignetti Companies
500 John Hancock Road
Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Highland Country Club of Attleboro, Mass.**

Name

Case number *(if known)* _____

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Mary Ann Dupelle**
**12 George Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mary E. Cochrane**
**19 Wamsutta Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mary F. McAteer-Temple**
**76 Tyler Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mary Smith**
**Atria Bay Spring**
**147 Bay Spring Avenue #234**
**Barrington, RI 02806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

**Mass DOT**
**P.O. Box 55891**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Mass Golf Association, Inc.**
**300 Arnold Palmer Blvd.**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Maureen Ciombor**
**15 Colonial Way**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Highland Country Club of Attleboro, Mass.** _____   Case number *(if known)* _____
                        Name

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mervell & Anne Cronin**
**67 Raeburn Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Metrix Metal**
**c/o Robert Hanson**
**170 Providence Pike #51**
**North Smithfield, RI 02896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Promissory Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Turner**
**28 windsor Drive**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Albondi**
**11 Christina Drive**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Aupperle**
**10 Thayer Farm Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Briggs**
**660 Paine Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Drought**
**12 Landers Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael G. Parent**
**16 Laurie Lane**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Gallagher**
**58 Hunts Bridge Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael J. O'Keefe**
**86 Mary Ann Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Kapitan**
**6 Cliff Circle**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Kirby**
**6 Cranberry Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael P. Wallace**
**15 Debora Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Micheal McCarron**
**132 Downing Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.82** |
|---|---|---|---|

**MS Walker, Inc.**
**975 University Ave**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,588.47** |
|---|---|---|---|

**National Grid**
**P.O. Box 960**
**Somerville, MA 02143-0960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Neal D. Reilly**
**385 Old Post Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.62** |
|---|---|---|---|

**New England Golf Cars**
**62 Industrial Way**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,263.35** |
|---|---|---|---|

**New England Linen Supply**
**20 Rhode Island Avenue**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.49** |
|---|---|---|---|

**New England Nursery, Inc.**
**216 Concord Road**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.58** |
|---|---|---|---|

**New England Specialty Soils**
**435R Lancaster Street**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Norfolk Power Equipment, Inc.**
**5 Cushing Drive / RT 1A**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$252.49** |
|---|---|---|

**Northeast Nursery, Inc.**
**234 Newbury Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Patricia Heaney**
**1400 Commerce Way, Unit 24**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Patrick Blake**
**285 Fishing Cove Road**
**North Kingstown, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Paul Bristow**
**44 West Hodges**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Paul Ciasullo**
**20112 Seadale**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
|---|---|---|

**Paul Lenahan**
**200 Mary Ann Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____
_____
Name

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Lesser**
**151 Cranberry Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Patruno**
**61 Rosewood Lane**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul R. Oliveira**
**103 Agricultural Avenue**
**Rehoboth, MA 02769**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Reissig**
**2929 Quail Hollow Drive**
**Fairfield, CA 94534**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Peter Costello**
**35 Rocklawn Avenue**
**MA 02073**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Peter Cragan**
**7 Spinnaker Trail**
**Orleans, MA 02653**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Peter Gay**
**180 Berwick Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Member/Bondholder**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **The Highland Country Club of Attleboro, Mass.**
Name

Case number *(if known)*

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Murphy**
**PO Box 829**
**North Attleboro, MA 02761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Roque**
**10 Windsor Place**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Promissory Note Holder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$471.75** |
|---|---|---|---|

**Pitney Bowes Global Financial**
**P.O. Box 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pleasant Printing Company**
**163 Pleasant Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.56** |
|---|---|---|---|

**Prestige Flag**
**591 Camino de la Reina**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304.78** |
|---|---|---|---|

**Quality Beverage**
**525 Myles Standish Blvd.**
**P.O. Box 671**
**Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.07** |
|---|---|---|---|

**R&R Products, Inc.**
**3334 E. Milber Street**
**Tucson, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ralph E. Crowell**
**Glines & Rhodes Inc.**
**P.O. Box 2285**
**189 East Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ralph Philosophe**
**18 Washington Street, Suite 204**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Randy Miller**
**Miller Recycling Corporation**
**73 Plymouth Street**
**PO Box 74**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Raymond Leblanc**
**101 Virginia Avenue**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Reid Mchoul**
**2 Brookside Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.00**

**Reilly Tree & Landscaping**
**417 South Street**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard A. Smith**
**11 Dutton Park**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Barry**
**60 Walton Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Foley**
**51 Colt's Way**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard O'Brien**
**23 Knott Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard O'Brien**
**23 Knott Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Tetreault**
**434 paine Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard W. Cedarberg**
**108 Aucoot Road**
**Mattapoisett, MA 02739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Williams**
**70 Dennis Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rick Hergt, Jr.**
**50 Fairway Lane**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rick Smith**
**2 Green Street**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert A. Grimley**
**75 Arbor Way**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Bouley**
**52 Cathedral Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert E. Thresher**
**218 South Washington Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Fitch**
**299 Old Post Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Flynn**
**211 Glenfield Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.236** | Nonpriority creditor's name and mailing address
**Robert G. Harbour**
**175 Old Farm lane**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237** | Nonpriority creditor's name and mailing address
**Robert Gilmore**
**26 Sheffield Avenue**
**Pawtucket, RI 02860**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.238** | Nonpriority creditor's name and mailing address
**Robert H. Hanson, Jr.**
**60 Briarbrooke Lane**
**Cranston, RI 02921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239** | Nonpriority creditor's name and mailing address
**Robert Halpin**
**Friars Green Unit #701**
**154 Bear Hill Road**
**Cumberland, RI 02864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240** | Nonpriority creditor's name and mailing address
**Robert Hanson**
**170 Providence Pike #51**
**North Smithfield, RI 02896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.241** | Nonpriority creditor's name and mailing address
**Robert J. Gay**
**23 Berndt Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242** | Nonpriority creditor's name and mailing address
**Robert Kearney**
**2 Farm Country Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address

**Robert Leonti**
**298 Pawtucket Avenue**
**Rumford, RI 02916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.244** | Nonpriority creditor's name and mailing address

**Robert McGuire**
**121 John F. Mason Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245** | Nonpriority creditor's name and mailing address

**Robert or Doris Keller**
**10 Blueberry Path**
**West Yarmouth, MA 02673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246** | Nonpriority creditor's name and mailing address

**Robert Palos**
**50 Wildacre Road**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.247** | Nonpriority creditor's name and mailing address

**Ronald Felici**
**4441 S.E. Waterford Dr.**
**Stuart, FL 34997**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.248** | Nonpriority creditor's name and mailing address

**Ronald G. Koback**
**90 Sentinel Hill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249** | Nonpriority creditor's name and mailing address

**Rose Falugo**
**88715 W. 55th Street**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Roseanna McMackin
45 Roger Goodwin Drive
Wrentham, MA 02093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member/Bondholder_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$723.85**

Rustic Fire Protection, Inc.
320 West Main Street
PO Box 1210
Norton, MA 02766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ruth Alice Ottmar
1369 Park Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member/Bondholder_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ruth Silvia
675 Dexter Street Rear
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member/Bondholder_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

S.K. Malik
88 Fairway Drive
Seekonk, MA 02771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member/Bondholder_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Scott Shepherd
29 Stone Hill Road
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Member/Bondholder_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Selective Insurance Co. of America
Box 371468
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,642.63 |
|---|---|---|---|

**Sensible Computer & Supplies**
**247 Maple Street #3**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.50 |
|---|---|---|---|

**SESAC, Inc.**
**35 Music Square, Inc.**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Michael Sullivan**
**60 Carriage House Lane**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shirley Currier**
**54 Leonard Bodwell Road**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stacey E. Alsfeld**
**7 Semple Village Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Carey**
**125 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Dalrymple**
**1 Tupperware Drive, Unit 223**
**North Smithfield, RI 02896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephen Guyot**
**68 Cliff Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.08**

**Stephen Murray**
**26 Johnson Drive**
**Lakeville, MA 02347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephen Murray**
**26 Johnson Drive**
**Lakeville, MA 02347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Stephen Rothemich**
**36 Vive Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$424.50**

**Stepka Corp.**
**30 Coleman Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steve Larson**
**37 Mary Kennedy Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steven Altieri, Jr.**
**41 Red Oak Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number (if known) | |
| | Name | | |

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Steven Felici**
**59 Bridget Way**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$308.02** |

**Steven Willand Inc.**
**23 Route 206**
**PO Box 9**
**Augusta, NJ 07822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |

**Sun Chronicle**
**34 South Main Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |

**Susan Silva**
**620 South Street**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Susan Speicher**
**130 Maryann Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Terrance Mahoney**
**24 Abbie Lane**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Member/Bondholder**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$530.00** |

**The O'Keefe Group**
**17 Bank Street**
**PO Box 1240**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____

Name

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Theodore Carmone**
**46 Beach Street**
**Foxboro, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Theodore Carmone, Sr.**
**30 Bourne Road**
**Foxboro, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Theresa Gormley**
**21 Kingsley Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Charboneau**
**12 Buckthorn Lane**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas F. Westcott**
**95 Mechanic Street Unit 8**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas H. Cuddy**
**140 North Main Street**
**Unit 10A**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Laviano**
**38 Wayland Avenue**
**Cranston, RI 02920**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Thomas Molinari**
**63 James Foley Drive**
 **MA 02700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tim Sullivan**
**151 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Timothy Gilmore**
**36 Laurie Lane**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Timothy Wynne**
**3 Hyde Avenue**
**Pawtucket, RI 02861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**TM Productions**
**PO Box 726**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Todd Page**
**13 Paddock Drive**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,590.00**

**TOG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                     Case number (*if known*) _____
          Name

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.20** |
|---|---|---|---|

**Trimark United East**
**PO Box 3505**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.66** |
|---|---|---|---|

**Turf Enhancement Enterprises**
**6 Jesscia J. Drive**
**Millbury, MA 01527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$744.95** |
|---|---|---|---|

**Turf Products LLC**
**Department 950**
**PO Box 4110**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.57** |
|---|---|---|---|

**U.S. Bank Equipment Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,221.80** |
|---|---|---|---|

**U.S. Food Service**
**PO Box 842700**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor J. Gulino**
**6 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vincent Iacozzi**
**55 Jacob Drive**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**   Case number *(if known)* _____
_____
Name

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Walter Cekala**
**105 Fales Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Clarkin**
**55 John J. Swanezy Road**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Conroy**
**41 Stone Ridge Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Dunlea**
**52 Orchard Street**
**Medfield, MA 02052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Pescod**
**59 Brigham Hill Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Scott Ebert**
**P.O. Box 505**
**19 Ohio Lane**
**East Falmouth, MA 02536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Walsh**
**36 Ridgeland Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known) _____
_____
Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Young's Caterers**
**364 Newman Ave**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Margaret M. Pinkham, Esq.**<br>**42 Pleasant Street**<br>**Woburn, MA 01801-1000** | Line  **3.111**<br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 464,196.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 464,196.01 |

**Fill in this information to identify the case:**

Debtor name    **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Financing lease for certain furniture and equipment** | |
| State the term remaining | **16 months** | |
| List the contract number of any government contract | _____ | **Leaf Capital Funding LLC**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,042,060.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,336,927.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See attachment** | | **$0.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number *(if known)* _____

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
     or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
     may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
     listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
     debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

     ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attachment** | | **$0.00** | |

5.   **Repossessions, foreclosures, and returns**
     List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
     a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

     ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
     List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
     of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
     debt.

     ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
     List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
     in any capacity—within 1 year before filing this case.

     ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.   **Assignments and receivership**
     List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
     receiver, custodian, or other court-appointed officer within 1 year before filing this case.

     ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
     the gifts to that recipient is less than $1,000**

     ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

      ☐ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.** _____  Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage to front gate caused by truck** | **$23,000.00.  Majority of funds used by Debtor to pay legal fees for pre-bankruptcy services and in connection with bankruptcy filing.** | **9/2017** | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Pre-petition legal services provided within one year prior to bankruptcy** | **1/2018** | **$10,463.68** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Massachusetts Bankruptcy Court** | **Filing fee** | **12/2017** | **$335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees for Chapter 7 case** | **12/2017** | **$3,701.32** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **The Highland Country Club of Attleboro, Mass.**                      Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **William K. Gausland 56 Berwick Road Attleboro, MA 02703** | **Parcel A, Berwick Road, Attleboro (543 square feet)** | **1/22/2016** | **$3,000.00** |
| | Relationship to debtor **None** | | | |

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **The Highland Country Club of Attleboro, Mass.**                          Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Collins, Smith & O'Connor, LLP** **77 N. Main Street** **Attleboro, MA 02703** | **Annually** |
| 26a.2.   **Piccerelli, Gilstein & Company, LLP** **144 Westminster Street** **Providence, RI 02903** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edward A. Dion, Jr. | c/o Highland Country Club of Attleboro 104 Mechanic Street Attleboro, MA 02703 | President | Less than 1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Raymond Leblanc | c/o Highland Country Club of Attleboro 104 Mechanic Street Attleboro, MA 02703 | Treasurer | Less than 1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Donna E. Bliss | c/o Highland Country Club of Attleboro 104 Mechanic Street Attleboro, MA 02703 | Clerk | Less than 1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jack Fitzgibbons | c/o Highland Country Club of Attleboro 104 Mechanic Street Attleboro, MA 02703 | Finance committee | less than 1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Joe Casey | c/o Highland Country Club of Attleboro 104 Mechanic Street Attleboro, MA 02703 | Finance committee | Less than 1% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jay Poirier | 119 John Dietsch Square Attleboro Falls, MA 02763 | President | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| See attached list | | Board of Governors | See attached list |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2018**

**/s/ Edward A. Dion, Jr.**                          Edward A. Dion, Jr.
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **AFLAC** | **AFLAC** | | | | | | | | | |
| 097956 | Nov14/17 | Nov21 | PJ5896 | N/A | | 675.40 | Nov28/17 | 044064 | 01-4310-40 | 384.15 |
| | | | | | | | | | 01-4310-50 | 291.25 |
| | | | | | | | | | 01-2051-00 | -675.40 |
| 643761 | Oct01/17 | Oct24 | PJ5886 | N/A | | 540.32 | Nov17/17 | 044055 | 01-4310-40 | 265.92 |
| | | | | | | | | | 01-4310-50 | 274.40 |
| | | | | | | | | | 01-2051-00 | -540.32 |
| **Total AFLAC** | | | | | | 1,215.72 | | | | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ALL AMERIC | ALL AMERICAN FOOD, INC. | | | | | | | | | |
| 016541 | Aug04/16 | Oct10 | CD2368 | Part P | | 300.00 | Oct10/17 | 043976 | | |
| | | | | | | | | | 01-2051-00 | -300.00 |
| 016541 | Aug04/16 | Oct12 | CD2369 | Part P | | 300.00 | Oct12/17 | 043995 | | |
| | | | | | | | | | 01-2051-00 | -300.00 |
| 016541 | Aug04/16 | Nov14 | CD2377 | Part P | | 300.00 | Nov14/17 | 044036 | | |
| | | | | | | | | | 01-2051-00 | -300.00 |
| **Total ALL AMERICAN FOOD, INC.** | | | | | | 900.00 | | | | -900.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BCBS | BCBS OF MA | | | | | | | | | |
| 6814344NOV | Nov01/17 | Nov02 | PJ5890 | N/A | | 1,919.32 | Dec14/17 | 044091 | 01-4310-40 | 1,919.32 |
| | | | | | | | | | 01-2051-00 | -1,919.32 |
| 6814344OCT | Oct01/17 | Oct31 | PJ5889 | N/A | | 1,919.32 | Nov17/17 | 044056 | 01-4310-40 | 1,919.32 |
| | | | | | | | | | 01-2051-00 | -1,919.32 |
| 6904381NOV | Nov01/17 | Nov02 | PJ5890 | N/A | | 2,220.41 | Dec14/17 | 044091 | 01-4310-40 | 2,220.41 |
| | | | | | | | | | 01-2051-00 | -2,220.41 |
| 6904381OCT | Oct01/17 | Oct31 | PJ5889 | N/A | | 2,220.41 | Nov17/17 | 044056 | 01-4310-40 | 2,220.41 |
| | | | | | | | | | 01-2051-00 | -2,220.41 |
| **Total BCBS OF MA** | | | | | | 8,279.46 | | | | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BREESE | JEFFREY D. BREESE | | | | | | | | | |
| 1001-90241 | Jan22/10 | Dec04 | PJ5899 Cancel B147 | | | -25.00 | Dec04/17 | X34276 | 01-2100-00 | -25.00 |
| | | | | | | | | | 01-2051-00 | 25.00 |
| **Total JEFFREY D. BREESE** | | | | | | -25.00 | | | | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BRIS CNTY | BRISTOL COUNTY SAVINGS BANK | | | | | | | | | |
| 624402 | Oct01/17 | Oct11 | PJ5879 | N/A | | 11,413.15 | Oct18/17 | 044002 | 01-2575-00 | 6,774.83 |
| | | | | | | | | | 01-6100-70 | 4,638.32 |
| | | | | | | | | | 01-2051-00 | -11,413.15 |
| 6001075813 | Oct06/17 | Oct17 | PJ5883 | N/A | | 858.91 | Oct18/17 | 044002 | 01-6102-70 | 858.91 |
| | | | | | | | | | 01-2051-00 | -858.91 |
| **Total BRISTOL COUNTY SAVINGS BANK** | | | | | | 12,272.06 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|----------|--------------|-------------|--------|-------|---------------|-------------|------------|-----------|------------|------------|
| CARDINALS | CARDINALS, INC. | | | | | | | | | |
| 989811 | Oct09/11 | Dec04 | PJ5899 | N/A | | -759.28 | Dec04/17 | X36826 | 01-4900-40 | -759.28 |
| | | | | | | | | | 01-2051-00 | 759.28 |
| Total CARDINALS, INC. | | | | | | -759.28 | | | | 0.00 |
| CHAPMAN | DREW CHAPMAN | | | | | | | | | |
| 9102017CR | Oct01/17 | Oct31 | PJ5889 | N/A | | -80.00 | Nov28/17 | 044065 | 01-2057-00 | -80.00 |
| | | | | | | | | | 01-2051-00 | 80.00 |
| WGA-W/S/S | Oct01/17 | Oct18 | PJ5885 | N/A | | 311.00 | Nov14/17 | 044037 | 01-2058-00 | 311.00 |
| | | | | | | | | | 01-2051-00 | -311.00 |
| WGA/FALL | Oct01/17 | Oct18 | PJ5885 | N/A | | 380.00 | Nov14/17 | 044037 | 01-2058-00 | 380.00 |
| | | | | | | | | | 01-2051-00 | -380.00 |
| WGA/LABOR | Oct01/17 | Oct18 | PJ5885 | N/A | | 810.00 | Nov14/17 | 044037 | 01-2058-00 | 810.00 |
| | | | | | | | | | 01-2051-00 | -810.00 |
| WGA/SHOOT | Oct01/17 | Oct18 | PJ5885 | N/A | | 210.00 | Nov14/17 | 044037 | 01-2058-00 | 210.00 |
| | | | | | | | | | 01-2051-00 | -210.00 |
| Total DREW CHAPMAN | | | | | | 1,631.00 | | | | 0.00 |
| CITY | CITY OF ATTLEBORO | | | | | | | | | |
| 11012017 | Nov01/17 | Nov17 | PJ5895 | N/A | | 35.00 | Nov17/17 | 044058 | 01-6400-30 | 35.00 |
| | | | | | | | | | 01-2051-00 | -35.00 |
| Total CITY OF ATTLEBORO | | | | | | 35.00 | | | | 0.00 |
| CITY ATTLE | THE CITY OF ATTLEBORO | | | | | | | | | |
| 000128 | Apr01/16 | Dec04 | PJ5901 | N/A | | -25.41 | Dec04/17 | X42623 | 01-1305-00 | -25.41 |
| | | | | | | | | | 01-2051-00 | 25.41 |
| 000128 | Apr01/16 | Dec04 | PJ5901 | N/A | | 25.41 | Dec05/17 | 044074 | 01-1305-00 | 25.41 |
| | | | | | | | | | 01-2051-00 | -25.41 |
| 000128 | Dec04/17 | Dec04 | PJ5903 | N/A | | -25.41 | Dec05/17 | 044074 | 01-1305-00 | -25.41 |
| | | | | | | | | | 01-2051-00 | 25.41 |
| 000315 | Apr01/16 | Dec04 | PJ5901 | N/A | | -606.00 | Dec04/17 | X42623 | 01-1305-00 | -606.00 |
| | | | | | | | | | 01-2051-00 | 606.00 |
| 000315 | Apr01/16 | Dec04 | PJ5901 | N/A | | 606.00 | Dec05/17 | 044074 | 01-1305-00 | 606.00 |
| | | | | | | | | | 01-2051-00 | -606.00 |
| 000315 | Dec04/17 | Dec04 | PJ5903 | N/A | | -606.00 | Dec05/17 | 044074 | 01-1305-00 | -606.00 |
| | | | | | | | | | 01-2051-00 | 606.00 |
| 000316 | Apr01/16 | Dec04 | PJ5901 | N/A | | -2,043.77 | Dec04/17 | X42623 | 01-1305-00 | -2,043.77 |
| | | | | | | | | | 01-2051-00 | 2,043.77 |
| 000316 | Apr01/16 | Dec04 | PJ5901 | N/A | | 2,043.77 | Dec05/17 | 044074 | 01-1305-00 | 2,043.77 |
| | | | | | | | | | 01-2051-00 | -2,043.77 |
| 000316 | Dec04/17 | Dec04 | PJ5903 | N/A | | -2,043.77 | Dec05/17 | 044074 | 01-1305-00 | -2,043.77 |
| | | | | | | | | | 01-2051-00 | 2,043.77 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date Date | of RecAudit# P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|
| CITY ATTLE THE CITY OF ATTLEBORO (Continued)... | | | | | | | | |
| 006647 | Apr01/16 Dec04 PJ5901 N/A | | | -55.61 | Dec04/17 | X42623 | 01-1305-00 | -55.61 |
| | | | | | | | 01-2051-00 | 55.61 |
| 006647 | Apr01/16 Dec04 PJ5901 N/A | | | 55.61 | Dec05/17 | 044074 | 01-1305-00 | 55.61 |
| | | | | | | | 01-2051-00 | -55.61 |
| 006647 | Dec04/17 Dec04 PJ5903 N/A | | | -55.61 | Dec05/17 | 044074 | 01-1305-00 | -55.61 |
| | | | | | | | 01-2051-00 | 55.61 |
| 006648 | Apr01/16 Dec04 PJ5901 N/A | | | -9,792.65 | Dec04/17 | X42623 | 01-1305-00 | -9,792.65 |
| | | | | | | | 01-2051-00 | 9,792.65 |
| 006648 | Apr01/16 Dec04 PJ5901 N/A | | | 9,792.65 | Dec05/17 | 044074 | 01-1305-00 | 9,792.65 |
| | | | | | | | 01-2051-00 | -9,792.65 |
| 006648 | Dec04/17 Dec04 PJ5903 N/A | | | -9,792.65 | Dec05/17 | 044074 | 01-1305-00 | -9,792.65 |
| | | | | | | | 01-2051-00 | 9,792.65 |
| 006649 | Apr01/16 Dec04 PJ5901 N/A | | | -222.30 | Dec04/17 | X42623 | 01-1305-00 | -222.30 |
| | | | | | | | 01-2051-00 | 222.30 |
| 006649 | Apr01/16 Dec04 PJ5901 N/A | | | 222.30 | Dec05/17 | 044074 | 01-1305-00 | 222.30 |
| | | | | | | | 01-2051-00 | -222.30 |
| 006649 | Dec04/17 Dec04 PJ5903 N/A | | | -222.30 | Dec05/17 | 044074 | 01-1305-00 | -222.30 |
| | | | | | | | 01-2051-00 | 222.30 |
| 0099/0074 | Oct13/16 Dec04 PJ5901 N/A | | | -237.45 | Dec04/17 | X43093 | 01-1305-00 | -237.45 |
| | | | | | | | 01-2051-00 | 237.45 |
| 0099/0074 | Oct13/16 Dec04 PJ5901 N/A | | | 237.45 | Dec05/17 | 044074 | 01-1305-00 | 237.45 |
| | | | | | | | 01-2051-00 | -237.45 |
| 0099/0074 | Dec04/17 Dec04 PJ5903 N/A | | | -237.45 | Dec05/17 | 044074 | 01-1305-00 | -237.45 |
| | | | | | | | 01-2051-00 | 237.45 |
| 1694/884 | Oct13/16 Dec04 PJ5901 N/A | | | -10,244.62 | Dec04/17 | X43093 | 01-1305-00 | -10,244.62 |
| | | | | | | | 01-2051-00 | 10,244.62 |
| 1694/884 | Oct13/16 Dec04 PJ5901 N/A | | | 10,244.62 | Dec05/17 | 044074 | 01-1305-00 | 10,244.62 |
| | | | | | | | 01-2051-00 | -10,244.62 |
| 1694/884 | Dec04/17 Dec04 PJ5903 N/A | | | -10,244.62 | Dec05/17 | 044074 | 01-1305-00 | -10,244.62 |
| | | | | | | | 01-2051-00 | 10,244.62 |
| 6093/131 | Oct13/16 Dec04 PJ5901 N/A | | | -63.15 | Dec04/17 | X43093 | 01-1305-00 | -63.15 |
| | | | | | | | 01-2051-00 | 63.15 |
| 6093/131 | Oct13/16 Dec04 PJ5901 N/A | | | 63.15 | Dec05/17 | 044074 | 01-1305-00 | 63.15 |
| | | | | | | | 01-2051-00 | -63.15 |
| 6093/131 | Dec04/17 Dec04 PJ5903 N/A | | | -63.15 | Dec05/17 | 044074 | 01-1305-00 | -63.15 |
| | | | | | | | 01-2051-00 | 63.15 |

Total THE CITY OF ATTLEBORO              -23,290.96                                          0.00

CITY FIRE  CITY OF ATTLEBORO
| INSPECT | Oct10/17 Oct18 PJ5884 N/A | | | 250.00 | Dec06/17 | 044081 | 01-6400-10 | 250.00 |
| | | | | | | | 01-2051-00 | -250.00 |

Total CITY OF ATTLEBORO                    250.00                                          0.00

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice<br>Date | Date<br>of Rec | Audit# | P.O.# | Our<br>Reference | Paid<br>Amount | Check<br>Date | Check<br>No. | Allocation | G/L<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY HALL | CITY OF ATTLEBORO, MASSACHUSETTS | | | | | | | | | |
| 11012017 | Nov01/17 | Nov17 | PJ5895 | N/A | | 950.00 | Nov17/17 | 044059 | 01-6400-40 | 950.00 |
| | | | | | | | | | 01-2051-00 | -950.00 |
| LIQUOR LIC | Oct18/17 | Oct18 | PJ5884 | N/A | | 100.00 | Oct18/17 | 044004 | 01-6400-40 | 100.00 |
| | | | | | | | | | 01-2051-00 | -100.00 |
| Total CITY OF ATTLEBORO, MASSACHUSETTS | | | | | | 1,050.00 | | | | 0.00 |
| | | | | | | | | | | |
| CITY OF | CITY OF ATTLEBORO | | | | | | | | | |
| 11012017 | Nov01/17 | Nov17 | PJ5895 | N/A | | 100.00 | Nov17/17 | 044060 | 01-6400-30 | 100.00 |
| | | | | | | | | | 01-2051-00 | -100.00 |
| Total CITY OF ATTLEBORO | | | | | | 100.00 | | | | 0.00 |
| | | | | | | | | | | |
| CITY OF AT | THE CITY OF ATTLEBORO | | | | | | | | | |
| 0115-0001 | Oct01/17 | Oct25 | PJ5887 | N/A | | 741.87 | Oct25/17 | 044030 | 01-1305-00 | 741.87 |
| | | | | | | | | | 01-2051-00 | -741.87 |
| Total THE CITY OF ATTLEBORO | | | | | | 741.87 | | | | 0.00 |
| | | | | | | | | | | |
| CITYOFATTL | CITY OF ATTLEBORO FIRE DEPT. | | | | | | | | | |
| 100515 | Oct08/15 | Dec04 | PJ5899 | N/A | | -250.00 | Dec04/17 | X42183 | 01-4900-40 | -250.00 |
| | | | | | | | | | 01-2051-00 | 250.00 |
| Total CITY OF ATTLEBORO FIRE DEPT. | | | | | | -250.00 | | | | 0.00 |
| | | | | | | | | | | |
| COLONIAL | COLONIAL BEVERAGE | | | | | | | | | |
| 756935 | Oct04/17 | Oct11 | PJ5879 | N/A | | 199.76 | Nov17/17 | 044061 | 01-4014-40 | 119.00 |
| | | | | | | | | | 01-4020-40 | 80.76 |
| | | | | | | | | | 01-2051-00 | -199.76 |
| 758406 | Oct11/17 | Oct24 | PJ5886 | N/A | | 166.00 | Nov17/17 | 044061 | 01-4014-40 | 166.00 |
| | | | | | | | | | 01-2051-00 | -166.00 |
| 760221 | Oct18/17 | Oct24 | PJ5886 | N/A | | 172.00 | Nov17/17 | 044061 | 01-4014-40 | 172.00 |
| | | | | | | | | | 01-2051-00 | -172.00 |
| 762416 | Nov01/17 | Nov09 | PJ5892 | N/A | | 158.65 | Nov17/17 | 044061 | 01-4014-40 | 158.65 |
| | | | | | | | | | 01-2051-00 | -158.65 |
| CREDITH440 | Oct01/17 | Oct17 | PJ5883 | N/A | | -1,788.50 | Nov17/17 | 044061 | 01-4014-40 | -1,788.50 |
| | | | | | | | | | 01-2051-00 | 1,788.50 |
| Total COLONIAL BEVERAGE | | | | | | -1,092.09 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec/Audit# | Our P.O.# | Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|
| **COOGAN** | **JEROME COOGAN** | | | | | | | | |
| 0901-90183 | Jan22/09 | Dec04 | PJ5899 | Cancel B415 | -25.00 | Dec04/17 | X32724 | 01-2100-00 | -25.00 |
| | | | | | | | | 01-2051-00 | 25.00 |
| 1201-90374 | Jan27/12 | Dec04 | PJ5899 | Cancel B415 | -25.00 | Dec04/17 | X37180 | 01-2100-00 | -25.00 |
| | | | | | | | | 01-2051-00 | 25.00 |
| | | | | | ------------ | | | | ------------- |
| Total JEROME COOGAN | | | | | -50.00 | | | | 0.00 |
| | | | | | | | | | |
| **CRUZ CLEAN** | **CRUZ CLEANING SERVICES** | | | | | | | | |
| 000019 | Oct01/17 | Oct11 | PJ5879 | N/A | 1,456.00 | Dec01/17 | 044070 | 01-5650-40 | 1,528.80 |
| | | | | | | | | 01-2051-00 | -1,456.00 |
| | | | | | | | | 01-2081-00 | -72.80 |
| 000020 | Nov01/17 | Nov16 | PJ5894 | N/A | 1,456.00 | Dec01/17 | 044070 | 01-5650-40 | 1,528.80 |
| | | | | | | | | 01-2051-00 | -1,456.00 |
| | | | | | | | | 01-2081-00 | -72.80 |
| | | | | | ------------ | | | | ------------- |
| Total CRUZ CLEANING SERVICES | | | | | 2,912.00 | | | | 0.00 |
| | | | | | | | | | |
| **CURRIE** | **SHIRLEY CURRIE** | | | | | | | | |
| 0801-90118 | Jan25/08 | Dec04 | PJ5898 | Cancel B301 | -25.00 | Dec04/17 | X31278 | 01-2100-00 | -25.00 |
| | | | | | | | | 01-2051-00 | 25.00 |
| 0901-90184 | Jan22/09 | Dec04 | PJ5899 | Cancel B301 | -25.00 | Dec04/17 | X32726 | 01-2100-00 | -25.00 |
| | | | | | | | | 01-2051-00 | 25.00 |
| | | | | | ------------ | | | | ------------- |
| Total SHIRLEY CURRIE | | | | | -50.00 | | | | 0.00 |
| | | | | | | | | | |
| **DEVANEY** | **Devaney Energy** | | | | | | | | |
| 1658411 | Oct05/17 | Oct11 | PJ5879 | N/A | 891.58 | Nov28/17 | 044069 | 01-5765-10 | 891.58 |
| | | | | | | | | 01-2051-00 | -891.58 |
| 1661271 | Oct19/17 | Oct24 | PJ5886 | N/A | 181.29 | Nov28/17 | 044069 | 01-5630-40 | 181.29 |
| | | | | | | | | 01-2051-00 | -181.29 |
| | | | | | ------------ | | | | ------------- |
| Total Devaney Energy | | | | | 1,072.87 | | | | 0.00 |
| | | | | | | | | | |
| **EDRON** | **EDRON BUSINESS SYSTEMS INC.** | | | | | | | | |
| 206894 | Nov01/17 | Nov28 | PJ5897 | N/A | 121.79 | Dec05/17 | 044071 | 01-6765-50 | 121.79 |
| | | | | | | | | 01-2051-00 | -121.79 |
| 207251 | Oct01/17 | Oct11 | PJ5879 | N/A | 120.36 | Dec05/17 | 044071 | 01-6765-50 | 120.36 |
| | | | | | | | | 01-2051-00 | -120.36 |
| 207563 | Nov01/17 | Nov09 | PJ5892 | N/A | 110.31 | Dec05/17 | 044071 | 01-6765-50 | 110.31 |
| | | | | | | | | 01-2051-00 | -110.31 |
| | | | | | ------------ | | | | ------------- |
| Total EDRON BUSINESS SYSTEMS INC. | | | | | 352.46 | | | | 0.00 |

Case 18-10235   Doc 1   Filed 01/24/18   Entered 01/24/18 15:59:01   Desc Main
Document   Page 92 of 126
Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Our Audit# P.O.# | Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|
| ETS | ETS | | | | | | | | |
| 3F7FE699 | Mar07/16 | Dec04 | PJ5900 | N/A | -193.14 | Dec04/17 | X42566 | 01-7500-20 | -193.14 |
| | | | | | | | | 01-2051-00 | 193.14 |
| 3F7FE699 | Mar07/16 | Dec04 | PJ5900 | N/A | 193.14 | Dec05/17 | 044075 | 01-7500-20 | 193.14 |
| | | | | | | | | 01-2051-00 | -193.14 |
| 3F7FE699 | Dec04/17 | Dec04 | PJ5903 | N/A | -193.14 | Dec05/17 | 044075 | 01-7500-20 | -193.14 |
| | | | | | | | | 01-2051-00 | 193.14 |
| Total ETS | | | | | -193.14 | | | | 0.00 |
| EVERBANK | EVERBANK COMMERCIAL FINANCE INC. | | | | | | | | |
| 4758243 | Oct08/17 | Oct17 | PJ5883 | N/A | 506.94 | Nov17/17 | 044062 | 01-5500-30 | 506.94 |
| | | | | | | | | 01-2051-00 | -506.94 |
| Total EVERBANK COMMERCIAL FINANCE INC. | | | | | 506.94 | | | | 0.00 |
| F.A.R. | F.A.R. SERVICE COMPANY | | | | | | | | |
| 011070 | Oct07/17 | Oct11 | PJ5879 | N/A | 110.00 | Nov14/17 | 044040 | 01-5600-40 | 110.00 |
| | | | | | | | | 01-2051-00 | -110.00 |
| Total F.A.R. SERVICE COMPANY | | | | | 110.00 | | | | 0.00 |
| FALUGO | MRS. ROSE FALUGO | | | | | | | | |
| 0902-90217 | Feb20/09 | Dec04 | PJ5899 Cancel | 5142-6143 | -600.00 | Dec04/17 | X32872 | 01-2105-00 | -600.00 |
| | | | | | | | | 01-2051-00 | 600.00 |
| Total MRS. ROSE FALUGO | | | | | -600.00 | | | | 0.00 |
| FOLCARELLI | JOSEPH FOLCARELLI | | | | | | | | |
| FOOD | Oct13/17 | Oct24 | PJ5886 | N/A | 231.26 | Oct25/17 | 044020 | 01-4010-40 | 231.26 |
| | | | | | | | | 01-2051-00 | -231.26 |
| Total JOSEPH FOLCARELLI | | | | | 231.26 | | | | 0.00 |
| FWI | FWI | | | | | | | | |
| 030896 | Oct01/17 | Oct17 | PJ5883 | N/A | 79.00 | Nov10/17 | 044034 | 01-5740-10 | 79.00 |
| | | | | | | | | 01-2051-00 | -79.00 |
| Total FWI | | | | | 79.00 | | | | 0.00 |
| HAUN, BURT | BURTON O. HAUN ESTATE | | | | | | | | |
| 1201-90379 | Jan27/12 | Dec04 | PJ5899 Cancel | B170 | -25.00 | Dec04/17 | X37185 | 01-2100-00 | -25.00 |
| | | | | | | | | 01-2051-00 | 25.00 |
| Total BURTON O. HAUN ESTATE | | | | | -25.00 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | Our P.O.# | Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| HORIZON | HORIZON BEVERAGE | | | | | | | | | |
| 313292 | Oct03/17 | Oct11 | | PJ5879 | N/A | 496.32 | Dec06/17 | 044082 | 01-4022-40 | 215.94 |
| | | | | | | | | | 01-4022-40 | 152.38 |
| | | | | | | | | | 01-4026-40 | 128.00 |
| | | | | | | | | | 01-2051-00 | -496.32 |
| | | | | | | ------------- | | | | ------------- |
| Total HORIZON BEVERAGE | | | | | | 496.32 | | | | 0.00 |
| | | | | | | | | | | |
| HUB | HUB GRINDING SERVICE | | | | | | | | | |
| 221188 | Oct04/17 | Oct11 | | PJ5879 | N/A | 16.00 | Nov17/17 | 044063 | 01-5600-40 | 16.00 |
| | | | | | | | | | 01-2051-00 | -16.00 |
| 221647 | Oct18/17 | Oct18 | | PJ5885 | N/A | 16.00 | Nov17/17 | 044063 | 01-5600-40 | 16.00 |
| | | | | | | | | | 01-2051-00 | -16.00 |
| | | | | | | ------------- | | | | ------------- |
| Total HUB GRINDING SERVICE | | | | | | 32.00 | | | | 0.00 |
| | | | | | | | | | | |
| IRELAND | THOMAS IRELAND | | | | | | | | | |
| 1001-90251 | Jan22/10 | Dec04 | | PJ5899 | Cancel B179,302 | -50.00 | Dec04/17 | X34286 | 01-2100-00 | -50.00 |
| | | | | | | | | | 01-2051-00 | 50.00 |
| | | | | | | ------------- | | | | ------------- |
| Total THOMAS IRELAND | | | | | | -50.00 | | | | 0.00 |
| | | | | | | | | | | |
| J&R RENTAL | J & R RENTAL LLC | | | | | | | | | |
| 001753 | Oct05/17 | Oct05 | | PJ5875 | N/A | 1,445.00 | Oct05/17 | 043973 | 01-6780-30 | 1,445.00 |
| | | | | | | | | | 01-2051-00 | -1,445.00 |
| | | | | | | ------------- | | | | ------------- |
| Total J & R RENTAL LLC | | | | | | 1,445.00 | | | | 0.00 |
| | | | | | | | | | | |
| KEELER | ROBERT OR DORIS KEELER | | | | | | | | | |
| 1401-90498 | Jan31/14 | Dec04 | | PJ5899 | Cancel 183 | -25.00 | Dec04/17 | X40095 | 01-2100-00 | -25.00 |
| | | | | | | | | | 01-2051-00 | 25.00 |
| | | | | | | ------------- | | | | ------------- |
| Total ROBERT OR DORIS KEELER | | | | | | -25.00 | | | | 0.00 |
| | | | | | | | | | | |
| LEAF | LEAF | | | | | | | | | |
| 7802133 | Oct20/17 | Oct24 | | PJ5886 | N/A | 39.30 | Nov14/17 | 044042 | 01-6000-40 | 39.30 |
| | | | | | | | | | 01-2051-00 | -39.30 |
| | | | | | | ------------- | | | | ------------- |
| Total LEAF | | | | | | 39.30 | | | | 0.00 |
| | | | | | | | | | | |
| MADOFF & K | Madoff & Khoury, Attorneys at Law | | | | | | | | | |
| 12052017 | Dec05/17 | Dec05 | | PJ5904 | N/A | 5,000.00 | Dec05/17 | 044072 | 01-6300-50 | 5,000.00 |
| | | | | | | | | | 01-2051-00 | -5,000.00 |
| 12142017 | Dec14/17 | Dec14 | | PJ5907 | N/A | 22,000.00 | Dec14/17 | 044092 | 01-6300-50 | 22,000.00 |
| | | | | | | | | | 01-2051-00 | -22,000.00 |
| | | | | | | ------------- | | | | ------------- |
| Total Madoff & Khoury, Attorneys at Law | | | | | | 27,000.00 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **MARTIGNETT** | **MARTIGNETTI COMPANIES** | | | | | | | | | |
| 095869492 | Oct04/17 | Oct11 | PJ5879 | N/A | | 492.10 | Dec06/17 | 044083 | 01-4022-40 | 516.71 |
| | | | | | | | | | 01-2051-00 | -492.10 |
| | | | | | | | | | 01-2081-00 | -24.61 |
| 095921365 | Nov01/17 | Nov09 | PJ5892 | N/A | | 595.57 | Dec06/17 | 044083 | 01-4022-40 | 625.35 |
| | | | | | | | | | 01-2051-00 | -595.57 |
| | | | | | | | | | 01-2081-00 | -29.78 |
| **Total MARTIGNETTI COMPANIES** | | | | | | 1,087.67 | | | | 0.00 |
| **MASS ELEC** | **NATIONAL GRID** | | | | | | | | | |
| 069010 | Oct16/17 | Oct24 | PJ5886 | N/A | | 2,487.30 | Dec05/17 | 044073 | 01-8100-10 | 2,487.30 |
| | | | | | | | | | 01-2051-00 | -2,487.30 |
| 069010 | Aug31/16 | Dec04 | PJ5901 | N/A | | -4,701.87 | Dec04/17 | X43050 | 01-8100-10 | -4,701.87 |
| | | | | | | | | | 01-2051-00 | 4,701.87 |
| 069010 | Aug31/16 | Dec04 | PJ5901 | N/A | | 4,701.87 | Dec05/17 | 044076 | 01-8100-10 | 4,701.87 |
| | | | | | | | | | 01-2051-00 | -4,701.87 |
| 069010 | Dec04/17 | Dec04 | PJ5903 | N/A | | -4,701.87 | Dec05/17 | 044076 | 01-8100-10 | -4,701.87 |
| | | | | | | | | | 01-2051-00 | 4,701.87 |
| **Total NATIONAL GRID** | | | | | | -2,214.57 | | | | 0.00 |
| **MCCOMB** | **SUE PACE-MCCOMB** | | | | | | | | | |
| REFUND | Jan21/10 | Dec04 | PJ5899 | N/A | | -24.24 | Dec04/17 | X34232 | 01-2405-00 | -24.24 |
| | | | | | | | | | 01-2051-00 | 24.24 |
| **Total SUE PACE-MCCOMB** | | | | | | -24.24 | | | | 0.00 |
| **MS WALKER** | **MS WALKER INC.** | | | | | | | | | |
| 204121 | Oct05/17 | Oct11 | PJ5879 | N/A | | 783.88 | Dec06/17 | 044084 | 01-4022-40 | 275.88 |
| | | | | | | | | | 01-4022-40 | 4.00 |
| | | | | | | | | | 01-4026-40 | 504.00 |
| | | | | | | | | | 01-2051-00 | -783.88 |
| **Total MS WALKER INC.** | | | | | | 783.88 | | | | 0.00 |
| **MURRAY, S** | **STEPHEN MURRAY** | | | | | | | | | |
| EXP REPORT | Nov01/17 | Nov16 | PJ5894 | N/A | | 52.06 | Nov28/17 | 044067 | 01-5730-10 | 52.06 |
| | | | | | | | | | 01-2051-00 | -52.06 |
| OCT2017 | Nov01/17 | Nov09 | PJ5892 | N/A | | 253.02 | Nov28/17 | 044067 | 01-5740-10 | 18.88 |
| | | | | | | | | | 01-7500-10 | 34.14 |
| | | | | | | | | | 01-8200-10 | 200.00 |
| | | | | | | | | | 01-2051-00 | -253.02 |
| **Total STEPHEN MURRAY** | | | | | | 305.08 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **N E SPECIA** | **NEW ENGLAND SPECIALTY SOILS** | | | | | | | | | |
| 022377 | Oct13/17 | Oct26 | PJ5888 | N/A | | 1,332.29 | Dec05/17 | 044077 | 01-5770-10 | 1,332.29 |
| | | | | | | | | | 01-2051-00 | -1,332.29 |
| 22377CR | Nov01/17 | Nov06 | PJ5891 | N/A | | -1,332.29 | Dec05/17 | 044077 | 01-5770-10 | -1,332.29 |
| | | | | | | | | | 01-2051-00 | 1,332.29 |
| Total NEW ENGLAND SPECIALTY SOILS | | | | | | 0.00 | | | | 0.00 |
| **NAZARIO** | **MAGDALENA NAZARIO** | | | | | | | | | |
| REFUND | Oct17/17 | Oct17 | PJ5882 | N/A | | 125.00 | Oct17/17 | 044000 | 01-2200-00 | 125.00 |
| | | | | | | | | | 01-2051-00 | -125.00 |
| Total MAGDALENA NAZARIO | | | | | | 125.00 | | | | 0.00 |
| **NELSON** | **MRS. EDNA L. NELSON** | | | | | | | | | |
| 0901-9019B | Jan22/09 | Dec04 | PJ5899 | Cancel B127-128 | | -50.00 | Dec04/17 | X32750 | 01-2100-00 | -50.00 |
| | | | | | | | | | 01-2051-00 | 50.00 |
| Total MRS. EDNA L. NELSON | | | | | | -50.00 | | | | 0.00 |
| **NORFOLK** | **NORFOLK POWER EQUIPMENT, INC.** | | | | | | | | | |
| IC19690 | Apr01/16 | Dec04 | PJ5900 | N/A | | -13.15 | Dec04/17 | X42636 | 01-5730-10 | -13.15 |
| | | | | | | | | | 01-2051-00 | 13.15 |
| IC19828 | Apr01/16 | Dec04 | PJ5900 | N/A | | -4.21 | Dec04/17 | X42636 | 01-5730-10 | -4.21 |
| | | | | | | | | | 01-2051-00 | 4.21 |
| IN56594 | Apr08/16 | Dec04 | PJ5900 | N/A | | -9.51 | Dec04/17 | X42636 | 01-5730-10 | -9.51 |
| | | | | | | | | | 01-2051-00 | 9.51 |
| Total NORFOLK POWER EQUIPMENT, INC. | | | | | | -26.87 | | | | 0.00 |
| **PETTY CASH** | **Petty Cash** | | | | | | | | | |
| OCT2017 | Oct17/17 | Oct17 | PJ5883 | N/A | | 678.31 | Nov08/17 | 044033 | 01-4010-40 | 678.31 |
| | | | | | | | | | 01-2051-00 | -678.31 |
| Total Petty Cash | | | | | | 678.31 | | | | 0.00 |
| **PLEASANT** | **PLEASANT PRINTING COMPANY** | | | | | | | | | |
| 106612 | Mar29/16 | Dec04 | PJ5900 | N/A | | -12.00 | Dec04/17 | X42606 | 01-7500-40 | -12.00 |
| | | | | | | | | | 01-2051-00 | 12.00 |
| Total PLEASANT PRINTING COMPANY | | | | | | -12.00 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of RecAudit# | Our P.O.# | Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|
| **QUALITY B** | **QUALITY BEVERAGE L.P.** | | | | | | | | |
| 410715 | Jul09/14 Dec04 | PJ5902 | N/A | | -322.57 | Dec04/17 | X40806 | 01-4014-30 | -82.40 |
| | | | | | | | | 01-4014-40 | -240.17 |
| | | | | | | | | 01-2051-00 | 322.57 |
| 416754 | Oct04/17 Oct11 | PJ5879 | N/A | | 229.38 | Nov14/17 | 044048 | 01-4014-40 | 229.38 |
| | | | | | | | | 01-2051-00 | -229.38 |
| 419050 | Oct11/17 Oct24 | PJ5886 | N/A | | 311.70 | Nov14/17 | 044048 | 01-4014-40 | 311.70 |
| | | | | | | | | 01-2051-00 | -311.70 |
| 421361 | Oct18/17 Oct24 | PJ5886 | N/A | | 50.00 | Nov14/17 | 044048 | 01-4014-40 | 50.00 |
| | | | | | | | | 01-2051-00 | -50.00 |
| 423572 | Nov01/17 Nov09 | PJ5892 | N/A | | 65.78 | Dec06/17 | 044085 | 01-4014-40 | 65.78 |
| | | | | | | | | 01-2051-00 | -65.78 |
| 427069 | Nov02/17 Nov09 | PJ5892 | N/A | | 239.00 | Dec06/17 | 044085 | 01-4014-40 | 239.00 |
| | | | | | | | | 01-2051-00 | -239.00 |
| 429851 | Nov10/17 Nov21 | PJ5896 | N/A | | 173.78 | Dec06/17 | 044085 | 01-4014-40 | 173.78 |
| | | | | | | | | 01-2051-00 | -173.78 |
| 451910 | Oct19/17 Oct24 | PJ5886 | N/A | | 99.60 | Nov14/17 | 044048 | 01-4014-40 | 99.60 |
| | | | | | | | | 01-2051-00 | -99.60 |
| Total QUALITY BEVERAGE L.P. | | | | | 846.67 | | | | 0.00 |
| **SELECTIVE** | **SELECTIVE INS. CO OF AMERICA** | | | | | | | | |
| JULY2016 | Jul22/16 Dec04 | PJ5901 | N/A | | -7,167.00 | Dec04/17 | X42891 | 01-1300-00 | -7,167.00 |
| | | | | | | | | 01-2051-00 | 7,167.00 |
| JULY2016 | Jul22/16 Dec04 | PJ5901 | N/A | | 7,167.00 | Dec05/17 | 044078 | 01-1300-00 | 7,167.00 |
| | | | | | | | | 01-2051-00 | -7,167.00 |
| JULY2016 | Dec04/17 Dec04 | PJ5903 | N/A | | -7,167.00 | Dec05/17 | 044078 | 01-1300-00 | -7,167.00 |
| | | | | | | | | 01-2051-00 | 7,167.00 |
| OCT2017 | Oct10/17 Oct10 | PJ5877 | N/A | | 7,551.00 | Oct10/17 | 043992 | 01-1300-00 | 7,551.00 |
| | | | | | | | | 01-2051-00 | -7,551.00 |
| Total SELECTIVE INS. CO OF AMERICA | | | | | 384.00 | | | | 0.00 |
| **SENSIBLE C** | **SENSIBLE COMPUTER & SUPPLIES** | | | | | | | | |
| 031992 | Jan01/17 Oct12 | CD2369 | Part P | | 2,500.00 | Oct12/17 | 043999 | | |
| | | | | | | | | 01-2051-00 | -2,500.00 |
| 031992 | Jan01/17 Oct12 | CD2369 | Part P | | -2,500.00 | Oct18/17 | 044009 | | |
| | | | | | | | | 01-2051-00 | 2,500.00 |
| Total SENSIBLE COMPUTER & SUPPLIES | | | | | 0.00 | | | | 0.00 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Our Audit# | P.O.# | Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **SETRONICS** | **Setronics** | | | | | | | | | |
| WILDER | Oct26/17 Oct26 | | PJ5888 | N/A | | 130.00 | Oct26/17 | 044031 | 01-4950-40 | 130.00 |
| | | | | | | | | | 01-2051-00 | -130.00 |
| Total Setronics | | | | | | 130.00 | | | | 0.00 |
| **SMITH** | **DR. WENDELL SMITH** | | | | | | | | | |
| 1501-90553 | Jan01/15 Dec04 | | PJ5899 | Cancel | B213 | -25.00 | Dec04/17 | X41427 | 01-2100-00 | -25.00 |
| | | | | | | | | | 01-2051-00 | 25.00 |
| Total DR. WENDELL SMITH | | | | | | -25.00 | | | | 0.00 |
| **STEPKA** | **STEPKA CORP.** | | | | | | | | | |
| 000974 | Oct01/17 Oct11 | | PJ5879 | N/A | | 91.50 | Nov14/17 | 044050 | 01-5600-20 | 91.50 |
| | | | | | | | | | 01-2051-00 | -91.50 |
| 001027 | Oct01/17 Oct11 | | PJ5879 | N/A | | 108.00 | Nov14/17 | 044050 | 01-5600-40 | 108.00 |
| | | | | | | | | | 01-2051-00 | -108.00 |
| Total STEPKA CORP. | | | | | | 199.50 | | | | 0.00 |
| **SUSANSILVA** | **SUSAN SILVA** | | | | | | | | | |
| 10012017 | Oct01/17 Oct11 | | PJ5879 | N/A | | 50.00 | Nov28/17 | 044068 | 01-8200-50 | 50.00 |
| | | | | | | | | | 01-2051-00 | -50.00 |
| NOV2017 | Nov01/17 Nov02 | | PJ5890 | N/A | | 50.00 | Nov28/17 | 044068 | 01-8200-50 | 50.00 |
| | | | | | | | | | 01-2051-00 | -50.00 |
| Total SUSAN SILVA | | | | | | 100.00 | | | | 0.00 |
| **SWEET** | **ESTATE OF RICHARD SWEET** | | | | | | | | | |
| 0801-90147 | Jan25/08 Dec04 | | PJ5899 | Cancel | B132,134 | -50.00 | Dec04/17 | X31307 | 01-2100-00 | -50.00 |
| | | | | | | | | | 01-2051-00 | 50.00 |
| Total ESTATE OF RICHARD SWEET | | | | | | -50.00 | | | | 0.00 |
| **TOG** | **TOG** | | | | | | | | | |
| IN099614 | Oct01/17 Oct11 | | PJ5879 | N/A | | 500.00 | Nov14/17 | 044052 | 01-8300-40 | 500.00 |
| | | | | | | | | | 01-2051-00 | -500.00 |
| Total TOG | | | | | | 500.00 | | | | 0.00 |
| **US FOOD** | **US FOODS, INC.** | | | | | | | | | |
| 496360 | Oct05/17 Oct17 | | PJ5883 | N/A | | 547.19 | Dec06/17 | 044086 | 01-4650-40 | 547.19 |
| | | | | | | | | | 01-2051-00 | -547.19 |
| 1802935CF | Aug17/17 Oct06 | | PJ5876 | N/A | | -564.50 | Oct06/17 | 043974 | 01-5750-40 | -592.73 |
| | | | | | | | | | 01-2051-00 | 564.50 |

Month End Disbursement Report for Oct01/17 to Dec15/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

| Invoice# | Invoice Date | Date of Rec | Audit# | P.O.# | Our Reference | Paid Amount | Check Date | Check No. | Allocation | G/L Amount |
|----------|--------------|-------------|--------|-------|---------------|-------------|------------|-----------|------------|-----------|
| US FOOD | US FOODS, INC. (Continued)... | | | | | | | | | |
| | | | | | | | | | 01-2081-00 | 28.23 |
| CR1453909 | Oct01/17 | Oct31 | PJ5889 | N/A | | -27.10 | Nov10/17 | 044035 | 01-4010-40 | -27.10 |
| | | | | | | | | | 01-2051-00 | 27.10 |
| | | | | | | ------------- | | | | ------------- |
| Total US FOODS, INC. | | | | | | -44.41 | | | | 0.00 |
| | | | | | | | | | | |
| WILDER | ANDREW WILDER | | | | | | | | | |
| 042016 | Apr20/16 | Dec04 | PJ5900 | N/A | | -360.00 | Dec04/17 | X42612 | 01-5650-50 | -360.00 |
| | | | | | | | | | 01-2051-00 | 360.00 |
| | | | | | | ------------- | | | | ------------- |
| Total ANDREW WILDER | | | | | | -360.00 | | | | 0.00 |
| | | | | | | | | | | |
| YOUNG | YOUNG'S CATERERS | | | | | | | | | |
| 111817 | Nov20/17 | Nov21 | PJ5896 | N/A | | 727.60 | Dec15/17 | 044093 | 01-3010-40 | 727.60 |
| | | | | | | | | | 01-2051-00 | -727.60 |
| | | | | | | ------------- | | | | ------------- |
| Total YOUNG'S CATERERS | | | | | | 727.60 | | | | 0.00 |

Total Report                               37,402.41                                    -900.00

===== End of Report =====

Company Check File
Check Register for Jan 1/18 thru Jan 24/18
Regular Checks

| Check | Issued to: | Date | Check Amount | |
|-------|-----------|------|--------|---|
| 44073 | NATIONAL GRID | Dec 5/17 | -2,487.30 | CancJan05 |
| 44104 | ARCUDI ENERGY/TRIBORO OIL | Jan 3/18 | 1,828.28 | |
| 44105 | Devaney Energy | Jan 3/18 | 3,141.51 | |
| 44106 | NATIONAL GRID | Jan 5/18 | 4,077.83 | |
| 44107 | NATIONAL GRID | Jan 11/18 | 619.38 | |
| 44108 | SELECTIVE INS. CO OF AMERICA | Jan 11/18 | 1,693.00 | |
| 44109 | BUDGE IT DRAINS | Jan 12/18 | 510.00 | |
| 44110 | STEPHEN MURRAY | Jan 15/18 | 2,956.68 | |
| 44110 | STEPHEN MURRAY | Jan 15/18 | -2,956.68 | CancJan16 |
| 44111 | Brittany Purinton | Jan 16/18 | 1,000.00 | |
| 44112 | Joe Simao | Jan 16/18 | 1,000.00 | |
| 44113 | AFLAC | Jan 19/18 | 675.40 | |
| 44114 | BCBS OF MA | Jan 19/18 | 959.66 | |
| 44115 | EDRON BUSINESS SYSTEMS INC. | Jan 23/18 | 89.26 | |
| 44116 | DREW CHAPMAN | Jan 23/18 | 50.00 | |

Total Regular Checks Issued

13,157.02

===== End of Report =====

01 - Highland Country Club

A/P - Accounts Payable Trade

Month End Disbursement Report for Nov29/16 to Nov29/17 (Based on Date of Record)

General Ledger Distribution Report

Shows all invoices by Supplier - Invoices To Include: Paid

Paid

| Invoice# | Amount | |
|---|---|---|
| Total JAY POIRIER | 3,000.00 | member Interest PN |
| Total JOHN J. FITZGIBBONS | 1,200.00 | member Interest PN |
| Total Mr. Robert Ford | 1,000.00 | member Interest PN |

**Board of Governors Listing**

**Oct 2017-2018**
Ted Dion
Jack Fitzgibbons
Teresa Shumila
Jay Poirier
Richard O'Brien
Terry Mahoney
Tim Gilmore
Ray LeBlanc
Chuck Stone
Kevin Holley
Suzanne Aupperle
Sharon Kennedy
Joe Casey

**Oct 2016-2017**
Jay Poirier
Jack Fitzgibbons
Colleen Duffy
Donna Bliss
Bob Ford
Terry Mahoney
Tim Gilmore
Ray LeBlanc
Chuck Stone
Sharon Kennedy
Liz Cochrane-WGA
Richard O'Brien
Ted Carmone
Dan Pietro
Armand Brunelle

**Oct 2015-2016**
Colleen Duffy
Jay Poirier
Donna Bliss
Bob Ford
Liam Timmons
Armond Brunnelle
Bob Gilmore
Peter Gay
Mickey Drought
Ted Carmone
Bill Conroy
Chris Hanson
Joanne Lemire-WGA
Neal Reilly
Mike Wallace

**Oct 2014-2015**
Colleen Duffy
Bob Ford
Liam Timmons
Joanne Lemire-WGA
Bill Conroy
Ted Carmone
Chris Hanson
Armand Brunnelle
Peter Gay
Kevin Phipps
Mark Calderone
Dan Pietro
Bob Marks
Mickey Drought
David Binns
Neal Reilly
Mike Wallace
Jack Janick

# United States Bankruptcy Court
## District of Massachusetts

In re    __The Highland Country Club of Attleboro, Mass.__                  Case No. _____

                                 Debtor(s)            Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 24, 2018__ _____      __/s/ Edward A. Dion, Jr.__ _____

                                                   __Edward A. Dion, Jr./President__
                                                   Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

A&D Pest Control
203 Concord Street, Ste. 313
Pawtucket, RI 02860

A-OK Turf Management
1357 Main Street
Coventry, RI 02816

Abacus Benefit Consultants, Inc.
55 Stamp Farm Road
Cranston, RI 02921

Advance Auto Parts
PO Box 742063
Atlanta, GA 30374

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Alan and Donna Johnson
53 Payson Street
Attleboro, MA 02703

Alan Vadala
PO Box 413
North Attleboro, MA 02761

Albert Viau
267 Read Street
Attleboro, MA 02703

Alfred Felici
6842 Barrington Drive
Stuart, FL 34997

All About Service
PO Box 46
Walpole, MA 02081

All American Food, Inc.
PO Box 792
North Kingstown, RI 02852

Alliance Commercial Fuels
PO Box 6129
Chelsea, MA 02150

Andrew Wilder
80 Tanglewood Drive
MA 02073

Anita Riccio
140 North Main Street  #3C
Attleboro, MA 02703

Antonio C. Viveiros
173 County Street
Attleboro, MA 02703

Arcudi Energy/Triboro Oil
PO Box 9120
Newton Center, MA 02459

Armand Brunelle
47 Commonwealth Avenue
Fort Lauderdale, FL 33328

ATS Equipment
33 Locust Street
Boston, MA 02122

Barbara Hansen
325 Clifton Street
Attleboro, MA 02703

Blue Cross Blue Shield of MA
PO Box 371318
Pittsburgh, PA 15250

Bob Donohue
205 Kelley Blvd.
North Attleboro, MA 02760

Bob Ford
215 South Street
Plainville, MA 02762

Bradford A. Dean
16 Jasons Grant Drive
Cumberland, RI 02864

Brian D. Drought
11 Sycamore Place
Plainville, MA 02762

Brian D. Sheehan
2 Buckhorn Lane
North Attleboro, MA 02760

Brian Goad
61 Coach Road
North Attleboro, MA 02760

Bristol County Savings Bank
130 Pleasant Street
Attleboro, MA 02703

Bristol County Savings Bank
35 Broadway
Taunton, MA 02780

Bristow Electric Co. Inc.
74 Forest Street
Attleboro, MA 02703

Bruce Smith
240 Oakridge Avenue
North Attleboro, MA 02760

Budge It Drains
571B Elm Street
Bridgewater, MA 02324

Burton O. Haun Estate
c/o Bradford Haun
614 N.W. Harmon Blvd.
Bend, OR 97701

Card and Form Solutions
Attn: Curtis
648 N. Peace Haven Road
Winston Salem, NC 27104

Cardinals, Inc.
166 River Road
PO Box 520
Unionville, CT 06085

Carolyn Bourget
75 Deer Path Lane
Mansfield, MA 02048

Central Irrigation Supply
100 Meadow Street
Hartford, CT 06114

Charles H. Stone
P.O. Box 205
Norfolk, MA 02056

Charles J. Nolan
29 Evan Way
Kingston, RI 02881

Charles Patterson
564 Pike Avenue
Attleboro, MA 02703

Charles R. Guillette
87 Lincoln Avenue
Attleboro, MA 02703

Christopher Hanson
806A Mt. Hope Street
North Attleboro, MA 02760

Christopher J. Carges
61 Southgate Road
Hyannis, MA 02601

City of Attleboro
Office of the City Collector
City of Attleboro, Box 844514
Boston, MA 02284

City of Attleboro
Headquarters of Fire Department
100 Union Street
Attleboro, MA 02703

CL Country Club Enterprises
29 Toby Road
Wareham, MA 02571

Claus Croatto
24 Fifth Street
MA 02073

Clean Beer Company
8 Jefferson Street
Milford, MA 01757

Colleen Duffy
185 Debora Road
North Attleboro, MA 02760

Collins, Smith & O'Connor LLP
77 N. Main Street
Attleboro, MA 02703

Colonial Beverage
PO Box 1430
Fall River, MA 02722

Comcast
Box 1577
Newark, NJ 07101

Commonwealth of Mass. Environmental Dept
1 Winter Street
Boston, MA 02108

Cruz Cleaning Services
162 Senate Street
Pawtucket, RI 02861

Curtis Parker
171 Glendale Road
Attleboro, MA 02703

Dana E. Saunders
1 Thirteenth Street #4
Attleboro, MA 02703

Daniel & Betty Larson
265 Wilmarth Street
Attleboro, MA 02703

Daniel Andrade
644 Towne Street
North Attleboro, MA 02760

Daniel Blake
89 Wamsutta Road
Attleboro, MA 02703

Daniel H. Conroy
8 Wilkeson Way
Foxboro, MA 02035

Daniel O'Brien
28 Longbrook Drive
Cumberland, RI 02864

Daniel Pietro
19 Hunter Lane
Canton, MA 02021

David Binns
19 Hatch Road
Attleboro, MA 02703

David Farrell
34 Melody Drive
Attleboro, MA 02703

David Hibbert
32 12th Stareet
Attleboro, MA 02703

David K. Bliss
43 Nathaniel Paine Road
Attleboro, MA 02703

David Leary
352 Commonwealth Avenue
Attleboro Falls, MA 02763

David Manoogian
47 Vine Street
North Attleboro, MA 02760

David Root
12 Connie Lane
Attleboro Falls, MA 02763

David S. Grimes
51 Constance Way
North Attleboro, MA 02760

Dennis Dion
E.A. Dion Inc.
P.O. Box 2098
33 Franklin McKay Road
Attleboro, MA 02703

Derek Johnson
250 Smith Street
Attleboro, MA 02703

Devaney Energy
PO Box 9120
Newton Center, MA 02459

Donald Cerrone
679 Washington Street, Suite 8
Attleboro, MA 02703

Donald G. Oldmixon
8 Daggett Road
Attleboro, MA 02703

Donna Ahlquist and Robert Beach
7 Diamond Street
North Attleboro, MA 02760

Dorothy Allen
45 South Main Street #305
Attleboro, MA 02703

Drew Chapman
10 Ledgeview Drive
Assonet, MA 02702

Eastern Supply
40 North Main Street
Attleboro, MA 02703

Edaina Parrillo
8 Carpenter Avenue #3
Attleboro, MA 02703

Edron Business Systems, Inc.
15 Bellows Road
Raynham, MA 02767

Edward A. Dion, Jr.
E.A. Dion Inc.
P.O. Box 2098
33 Franklin McKay Road
Attleboro, MA 02703

Edward Lemire
33 Raymond Drive
Cumberland, RI 02864

Edward Pariseau
555 Elm Street #2
North Attleboro, MA 02760

Edwin Hurley
55 Alton Road
North Attleboro, MA 02760

Eleanor Bassler
18 Townhouse Road
Attleboro, MA 02703

Elisa C. Ison
59 Ridgehill Road
Attleboro, MA 02703

Elmo Finocchi
165 Walcott Road
North Attleboro, MA 02760

ETS
20135 Lakview Center Plaza, 4th Floor
Ashburn, VA 20147

Everbank Commercial Finance
PO Box 911608
Denver, CO

Frederick B. Clifford
Eboch Assisted Living
190 Mansfield Ave., Apt. 207
Attleboro, MA 02703

Grants Rental
10 Bedford Park
Bridgewater, MA 02324

Greg Lombardo
6 Billington Circle
Cumberland, RI 02864

Gregory Foster
9 Paddock Drive
Plainville, MA 02762

Gregory Hewitt
96 Anawan Road
North Attleboro, MA 02760

Harold Sumner
P.O. Box 565
Attleboro, MA 02703

Harrell's, LLC
PO Box 935358
Atlanta, GA 31193

Harry Boltz
32 Oak Knoll Street Unit 32
North Attleboro, MA 02760

Hazard Testing, LLC
323 James Trail
West Kingston, RI 02892

Helena Chemical Co.
101 Elm Street
Hatfield, MA 01038

Home Depot Credit Services
Dept 32-2501196814
Des Moines, IA 50368

Horizon Beverage Company
PO Box 1165
Norton, MA 02766

Hub Grinding Service
10 Hartshort Road
Walpole, MA 02081

Irvin M. Cobb
95 Mechanic Street Unit 12
Attleboro, MA 02703

Jack Fitzgibbons
113 Metcalf Road
North Attleboro, MA 02760

Jack Janick
2 Arthur Collins Circle
North Attleboro, MA 02760

James Brennan
762 E. Washington Street, Box 4
North Attleboro, MA 02760

James Carr
60 Rundon Drive
North Attleboro, MA 02760

James G. Connor
75 John Reed Road
Westport, MA 02790

James G. Ford
119 Laurelwood Drive
North Attleboro, MA 02760

James McDermott, Jr.
71 Newell Drive
Attleboro, MA 02703

Jay Poirier
119 John Dietsch Square
Attleboro Falls, MA 02763

Jay Poirier
5 Lentendre Road
Seekonk, MA 02771

Jayni Shumila
80 Tanglewood Drive
Attleboro, MA 02703

Jeff Cavicchi
80 Oak Street
North Attleboro, MA 02760

Jeff Nelson
77 Raeburn Drive
Attleboro, MA 02703

Jeffrey Breese
Estate of Alice Breese
411 E. Crescent Place
Chandler, AZ 85249

Jeffrey E. Dodge
45 Payson Street
Attleboro, MA 02703

Jeffrey Kristeller
905 Mt. Hope Street
North Attleboro, MA 02760

Jeffrey Skaff
50 Walton Street, Suite E
Attleboro, MA 02703

Jeremy Doak
21 Sully Lane
Attleboro, MA 02703

Jerome Coogan
PO Box 2320
144 Bank Street
Attleboro, MA 02703

John D. Casey
40 West Barn Road
North Attleboro, MA 02760

John E. Buckley
1 Kings Row
Cumberland, RI 02864

John Faherty
6 Oriole Drive
North Attleboro, MA 02760

John Gavin
62 Countyside Drive
Cumberland, RI 02864

John Hanley
64 Mechanic Street #1A
Attleboro, MA 02703

John Hennessey
24 Joseph Road
Attleboro Falls, MA 02763

John J. Connor
129 Williams Street
Providence, RI 02906

John Kennedy
175 Debora Road
North Attleboro, MA 02760

John P. Boyce
25 Drowne Parkway
Rumford, RI 02916

John Packer
15 Semple Village Road
Attleboro, MA 02703

John Pechonis
24 Olde Carriage Lane
Douglas, MA 01516

John S. Holden
71 Weona Road
North Attleboro, MA 02760

John S. Lambert
1324 County Road
Cataumet, MA 02534

John V. Wiley
1876 Washington Street
Attleboro, MA 02703

Joseph & Fran Eastman
42 Hillside Road
Cumberland, RI 02864

Joseph F. Casey
8 Strawberry Lane
Norfolk, MA 02056

Joseph M. Collins
c/o Collins, Smith & O'Connor, LLP
77 North Main Street
Attleboro, MA 02703

Kay Barone
15 Manorhaven Drive
Attleboro, MA 02703

Kenneth Erban
458 Cumberland Avenue
North Attleboro, MA 02760

Kenneth Farris
297 Pleasant Street
East Walpole, MA 02032

Kenneth Riall
24 Poppasquash Road
North Attleboro, MA 02760

Kevan Higgins
283 E. Main Street, #28
Norton, MA 02766

Kevin Holley
52 Anthony Circle
Attleboro Falls, MA 02763

Kevin J. Bowler
4 Periwinkle Lane
Mashpee, MA 02649

Kevin Lahiff
31 Olde Tower Lane
Attleboro, MA 02703

Kevin Phipps
51 Westside Avenue
North Attleboro, MA 02760

Kevin Poirier
53 Ledgebrook Drive
North Attleboro, MA 02760

Kevin Robert Gay
403 W 4th Street #3
Boston, MA 02127

Kurt R. Schweinshaut
c/o M.S. Company
P.O. Box 298
Attleboro, MA 02703

L. Knife & Son, Inc.
P.O. Box K
Kingston, MA 02364

Lafratta Electric Incorp.
206 Broad Street
North Attleboro, MA 02760

Laurence Cochrane
7 Colonial Way
Plainville, MA 02762

Leaf Capital Funding LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Leon E. Cranahan
15 Lyndon Road
Hingham, MA 02043

Lewicki & Son Excavating, Inc.
15 Wilmarth Lane
Plainville, MA 02762

Liam Timmons
35 Carl Jordn Drive
Attleboro, MA 02703

Louis Decota
168 Old Wood Road
North Attleboro, MA 02760

Mahesh Shroff
96 Blackberry Road
North Attleboro, MA 02760

Margaret M. Pinkham, Esq.
42 Pleasant Street
Woburn, MA 01801-1000

Mario & Donna Palmer
38 Commonwealth Avenue
Attleboro, MA 02703

Mark A. Calderone
140 North Main Street Unit 4C
Attleboro, MA 02703

Mark McDonald
226 Cliff Drive
North Attleboro, MA 02760

Mark Monroe
46 Moyhew Road
Attleboro, MA 02703

Mark Parsons
38 Metacomett Drive
Attleboro, MA 02703

Mark S. Cuddy
230 Eastside Road
Wrentham, MA 02093

Martha & Richard Conti
100 Berwick Road
Attleboro, MA 02703

Martignetti Companies
500 John Hancock Road
Taunton, MA 02780

Mary Ann Dupelle
12 George Street
North Attleboro, MA 02760

Mary E. Cochrane
19 Wamsutta Road
Attleboro, MA 02703

Mary F. McAteer-Temple
76 Tyler Street
Attleboro, MA 02703

Mary Smith
Atria Bay Spring
147 Bay Spring Avenue #234
Barrington, RI 02806

Mass DOT
P.O. Box 55891
Boston, MA 02205

Mass Golf Association, Inc.
300 Arnold Palmer Blvd.
Norton, MA 02766

Maureen Ciombor
15 Colonial Way
Plainville, MA 02762

Mervell & Anne Cronin
67 Raeburn Drive
Attleboro, MA 02703

Metrix Metal
c/o Robert Hanson
170 Providence Pike #51
North Smithfield, RI 02896

Michael  Turner
28 windsor Drive
Foxboro, MA 02035

Michael Albondi
11 Christina Drive
Wrentham, MA 02093

Michael Aupperle
10 Thayer Farm Road
Attleboro, MA 02703

Michael Briggs
660 Paine Road
North Attleboro, MA 02760

Michael Drought
12 Landers Road
Attleboro, MA 02703

Michael G. Parent
16 Laurie Lane
North Attleboro, MA 02760

Michael Gallagher
58 Hunts Bridge Road
North Attleboro, MA 02760

Michael J. O'Keefe
86 Mary Ann Way
North Attleboro, MA 02760

Michael Kapitan
6 Cliff Circle
North Attleboro, MA 02760

Michael Kirby
6 Cranberry Road
North Attleboro, MA 02760

Michael P. Wallace
15 Debora Road
North Attleboro, MA 02760

Micheal McCarron
132 Downing Drive
Attleboro, MA 02703

MS Walker, Inc.
975 University Ave
Norwood, MA 02062

National Grid
P.O. Box 960
Somerville, MA 02143-0960

Neal D. Reilly
385 Old Post Road
North Attleboro, MA 02760

New England Golf Cars
62 Industrial Way
Seekonk, MA 02771

New England Linen Supply
20 Rhode Island Avenue
Pawtucket, RI 02860

New England Nursery, Inc.
216 Concord Road
Bedford, MA 01730

New England Specialty Soils
435R Lancaster Street
Leominster, MA 01453

Norfolk Power Equipment, Inc.
5 Cushing Drive / RT 1A
Wrentham, MA 02093

Northeast Nursery, Inc.
234 Newbury Street
Peabody, MA 01960

Patricia Heaney
1400 Commerce Way, Unit 24
Attleboro, MA 02703

Patrick Blake
285 Fishing Cove Road
North Kingstown, RI 02852

Paul Bristow
44 West Hodges
Norton, MA 02766

Paul Ciasullo
20112 Seadale
Estero, FL 33928

Paul Lenahan
200 Mary Ann Way
North Attleboro, MA 02760

Paul Lesser
151 Cranberry Road
North Attleboro, MA 02760

Paul Patruno
61 Rosewood Lane
Attleboro Falls, MA 02763

Paul R. Oliveira
103 Agricultural Avenue
Rehoboth, MA 02769

Paul Reissig
2929 Quail Hollow Drive
Fairfield, CA 94534

Peter Costello
35 Rocklawn Avenue
MA 02073

Peter Cragan
7 Spinnaker Trail
Orleans, MA 02653

Peter Gay
180 Berwick Road
Attleboro, MA 02703

Peter Murphy
PO Box 829
North Attleboro, MA 02761

Peter Roque
10 Windsor Place
Mansfield, MA 02048

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250

Pleasant Printing Company
163 Pleasant Street
Attleboro, MA 02703

Prestige Flag
591 Camino de la Reina
San Diego, CA 92108

Quality Beverage
525 Myles Standish Blvd.
P.O. Box 671
Taunton, MA 02780

R&R Products, Inc.
3334 E. Milber Street
Tucson, AZ 85714

Ralph E. Crowell
Glines & Rhodes Inc.
P.O. Box 2285
189 East Street
Attleboro, MA 02703

Ralph Philosophe
18 Washington Street, Suite 204
Foxboro, MA 02035

Randy Miller
Miller Recycling Corporation
73 Plymouth Street
PO Box 74
Cumberland, RI 02864

Raymond Leblanc
101 Virginia Avenue
Attleboro Falls, MA 02763

Reid Mchoul
2 Brookside Way
North Attleboro, MA 02760

Reilly Tree & Landscaping
417 South Street
Plainville, MA 02762

Richard A. Smith
11 Dutton Park
Walpole, MA 02081

Richard Barry
60 Walton Street
Attleboro, MA 02703

Richard Foley
51 Colt's Way
Attleboro, MA 02703

Richard O'Brien
23 Knott Street
Attleboro, MA 02703

Richard Tetreault
434 paine Road
North Attleboro, MA 02760

Richard W. Cedarberg
108 Aucoot Road
Mattapoisett, MA 02739

Richard Williams
70 Dennis Street
Attleboro, MA 02703

Rick Hergt, Jr.
50 Fairway Lane
Foxboro, MA 02035

Rick Smith
2 Green Street
Plainville, MA 02762

Robert A. Grimley
75 Arbor Way
Attleboro Falls, MA 02763

Robert Bouley
52 Cathedral Drive
Attleboro, MA 02703

Robert E. Thresher
218 South Washington Street
North Attleboro, MA 02760

Robert Fitch
299 Old Post Road
North Attleboro, MA 02760

Robert Flynn
211 Glenfield Road
North Attleboro, MA 02760

Robert G. Harbour
175 Old Farm lane
Attleboro, MA 02703

Robert Gilmore
26 Sheffield Avenue
Pawtucket, RI 02860

Robert H. Hanson, Jr.
60 Briarbrooke Lane
Cranston, RI 02921

Robert Halpin
Friars Green Unit #701
154 Bear Hill Road
Cumberland, RI 02864

Robert Hanson
170 Providence Pike #51
North Smithfield, RI 02896

Robert J. Gay
23 Berndt Drive
Attleboro, MA 02703

Robert Kearney
2 Farm Country Road
North Attleboro, MA 02760

Robert Leonti
298 Pawtucket Avenue
Rumford, RI 02916

Robert McGuire
121 John F. Mason Road
North Attleboro, MA 02760

Robert or Doris Keller
10 Blueberry Path
West Yarmouth, MA 02673

Robert Palos
50 Wildacre Road
Attleboro Falls, MA 02763

Ronald Felici
4441 S.E. Waterford Dr.
Stuart, FL 34997

Ronald G. Koback
90 Sentinel Hill Road
Attleboro, MA 02703

Rose Falugo
88715 W. 55th Street
Fort Lauderdale, FL 33328

Roseanna McMackin
45 Roger Goodwin Drive
Wrentham, MA 02093

Rustic Fire Protection, Inc.
320 West Main Street
PO Box 1210
Norton, MA 02766

Ruth Alice Ottmar
1369 Park Street
Attleboro, MA 02703

Ruth Silvia
675 Dexter Street Rear
Attleboro, MA 02703

S.K. Malik
88 Fairway Drive
Seekonk, MA 02771

Scott Shepherd
29 Stone Hill Road
North Attleboro, MA 02760

Selective Insurance Co. of America
Box 371468
Pittsburgh, PA 15250

Sensible Computer & Supplies
247 Maple Street #3
Attleboro, MA 02703

SESAC, Inc.
35 Music Square, Inc.
Nashville, TN 37203

Shawn Michael Sullivan
60 Carriage House Lane
Wrentham, MA 02093

Shirley Currier
54 Leonard Bodwell Road
Narragansett, RI 02882

Stacey E. Alsfeld
7 Semple Village Road
Attleboro, MA 02703

Stephen Carey
125 Fairway Drive
Attleboro, MA 02703

Stephen Dalrymple
1 Tupperware Drive, Unit 223
North Smithfield, RI 02896

Stephen Guyot
68 Cliff Drive
North Attleboro, MA 02760

Stephen Murray
26 Johnson Drive
Lakeville, MA 02347

Stephen Rothemich
36 Vive Street
North Attleboro, MA 02760

Stepka Corp.
30 Coleman Avenue
Attleboro, MA 02703

Steve Larson
37 Mary Kennedy Drive
North Attleboro, MA 02760

Steven Altieri, Jr.
41 Red Oak Road
North Attleboro, MA 02760

Steven Felici
59 Bridget Way
Attleboro, MA 02703

Steven Willand Inc.
23 Route 206
PO Box 9
Augusta, NJ 07822

Sun Chronicle
34 South Main Street
Attleboro, MA 02703

Susan Silva
620 South Street
Wrentham, MA 02093

Susan Speicher
130 Maryann Way
North Attleboro, MA 02760

Terrance Mahoney
24 Abbie Lane
Attleboro, MA 02703

The O'Keefe Group
17 Bank Street
PO Box 1240
Attleboro, MA 02703

Theodore Carmone
46 Beach Street
Foxboro, MA 02035

Theodore Carmone, Sr.
30 Bourne Road
Foxboro, MA 02035

Theresa Gormley
21 Kingsley Road
North Attleboro, MA 02760

Thomas Charboneau
12 Buckthorn Lane
North Attleboro, MA 02760

Thomas F. Westcott
95 Mechanic Street Unit 8
Attleboro, MA 02703

Thomas H. Cuddy
140 North Main Street
Unit 10A
Attleboro, MA 02703

Thomas Laviano
38 Wayland Avenue
Cranston, RI 02920

Thomas Molinari
63 James Foley Drive
MA 02700

Tim Sullivan
151 Fairway Drive
Attleboro, MA 02703

Timothy Gilmore
36 Laurie Lane
North Attleboro, MA 02760

Timothy Wynne
3 Hyde Avenue
Pawtucket, RI 02861

TM Productions
PO Box 726
Foxboro, MA 02035

Todd Page
13 Paddock Drive
Plainville, MA 02762

TOG

Trimark United East
PO Box 3505
Attleboro, MA 02703

Turf Enhancement Enterprises
6 Jesscia J. Drive
Millbury, MA 01527

Turf Products LLC
Department 950
PO Box 4110
Woburn, MA 01888

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

U.S. Food Service
PO Box 842700
Boston, MA 02284

Victor J. Gulino
6 Fairway Drive
Attleboro, MA 02703

Vincent Iacozzi
55 Jacob Drive
Mansfield, MA 02048

Walter Cekala
105 Fales Road
North Attleboro, MA 02760

William Clarkin
55 John J. Swanezy Road
Attleboro Falls, MA 02763

William Conroy
41 Stone Ridge Road
North Attleboro, MA 02760

William Dunlea
52 Orchard Street
Medfield, MA 02052

William Pescod
59 Brigham Hill Road
Attleboro, MA 02703

William Scott Ebert
P.O. Box 505
19 Ohio Lane
East Falmouth, MA 02536

William Walsh
36 Ridgeland Drive
Cumberland, RI 02864

Young's Caterers
364 Newman Ave
Seekonk, MA 02771

# United States Bankruptcy Court

## District of Massachusetts

In re   **The Highland Country Club of Attleboro, Mass.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Highland Country Club of Attleboro, Mass.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 24, 2018**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **The Highland Country Club of Attleboro, Mass.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**