**Fill in this information to identify the case:**

Debtor name  **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **18-10235**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A&D Pest Control**<br>**203 Concord Street, Ste. 313**<br>**Pawtucket, RI 02860**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ☐ No  ☐ Yes | $450.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A-OK Turf Management**<br>**1357 Main Street**<br>**Coventry, RI 02816**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $24.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Abacus Benefit Consultants, Inc.**<br>**55 Stamp Farm Road**<br>**Cranston, RI 02921**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $500.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Adolph J. Monson**<br>**43 Woodchip Sq.**<br>**Rustic Pines Estate**<br>**North Attleboro, MA 02760**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Member/Bondholder**<br>Is the claim subject to offset? ☑ No  ☐ Yes | Unknown |

Debtor    **The Highland Country Club of Attleboro, Mass.**          Case number (if known)    **18-10235**
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.36 |
|---|---|---|---|

**Advance Auto Parts**
PO Box 742063
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.32 |
|---|---|---|---|

**AFLAC**
1932 Wynnton Road
Columbus, GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan and Donna Johnson**
53 Payson Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Alan Vadala**
PO Box 413
North Attleboro, MA 02761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Albert Dumont**
1 Rathbun Willard Drive
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Albert E. Dumas**
36 Tondreau Avenue
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Albert G. Gaudette**
44 Hillside Road
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)    **18-10235**
         Name

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **Albert P. Dumas** | ☐ Contingent |
| **82 Lady Slipper Drive** | ☐ Unliquidated |
| **Dennis, MA 02638** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Member/Bondholder** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **Albert Viau** | ☐ Contingent |
| **267 Read Street** | ☐ Unliquidated |
| **Attleboro, MA 02703** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Member/Bondholder** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **Alexander Cekala** | ☐ Contingent |
| **302 Washington Street** | ☐ Unliquidated |
| **Brighton, MA 02135** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Member/Bondholder** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| **Alfred Felici** | ☐ Contingent |
| **6842 Barrington Drive** | ☐ Unliquidated |
| **Stuart, FL 34997** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Member/Bondholder** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.36
| **All About Service** | ☐ Contingent |
| **PO Box 46** | ☐ Unliquidated |
| **Walpole, MA 02081** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Business Debt** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,762.41
| **All American Food, Inc.** | ☐ Contingent |
| **PO Box 792** | ☐ Unliquidated |
| **North Kingstown, RI 02852** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Business Debt** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.62
| **Alliance Commercial Fuels** | ☐ Contingent |
| **PO Box 6129** | ☐ Unliquidated |
| **Chelsea, MA 02150** | ☐ Disputed |
| Date(s) debt was incurred __ | |
| | Basis for the claim:  **Business Debt** |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)      **18-10235**
              Name

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
--- | --- | --- | ---

**Andrew Wilder**
**80 Tanglewood Drive**
**MA 02073**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Anita Riccio**
**140 North Main Street  #3C**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anthony Cipriano**
**99 Circular Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anthony Grassi**
**P.O. Box 5671**
**Salisbury, MA 01952**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anthony Marchetti**
**32 Archilles Way**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholdler**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anthony W. Duva**
**222 Achilles Way**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Antonio C. Viveiros**
**173 County Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number (if known)    **18-10235**
      Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,595.60 |
|------|------|------|------|

**Arcudi Energy/Triboro Oil**
PO Box 9120
Newton Center, MA 02459

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|------|------|------|------|

**Armand Brunelle**
47 Commonwealth Avenue
Fort Lauderdale, FL 33328

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Arthur Gately**
59 Buena Vista Drive
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.85 |
|------|------|------|------|

**ATS Equipment**
33 Locust Street
Boston, MA 02122

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Barbara Hansen**
325 Clifton Street
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,279.46 |
|------|------|------|------|

**Blue Cross Blue Shield of MA**
PO Box 371318
Pittsburgh, PA 15250

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Bob Donohue**
205 Kelley Blvd.
North Attleboro, MA 02760

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**      Case number (if known)    **18-10235**
　　　　　 Name

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ................ **Unknown** |

**3.33**

Nonpriority creditor's name and mailing address
**Bob Ford**
**215 South Street**
**Plainville, MA 02762**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address
**Bob Marcotte**
**P.O. Box 3426**
**Fayville, MA 01745**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
**Bonnie Lopes**
**57 Raymond A Sampson Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36**

Nonpriority creditor's name and mailing address
**Bradford A. Dean**
**16 Jasons Grant Drive**
**Cumberland, RI 02864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address
**Brendan Moran**
**28 Perez Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38**

Nonpriority creditor's name and mailing address
**Brian D. Drought**
**11 Sycamore Place**
**Plainville, MA 02762**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address
**Brian D. Sheehan**
**2 Buckhorn Lane**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   __The Highland Country Club of Attleboro, Mass.__   Case number (if known)   __18-10235__
     Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*                         **Unknown** |

---

3.40   **Nonpriority creditor's name and mailing address**
**Brian E. Voight**
**71 County Street**
**Attleboro, MA 02703**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Member/Bondholder__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.41   **Nonpriority creditor's name and mailing address**
**Brian Goad**
**61 Coach Road**
**North Attleboro, MA 02760**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Member/Bondholder__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.42   **Nonpriority creditor's name and mailing address**
**Bristol County Savings Bank**
**130 Pleasant Street**
**Attleboro, MA 02703**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$12,272.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Business debt__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.43   **Nonpriority creditor's name and mailing address**
**Bristow Electric Co. Inc.**
**74 Forest Street**
**Attleboro, MA 02703**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$123.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Business Debt__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.44   **Nonpriority creditor's name and mailing address**
**Bruce Barton**
**70 Emory Street**
**IWS Company**
**Attleboro, MA 02703**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Member/Bondholder__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.45   **Nonpriority creditor's name and mailing address**
**Bruce Smith**
**240 Oakridge Avenue**
**North Attleboro, MA 02760**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Member/Bondholder__
Is the claim subject to offset?  ■ No  ☐ Yes

---

3.46   **Nonpriority creditor's name and mailing address**
**Bryce Jackson**
**75 Massasoit Avenue**
**Cranston, RI 02905**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Member/Bondholder__
Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **The Highland Country Club of Attleboro, Mass.**   Case number (if known)   **18-10235**

Name

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Budge It Drains**
**571B Elm Street**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Burton O. Haun Estate**
**c/o Bradford Haun**
**614 N.W. Harmon Blvd.**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Candace McLean**
**24 Spectacle Pond Road**
**East Wareham, MA 02538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,029.19 |
|------|--------|--------|--------|

**Card and Form Solutions**
**Attn: Curtis**
**648 N. Peace Haven Road**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Cardinals, Inc.**
**166 River Road**
**PO Box 520**
**Unionville, CT 06085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Carolyn Bourget**
**75 Deer Path Lane**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Catherine Flaherty**
**17 Kelley Blvd.**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
         Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.19 |
|---|---|---|---|
| | **Central Irrigation Supply** | ☐ Contingent | |
| | **100 Meadow Street** | ☐ Unliquidated | |
| | **Hartford, CT 06114** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Business Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Charles H. Stone** | ☐ Contingent | |
| | **P.O. Box 205** | ☐ Unliquidated | |
| | **Norfolk, MA 02056** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Charles J. Chatfield** | ☐ Contingent | |
| | **70 Parsonage Way** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Charles J. Nolan** | ☐ Contingent | |
| | **29 Evan Way** | ☐ Unliquidated | |
| | **Kingston, RI 02881** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Charles Patterson** | ☐ Contingent | |
| | **564 Pike Avenue** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Charles R. Guillette** | ☐ Contingent | |
| | **87 Lincoln Avenue** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Chick Carter** | ☐ Contingent | |
| | **149 Mendon Road** | ☐ Unliquidated | |
| | **S. Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **The Highland Country Club of Attleboro, Mass.**          Case number (if known)    **18-10235**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Brislin**
**62 Pinsonnault Lane**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Cekala**
**140 N. Main Street**
**Unit 2D**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Chaloux**
**87 Old Farm Lane**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Federico**
**499 Highland Avenue**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Hanewich**
**27 Magnolia Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher Hanson**
**806A Mt. Hope Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Christopher J. Carges**
**61 Southgate Road**
**Hyannis, MA 02601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
           Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Nimiroski**
P.O. Box 365
Attleboro, MA 02703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Phillips**
130 Bear Hill Road, #302
Cumberland, RI 02864

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,906.86 |
|---|---|---|---|

**City of Attleboro**
Office of the City Collector
City of Attleboro, Box 844514
Boston, MA 02284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Attleboro**
Headquarters of Fire Department
100 Union Street
Attleboro, MA 02703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.98 |
|---|---|---|---|

**CL Country Club Enterprises**
29 Toby Road
Wareham, MA 02571

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Claus Croatto**
24 Fifth Street
 MA 02073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Clean Beer Company**
8 Jefferson Street
Milford, MA 01757

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number (if known)    **18-10235**
_____
Name

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colleen Duffy**
**185 Debora Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |

**Collins, Smith & O'Connor LLP**
**77 N. Main Street**
**Attleboro, MA 02703**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.92 |

**Colonial Beverage**
**PO Box 1430**
**Fall River, MA 02722**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.11 |

**Comcast**
**Box 1577**
**Newark, NJ 07101**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |

**Commonwealth of Mass. Environmental**
**Dept**
**1 Winter Street**
**Boston, MA 02108**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Conrad R. Pensavalle**
**290 East Washington Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Craig Joly**
**1 Knollwood Drive**
**Lincoln, RI 02865**

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
          Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,912.00 |
|---|---|---|---|

**Cruz Cleaning Services**
**162 Senate Street**
**Pawtucket, RI 02861**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Parker**
**171 Glendale Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dana E. Saunders**
**1 Thirteenth Street #4**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel & Betty Larson**
**265 Wilmarth Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Andrade**
**644 Towne Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Blake**
**89 Wamsutta Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Burns**
**144 East Street**
**Foxboro, MA 02035**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address

**Daniel Erickson**
**8 Winslow Road**
**Sharon, MA 02067**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.90** | Nonpriority creditor's name and mailing address

**Daniel H. Conroy**
**8 Wilkeson Way**
**Foxboro, MA 02035**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.91** | Nonpriority creditor's name and mailing address

**Daniel Mattrazzo**
**21 Lasell Street**
**Newton, MA 02466**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92** | Nonpriority creditor's name and mailing address

**Daniel O'Brien**
**28 Longbrook Drive**
**Cumberland, RI 02864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93** | Nonpriority creditor's name and mailing address

**Daniel Pietro**
**19 Hunter Lane**
**Canton, MA 02021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.94** | Nonpriority creditor's name and mailing address

**Daren Lee**
**2311 Mendon Road**
**Cumberland, RI 02864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.95** | Nonpriority creditor's name and mailing address

**Darlene Parma**
**32 Cannon Forge Drive**
**Foxboro, MA 02035**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)    **18-10235**

Name

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Binns**
**19 Hatch Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Farrell**
**34 Melody Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Fleet**
**O'Neill Boulevard**
**c/o Robbins Co.**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Hibbert**
**32 12th Stareet**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David K. Bliss**
**43 Nathaniel Paine Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Leary**
**352 Commonwealth Avenue**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David M. Stringham**
**P.O. Box 2047**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                          Case number (if known)    **18-10235**
          Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Manooglan**
**47 Vine Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Neveux Jr.**
**43 Stallbrook Road**
**Milford, MA 01757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Nolan**
**4 Peters Way**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Robinson**
**c/o Emerald Consulting**
**1 Edgewater Drive**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Root**
**12 Connie Lane**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David S. Grimes**
**51 Constance Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dean S. O'Connor**
**37 Agricultural Avenue**
**Rehoboth, MA 02769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deborah O. Richardson Estate**
c/o Thomas Richardson
33 Gibson Lane
New Hartford, CT 06057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dennis Dion**
E.A. Dion Inc.
P.O. Box 2098
33 Franklin McKay Road
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derek J. Michel**
100 Tyler Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Derek Johnson**
250 Smith Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,214.38 |
|---|---|---|---|

**Devaney Energy**
PO Box 9120
Newton Center, MA 02459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald Cerrone**
679 Washington Street, Suite 8
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald E. Conaway**
30 Larsen Way
Checon Corp.
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
              Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald G. Oldmixon**
**8 Daggett Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donna Ahlquist and Robert Beach**
**7 Diamond Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donnie Braunstein**
**7 Horizons Road**
**Sharon, MA 02067**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dorothy Allen**
**45 South Main Street #305**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas Paton**
**440 Mendon Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,856.59 |
|---|---|---|---|

**Drew Chapman**
**10 Ledgeview Drive**
**Assonet, MA 02702**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Duane German**
**65 East Washington Street, #6307**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number (if known)    **18-10235**
Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | E. Kelly McLaughlin<br>34 Stoneridge Road<br>North Attleboro, MA 02760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Earl F. Cook<br>6 Goosebay Lane<br>Dennis, MA 02638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.03 |
|---|---|---|---|
| | Eastern Supply<br>40 North Main Street<br>Attleboro, MA 02703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Edaina Parrillo<br>8 Carpenter Avenue #3<br>Attleboro, MA 02703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.67 |
|---|---|---|---|
| | Edron Business Systems, Inc.<br>15 Bellows Road<br>Raynham, MA 02767 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Edward A. Dion, Jr.<br>E.A. Dion Inc.<br>P.O. Box 2098<br>33 Franklin McKay Road<br>Attleboro, MA 02703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Edward Hunt<br>73 Raymond Hall Drive<br>North Attleboro, MA 02760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   The Highland Country Club of Attleboro, Mass.                     Case number (if known)   18-10235
         Name

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Lemire**
**33 Raymond Drive**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Pariseau**
**555 Elm Street #2**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Parry III**
**88 Windsong Road**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edward Pericolo**
**10 Cherry Street**
**Wrentham, MA 02093**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edwin Cummings**
**45 Hunting  Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Edwin Hurley**
**55 Alton Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Eleanor Bassler**
**18 Townhouse Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
                 Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elisa C. Ison**
**59 Ridgehill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elmo Finocchi**
**165 Walcott Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eloise Levis**
**9 Townehouse Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Erik Matthew Killough**
**18 Merigold Circle**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of S.M. Stone**
**c/o Sandra Linker**
**4200 Clinard Road**
**Clemmons, NC 27012**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ETS**
**20135 Lakview Center Plaza, 4th Floor**
**Ashburn, VA 20147**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.17 |
|---|---|---|---|

**Everbank Commercial Finance**
**PO Box 911608**
**Denver, CO**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)   **18-10235**
_____
Name

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**F. Leon Sibielski**
**133 Sagamore Road**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**F. Scott Westcott**
**95 Mechanic Street, Unit #8**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank McCormack**
**1027 Mount Hope Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Pirri**
**4 Cowesett Avenue**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frederick B. Clifford**
**Eboch Assisted Living**
**190 Mansfield Ave., Apt. 207**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garry Snyder**
**71 Anna Court**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Delude**
**58 John Grimaldi Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Highland Country Club of Attleboro, Mass.**       Case number (if known)    **18-10235**

Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gary S. Trudo**<br>**52 Butterworth Drive**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gary W. Goddard**<br>**50 Taunton Street - RFD 3**<br>**Plainville, MA 02762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **George V. Goudreault**<br>**9 Green Ivy Lane**<br>**Mashpee, MA 02649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **George Varjabedian**<br>**660 Thacher Street, Unit 1**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gerald E. Lavallee**<br>**134C Edgewood Farm Road**<br>**Kingston, RI 02879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gerard J. Dupont**<br>**228 County Street**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.38 |
|---|---|---|---|
| | **Grants Rental**<br>**10 Bedford Park**<br>**Bridgewater, MA 02324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address

Greg Lombardo
6 Billington Circle
Cumberland, RI 02864

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160** | Nonpriority creditor's name and mailing address

Greg McKinnon
29 Wamsutta Drive
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161** | Nonpriority creditor's name and mailing address

Gregory foreman
Ski Valley Condominiums
80 Fisher Road
#98
Cumberland, RI 02864

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162** | Nonpriority creditor's name and mailing address

Gregory Foster
9 Paddock Drive
Plainville, MA 02762

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.163** | Nonpriority creditor's name and mailing address

Gregory Hewitt
96 Anawan Road
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.164** | Nonpriority creditor's name and mailing address

Gretchen Augat Reilly
4 Thayer Farms Road
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165** | Nonpriority creditor's name and mailing address

Hare & Co.
P.O. Box 11203
c/o Bank of New York
New York, NY 10286

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number (if known)    **18-10235**
          Name

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harold Cassidy** | ☐ Contingent | |
| | **5 Wolfe Avenue** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Member/Bondholder** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harold Horvat** | ☐ Contingent | |
| | **37 Glen Avenue** | ☐ Unliquidated | |
| | **Cranston, RI 02905** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Member/Bondholder** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harold Sumner** | ☐ Contingent | |
| | **P.O. Box 565** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Member/Bondholder** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,569.80 |
|---|---|---|---|
| | **Harrell's, LLC** | ☐ Contingent | |
| | **PO Box 935358** | ☐ Unliquidated | |
| | **Atlanta, GA 31193** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harry Boltz** | ☐ Contingent | |
| | **32 Oak Knoll Street Unit 32** | ☐ Unliquidated | |
| | **North Attleboro, MA 02760** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Member/Bondholder** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harry Platt** | ☐ Contingent | |
| | **29 Thos. Onley Common** | ☐ Unliquidated | |
| | **Providence, RI 02903** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Member/Bondholder** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.00 |
|---|---|---|---|
| | **Hazard Testing, LLC** | ☐ Contingent | |
| | **323 James Trail** | ☐ Unliquidated | |
| | **West Kingston, RI 02892** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Business debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   __The Highland Country Club of Attleboro, Mass.__    Case number (if known)    __18-10235__
Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,610.76 |
|---|---|---|---|
| | **Helena Chemical Co.**<br>**101 Elm Street**<br>**Hatfield, MA 01038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Henry F. Malkowski**<br>**2 William Avenue**<br>**Seekonk, MA 02771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Member/Bondholder__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $967.73 |
|---|---|---|---|
| | **Home Depot Credit Services**<br>**Dept 32-2501196814**<br>**Des Moines, IA 50368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.08 |
|---|---|---|---|
| | **Horizon Beverage Company**<br>**PO Box 1165**<br>**Norton, MA 02766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|
| | **Hub Grinding Service**<br>**10 Hartshort Road**<br>**Walpole, MA 02081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Business debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Irvin M. Cobb**<br>**95 Mechanic Street Unit 12**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Member/Bondholder__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|
| | **Jack Fitzgibbons**<br>**113 Metcalf Road**<br>**North Attleboro, MA 02760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Promissory Note Holder__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
_____ Name

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jack Janick**
**2 Arthur Collins Circle**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James  S. Cooney**
**c/o Peter R. Cooney**
**P.O. Box 60720**
**Longmeadow, MA 01116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James A. Newbury**
**22 Harvey Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**James Brennan**
**762 E. Washington Street, Box 4**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**James Carr**
**60 Rundon Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James Fay**
**2970 Mendon Road, Unit 105**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James G. Connor**
**75 John Reed Road**
**Westport, MA 02790**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number (if known) | **18-10235** |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James G. Ford**
**119 Laurelwood Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James McDermott, Jr.**
**71 Newell Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James Notchey**
**4 Wagon Lane**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James P. Brown**
**102 Orchard Meadows Drive**
**Smithfield, RI 02917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jason Merry**
**2 Birgh Hill Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jay F. Gilmore**
**11 Wampum Street**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Jay Poirier**
**119 John Dietsch Square**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Promissory Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
Name

| | | | |
|---|---|---|---|
| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |
| | **Jay Poirier** | ☐ Contingent | |
| | **5 Lentendre Road** | ☐ Unliquidated | |
| | **Seekonk, MA 02771** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Loan payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jayni Shumila** | ☐ Contingent | |
| | **80 Tanglewood Drive** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jeff Brastow** | ☐ Contingent | |
| | **30 Shepherd Street** | ☐ Unliquidated | |
| | **Foxboro, MA 02035** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jeff Cavicchi** | ☐ Contingent | |
| | **80 Oak Street** | ☐ Unliquidated | |
| | **North Attleboro, MA 02760** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jeff Nelson** | ☐ Contingent | |
| | **77 Raeburn Drive** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jeffrey Breese** | ☐ Contingent | |
| | **Estate of Alice Breese** | ☐ Unliquidated | |
| | **411 E. Crescent Place** | ☐ Disputed | |
| | **Chandler, AZ 85249** | Basis for the claim:  **Business debt** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Jeffrey E. Dodge** | ☐ Contingent | |
| | **45 Payson Street** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

**3.201** | Nonpriority creditor's name and mailing address
Jeffrey Kristeller
905 Mt. Hope Street
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.202** | Nonpriority creditor's name and mailing address
Jeffrey Skaff
50 Walton Street, Suite E
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.203** | Nonpriority creditor's name and mailing address
Jennifer Wasson
40 Old Louisquisset Pike, Unit 503
North Smithfield, RI 02896

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.204** | Nonpriority creditor's name and mailing address
Jeremy Doak
21 Sully Lane
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.205** | Nonpriority creditor's name and mailing address
Jerome Coogan
PO Box 2320
144 Bank Street
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.206** | Nonpriority creditor's name and mailing address
John Chatfield
1441 Park Street
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.207** | Nonpriority creditor's name and mailing address
John D. Casey
40 West Barn Road
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)      **18-10235**
_____Name_____

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John E. Buckley**
**1 Kings Row**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John E. McIntyre**
**18 Warren Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John F. Bailey**
**114 Greenwich Avenue**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John Faherty**
**6 Oriole Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John Gavin**
**62 Countyside Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John Hanley**
**64 Mechanic Street #1A**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**John Hennessey**
**24 Joseph Road**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.215** | Nonpriority creditor's name and mailing address
John J. Connor
129 Williams Street
Providence, RI 02906

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.216** | Nonpriority creditor's name and mailing address
John J. Ryan
233 S. Washington Street
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.217** | Nonpriority creditor's name and mailing address
John Kennedy
175 Debora Road
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218** | Nonpriority creditor's name and mailing address
John Kent
119 Homeward Lane
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.219** | Nonpriority creditor's name and mailing address
John P. Boyce
25 Drowne Parkway
Rumford, RI 02916

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.220** | Nonpriority creditor's name and mailing address
John Packer
15 Semple Village Road
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.221** | Nonpriority creditor's name and mailing address
John Pechonis
24 Olde Carriage Lane
Douglas, MA 01516

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   __The Highland Country Club of Attleboro, Mass._____   Case number (if known)   __18-10235__
　　　　　Name

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Pollis**
**555 Elm Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Ryman Estate**
**c/o Joseph Ryman**
**486 Troy Road**
**Detroit, MI 48220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John S. Dean**
**8 Wyoming Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John S. Holden**
**71 Weona Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John S. Lambert**
**1324 County Road**
**Cataumet, MA 02534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John S. Lambert**
**1324 County Road**
**Cataumet, MA 02534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John S. Tetreault**
**133 S. Main Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Member/Bondholder__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                Case number (if known)    18-10235
Name

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John V. Wiley**<br>**1876 Washington Street**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John W. Conley**<br>**22 Bent Road**<br>**Rumford, RI 02916** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John W. McIntyre**<br>**18 Warren Road**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John W. Vine**<br>**1 Hillcrest Drive**<br>**Plainville, MA 02762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John Walker**<br>**110 Parsonage Way**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jomil Dayaw**<br>**66 Whitehall Way**<br>**Bellingham, MA 02019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph & Fran Eastman**<br>**42 Hillside Road**<br>**Cumberland, RI 02864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)   **18-10235**
Name

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph F. Casey**<br>**8 Strawberry Lane**<br>**Norfolk, MA 02056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Fogarty**<br>**5 Midwestern Circle**<br>**Johnston, RI 02919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph M. Collins**<br>**c/o Collins, Smith & O'Connor, LLP**<br>**77 North Main Street**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Josten's Inc.**<br>**96 Frank Mossberg Drive**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Justin Ciombor**<br>**12 Maude Terrace**<br>**Walpole, MA 02081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Karen O'Toole**<br>**52 Richie Road**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kate Campbell**<br>**296 Lindsey Street**<br>**North Attleboro, MA 02760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **The Highland Country Club of Attleboro, Mass.**     Case number (if known)    **18-10235**
Name

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kay Barone**
**15 Manorhaven Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Brask**
**59 Pamden Lane**
**Seekonk, MA 02771**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kellie Michel**
**75 Magnolia Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Erban**
**458 Cumberland Avenue**
**North Attleboro, MA 02760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Farris**
**297 Pleasant Street**
**East Walpole, MA 02032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth Riall**
**24 Poppasquash Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevan Higgins**
**283 E. Main Street, #28**
**Norton, MA 02766**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.250** | Nonpriority creditor's name and mailing address

**Kevin Adams**
**115 Fram Hill Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address

**Kevin Flanagan**
**230 John Rizza Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address

**Kevin Holley**
**52 Anthony Circle**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address

**Kevin J. Bowler**
**4 Periwinkle Lane**
**Mashpee, MA 02649**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address

**Kevin Lahiff**
**31 Olde Tower Lane**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address

**Kevin Phipps**
**51 Westside Avenue**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address

**Kevin Poirier**
**53 Ledgebrook Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address

Kevin Robert Gay
403 W 4th Street #3
Boston, MA 02127

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258** | Nonpriority creditor's name and mailing address

Kevin Willwerth
68 North Washington Street, #204
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259** | Nonpriority creditor's name and mailing address

Kurt R. Schweinshaut
c/o M.S. Company
P.O. Box 298
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260** | Nonpriority creditor's name and mailing address

L. Knife & Son, Inc.
P.O. Box K
Kingston, MA 02364

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$556.80**

---

**3.261** | Nonpriority creditor's name and mailing address

Lafratta Electric Incorp.
206 Broad Street
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$490.48**

---

**3.262** | Nonpriority creditor's name and mailing address

Lane Lajoie
877 Oakhill Avenue
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.263** | Nonpriority creditor's name and mailing address

Laurence Cochrane
7 Colonial Way
Plainville, MA 02762

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
_____
Name

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.264** Nonpriority creditor's name and mailing address
Leon E. Cranahan
15 Lyndon Road
Hingham, MA 02043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** Nonpriority creditor's name and mailing address
Leon E. Granahan
15 Lyndon Road
Hingham, MA 02043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address
Lewicki & Son Excavating, Inc.
15 Wilmarth Lane
Plainville, MA 02762

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$232.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** Nonpriority creditor's name and mailing address
Liam Timmons
35 Carl Jordn Drive
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** Nonpriority creditor's name and mailing address
Linda Goldenberg
4700 N. Main Street, Apt. 4D
Fall River, MA 02720

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** Nonpriority creditor's name and mailing address
Linda Sullivan
70 Steere Street
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** Nonpriority creditor's name and mailing address
Lois Germain
3403 Grass Hill Terrace
Falls Church, VA 22044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
_____Name_____

---

**3.271**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Louis Decota**                                             ☐ Contingent
**168 Old Wood Road**                                        ☐ Unliquidated
**North Attleboro, MA 02760**                                ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Louis Leone**                                              ☐ Contingent
**212 Strasser Avenue**                                      ☐ Unliquidated
**Westwood, MA 02090**                                       ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Lucille Balzarini**                                        ☐ Contingent
**41 Coach Road**                                            ☐ Unliquidated
**Attleboro, MA 02703**                                      ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Mahesh Patel**                                             ☐ Contingent
**20 Shamrock Circle**                                       ☐ Unliquidated
**Attleboro, MA 02703**                                      ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Mahesh Shroff**                                            ☐ Contingent
**96 Blackberry Road**                                       ☐ Unliquidated
**North Attleboro, MA 02760**                                ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Margaret A. Gay**                                          ☐ Contingent
**18 Thrid Street**                                          ☐ Unliquidated
**Attleboro, MA 02703**                                      ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Margaret MacAskill**                                       ☐ Contingent
**64 Hillside Road**                                         ☐ Unliquidated
**Cumberland, RI 02864**                                     ☐ Disputed
Date(s) debt was incurred __                                 Basis for the claim:  **Member/Bondholder**
Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.** _____   Case number (if known)   **18-10235**
   Name

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario & Donna Palmer**
**38 Commonwealth Avenue**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marion E. Jenness**
**c/o Maryellen Cortizas**
**4 Norfolk Road**
**Winchester, MA 01890**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark A. Calderone**
**140 North Main Street Unit 4C**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Cunningham**
**160 Bristol Avenue**
**Pawtucket, RI 02861**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Flaherty**
**9 Fieldstone Lane**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Gaboury**
**212 Mt. Hope Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark McDonald**
**226 Cliff Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **The Highland Country Club of Attleboro, Mass.**
_____
Name

Case number (if known)   **18-10235**

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark Monroe**
**46 Moyhew Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark Parsons**
**38 Metacomett Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark S. Cuddy**
**230 Eastside Road**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark Sinacola**
**33 East Ridge Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mark Zerba**
**8 Poor Richards Drive**
**Bow, NH 03304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martha & Richard Conti**
**100 Berwick Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.67 |

**Martignetti Companies**
**500 John Hancock Road**
**Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
_____
Name

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Mary Ann Dupelle**
**12 George Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Daniels**
**205 Kelley Boulevard**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary E. Cochrane**
**19 Wamsutta Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary F. McAteer-Temple**
**76 Tyler Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Foley Peters**
**126  S. Main Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Smith**
**Atria Bay Spring**
**147 Bay Spring Avenue #234**
**Barrington, RI 02806**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Mass DOT**
**P.O. Box 55891**
**Boston, MA 02205**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number (if known) | **18-10235** |
|---|---|---|---|
| | Name | | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Mass Golf Association, Inc.**
**300 Arnold Palmer Blvd.**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Johnson**
**39 Falcon Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew Plosker**
**29 Brushwood Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maura Anne Thursby**
**66 Laurie Lane**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maureen Ciombor**
**15 Colonial Way**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maureen Harrington**
**35 Bayberry Hill Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mervell & Anne Cronin**
**67 Raeburn Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|--------|-----------------------------------------------|------------------------|----------|
|        | Name                                          |                        |          |

---

**3.306** | Nonpriority creditor's name and mailing address

**Metrix Metal**
**c/o Robert Hanson**
**170 Providence Pike #51**
**North Smithfield, RI 02896**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note Holder

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

**3.307** | Nonpriority creditor's name and mailing address

**Micahel Finocchi**
**106 13th Street**
**Apt. 314**
**Charlestown, MA 02129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.308** | Nonpriority creditor's name and mailing address

**Michael  Turner**
**28 windsor Drive**
**Foxboro, MA 02035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.309** | Nonpriority creditor's name and mailing address

**Michael Albondi**
**11 Christina Drive**
**Wrentham, MA 02093**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.310** | Nonpriority creditor's name and mailing address

**Michael Aupperle**
**10 Thayer Farm Road**
**Attleboro, MA 02703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.311** | Nonpriority creditor's name and mailing address

**Michael Bartell**
**3459 Marbella Street**
**Pelican Landing**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.312** | Nonpriority creditor's name and mailing address

**Michael Briggs**
**660 Paine Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Member/Bondholder

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    **The Highland Country Club of Attleboro, Mass.**        Case number (if known)    **18-10235**
          _____
          Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.313**
Nonpriority creditor's name and mailing address
**Michael Drought**
**12 Landers Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.314**
Nonpriority creditor's name and mailing address
**Michael G. Parent**
**16 Laurie Lane**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.315**
Nonpriority creditor's name and mailing address
**Michael Gallagher**
**58 Hunts Bridge Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.316**
Nonpriority creditor's name and mailing address
**Michael Garcia**
**130 Leawood Lane**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.317**
Nonpriority creditor's name and mailing address
**Michael Gavin**
**62 Countryside Drive**
**Cumberland, RI 02864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.318**
Nonpriority creditor's name and mailing address
**Michael J. O'Keefe**
**86 Mary Ann Way**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.319**
Nonpriority creditor's name and mailing address
**Michael Kapitan**
**6 Cliff Circle**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
_____ Name

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael Kirby**
**6 Cranberry Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael O'Neil**
**9 Kathryn Road**
**Foxboro, MA 02035**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael P. Vitale**
**41 Coach Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael P. Wallace**
**15 Debora Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael Starzak**
**229 Tiffany Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Micheal McCarron**
**132 Downing Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michelle Hulme**
**14 Rex Avenue**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
            Name

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mildred E. Connors**
1440 Wamponaug Trail, Apt. 219
East Providence, RI 02914

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Milton (Clair) Thibeault**
71 Whalen Drive
North Attleboro, MA 02760

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.82 |
|---|---|---|---|

**MS Walker, Inc.**
975 University Ave
Norwood, MA 02062

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,588.47 |
|---|---|---|---|

**National Grid**
P.O. Box 960
Somerville, MA 02143-0960

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neal D. Reilly**
385 Old Post Road
North Attleboro, MA 02760

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.62 |
|---|---|---|---|

**New England Golf Cars**
62 Industrial Way
Seekonk, MA 02771

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,263.35 |
|---|---|---|---|

**New England Linen Supply**
20 Rhode Island Avenue
Pawtucket, RI 02860

Date(s) debt was incurred ___
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)   **18-10235**
         Name

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.49 |

**New England Nursery, Inc.**
216 Concord Road
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.58 |

**New England Specialty Soils**
435R Lancaster Street
Leominster, MA 01453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Norfolk Power Equipment, Inc.**
5 Cushing Drive / RT 1A
Wrentham, MA 02093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.49 |

**Northeast Nursery, Inc.**
234 Newbury Street
Peabody, MA 01960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**O.P. Richardson III**
P.O. Box 205
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patricia Heaney**
1400 Commerce Way, Unit 24
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patrick Blake**
285 Fishing Cove Road
North Kingstown, RI 02852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.341** Nonpriority creditor's name and mailing address

**Paul Bristow**
**44 West Hodges**
**Norton, MA 02766**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.342** Nonpriority creditor's name and mailing address

**Paul Ciasullo**
**20112 Seadale**
**Estero, FL 33928**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.343** Nonpriority creditor's name and mailing address

**Paul Decotis**
**26 Timerland Drive**
**Lincoln, RI 02865**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.344** Nonpriority creditor's name and mailing address

**Paul Lenahan**
**200 Mary Ann Way**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.345** Nonpriority creditor's name and mailing address

**Paul Lesser**
**151 Cranberry Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.346** Nonpriority creditor's name and mailing address

**Paul Parker**
**93 George Leven Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347** Nonpriority creditor's name and mailing address

**Paul Patruno**
**61 Rosewood Lane**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
_____Name_____

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul R. Oliveira**
**103 Agricultural Avenue**
**Rehoboth, MA 02769**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul Reissig**
**2929 Quail Hollow Drive**
**Fairfield, CA 94534**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul Sevieri**
**11 Michael Road**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul Sullivan**
**383 Ellis Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul W. Scanlan**
**140 North Main Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Peter Carrier**
**ESG Inc.**
**325 New Boston Street, Unit 10**
**Woburn, MA 01801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Peter Costello**
**35 Rocklawn Avenue**
**MA 02073**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Highland Country Club of Attleboro, Mass.**

Name

Case number (if known)   **18-10235**

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Cragan**
**7 Spinnaker Trail**
**Orleans, MA 02653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Fay**
**174 Pleasant Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Gay**
**180 Berwick Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter H. Ottmar**
**8 North Main Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Murphy**
**PO Box 829**
**North Attleboro, MA 02761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Peter Roque**
**10 Windsor Place**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philip F. Leach**
**14 Bayberry Hill Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)   **18-10235**
                    Name

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.75 |
|---|---|---|---|

**Pitney Bowes Global Financial**
P.O. Box 371887
Pittsburgh, PA 15250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pleasant Printing Company**
163 Pleasant Street
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.56 |
|---|---|---|---|

**Prestige Flag**
591 Camino de la Reina
San Diego, CA 92108

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.78 |
|---|---|---|---|

**Quality Beverage**
525 Myles Standish Blvd.
P.O. Box 671
Taunton, MA 02780

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.07 |
|---|---|---|---|

**R&R Products, Inc.**
3334 E. Milber Street
Tucson, AZ 85714

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph E. Crowell**
Glines & Rhodes Inc.
P.O. Box 2285
189 East Street
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph Philosophe**
18 Washington Street, Suite 204
Foxboro, MA 02035

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)    **18-10235**
　　　　　Name

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph W. Haselhurst**
**9 Rocky Terrace**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Hausmann**
**141 Virginia Avenue**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Miller**
**Miller Recycling Corporation**
**73 Plymouth Street**
**PO Box 74**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raymond Bush**
**2970 Mendon Road, Unit 181**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond Kelliher**
**21 Neel Road**
**Harwich Port, MA 02646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond Leblanc**
**101 Virginia Avenue**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raymond Lyons**
**460 Wilmarth Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reid Mchoul**
2 Brookside Way
North Attleboro, MA 02760

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.00 |
|---|---|---|---|

**Reilly Tree & Landscaping**
417 South Street
Plainville, MA 02762

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard A. Smith**
11 Dutton Park
Walpole, MA 02081

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Barry**
60 Walton Street
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard DiGiacomo**
45 Lealand Peck Drive
Wrentham, MA 02093

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Foley**
51 Colt's Way
Attleboro, MA 02703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard J. Charbonnier**
90 Tremont Street
Mansfield, MA 02048

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Highland Country Club of Attleboro, Mass.** | Case number (if known) | **18-10235** |
|---|---|---|---|
| | Name | | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard J. Smith**
**40 Firglade Drive**
**S. Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard O'Brien**
**23 Knott Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Promissory Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard O'Brien**
**23 Knott Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Promissory Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Puccio**
**21 Stone Field Court**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Schaltegger**
**145 Debora Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Singleton**
**Group Benefit Advisors, Inc.**
**2140 Mendon Road, Suite 202**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Tetreault**
**434 paine Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
      Name

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard W. Cedarberg**
**108 Aucoot Road**
**Mattapoisett, MA 02739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Williams**
**70 Dennis Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rick Hergt, Jr.**
**50 Fairway Lane**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rick Smith**
**2 Green Street**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert A. Grimley**
**75 Arbor Way**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Aubin**
**21 Verndale Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Blais**
**26 School Street**
**Rehoboth, MA 02769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
| | Name | | |

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Bouley
52 Cathedral Drive
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Bourbeau
P.O. Box 2508
Attleboro Falls, MA 02763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert E. Thresher
218 South Washington Street
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Fitch
299 Old Post Road
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert Flynn
211 Glenfield Road
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert G. Cloutier
50 Williams Avenue
Seekonk, MA 02771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Robert G. Harbour
175 Old Farm lane
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

**3.404** Nonpriority creditor's name and mailing address
**Robert Gilmore**
**26 Sheffield Avenue**
**Pawtucket, RI 02860**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

**3.405** Nonpriority creditor's name and mailing address
**Robert H. Hanson, Jr.**
**60 Briarbrooke Lane**
**Cranston, RI 02921**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.406** Nonpriority creditor's name and mailing address
**Robert H. Marks**
**3307 S. Linda Lane**
**Nags Head, NC 27959**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.407** Nonpriority creditor's name and mailing address
**Robert Halpin**
**Friars Green Unit #701**
**154 Bear Hill Road**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.408** Nonpriority creditor's name and mailing address
**Robert Hanson**
**170 Providence Pike #51**
**North Smithfield, RI 02896**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

**3.409** Nonpriority creditor's name and mailing address
**Robert J. Gay**
**23 Berndt Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.410** Nonpriority creditor's name and mailing address
**Robert J. Greene**
**31 Wamsutta Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                          Case number (if known)   **18-10235**
          Name

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert J. Nesbitt**
**28344 Nautica L ane**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert J. White**
**32 Berndt Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |

**Robert Kearney**
**2 Farm Country Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert Kummerfeldt**
**47 Winterberry Lane**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert Leonti**
**298 Pawtucket Avenue**
**Rumford, RI 02916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert McGuire**
**121 John F. Mason Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Robert Olsen Estate**
**c/o Barbara Tupper**
**54 Hearthstone Drive**
**Medfield, MA 02052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert or Doris Keller**
10 Blueberry Path
West Yarmouth, MA 02673

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert P. Pompei**
34 Georgiana Drive
Cumberland, RI 02864

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert P. Sullivan**
64 Wagon Wheel Road
North Attleboro, MA 02760

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Robert Palos**
50 Wildacre Road
Attleboro Falls, MA 02763

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Poulin**
6 Country Club
Norton, MA 02766

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert R. Bears**
79 Rocky Hill Road
Rehoboth, MA 02769

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert S. Haggerty**
3 Holcott Drive
Attleboro, MA 02703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                Case number (if known)   **18-10235**
            Name

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert Turenne**
**14 Richard Circle**
**Seekonk, MA 02771**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert W. Best**
**190 Mansfield Avenue, Apt. 218**
**Norton, MA 02766**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert W. Nelson**
**23 Mayhew Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robin McDonald**
**230 Eastside Road**
**Wrentham, MA 02093**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Roger K. Richardson**
**P.O. Box 388**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**Ronald Felici**
**4441 S.E. Waterford Dr.**
**Stuart, FL 34997**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ronald G. Koback**
**90 Sentinel Hill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                Case number (if known)   **18-10235**
Name

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald Tondreault**
**205 Mount Hope Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Rose Falugo**
**88715 W. 55th Street**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Roseanna McMackin**
**45 Roger Goodwin Drive**
**Wrentham, MA 02093**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Russel I. Deremer Jr.**
**15 Carriage House Lane**
**Wrentham, MA 02093**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723.85 |
|---|---|---|---|

**Rustic Fire Protection, Inc.**
**320 West Main Street**
**PO Box 1210**
**Norton, MA 02766**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ruth Alice Ottmar**
**1369 Park Street**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ruth C. Frechette**
**140 N. Main Street, Apt. 6D**
**Attleboro, MA 02703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                Case number (if known)   **18-10235**
_____
Name

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**3.439** Nonpriority creditor's name and mailing address
**Ruth Silvia**
**675 Dexter Street Rear**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.440** Nonpriority creditor's name and mailing address
**S.K. Malik**
**88 Fairway Drive**
**Seekonk, MA 02771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441** Nonpriority creditor's name and mailing address
**S.K. Malik**
**88 Fairway Drive**
**Seekonk, MA 02771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.442** Nonpriority creditor's name and mailing address
**Scott Cote**
**11 Linda Way**
**Bellingham, MA 02019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.443** Nonpriority creditor's name and mailing address
**Scott Shepherd**
**29 Stone Hill Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.444** Nonpriority creditor's name and mailing address
**Scott Smith**
**44 David Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.445** Nonpriority creditor's name and mailing address
**Sean Flanagan**
**3 Pleasantview Terrace**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**    Case number (if known)    **18-10235**
Name

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Selective Insurance Co. of America**<br>**Box 371468**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,642.63 |
|---|---|---|---|
| | **Sensible Computer & Supplies**<br>**247 Maple Street #3**<br>**Attleboro, MA 02703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.50 |
|---|---|---|---|
| | **SESAC, Inc.**<br>**35 Music Square, Inc.**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sharon Keefe**<br>**92 Cranberry Road**<br>**North Attleboro, MA 02760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sharon Mullane**<br>**31 Hidden Meadow Drive**<br>**Cumberland, RI 02864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shawn Gaskin**<br>**80 Raymond A. Sampson Drive**<br>**North Attleboro, MA 02760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shawn Michael Sullivan**<br>**60 Carriage House Lane**<br>**Wrentham, MA 02093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)   **18-10235**
_____Name_____

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shirley Currier**
**54 Leonard Bodwell Road**
**Narragansett, RI 02882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. John the Evangelist Parish**
**P.O. Box 693**
**To: Clifford Grube**
**East Orleans, MA 02643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stacey E. Alsfeld**
**7 Semple Village Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephan Divoll**
**75 Mary Ann Way**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Carey**
**125 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Chatfield**
**39 Green Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Dalrymple**
**1 Tupperware Drive, Unit 223**
**North Smithfield, RI 02896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **The Highland Country Club of Attleboro, Mass.**                Case number (if known)    **18-10235**
                    Name

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.460** Nonpriority creditor's name and mailing address
**Stephen Doucette**
**500 East Washington Street, Suite 17**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** Nonpriority creditor's name and mailing address
**Stephen Finocchi**
**9 Gary Road**
**Foxboro, MA 02035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** Nonpriority creditor's name and mailing address
**Stephen Garner**
**Bayberry Hill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463** Nonpriority creditor's name and mailing address
**Stephen Guyot**
**68 Cliff Drive**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** Nonpriority creditor's name and mailing address
**Stephen Harris**
**12 Pheasant Lane**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** Nonpriority creditor's name and mailing address
**Stephen J. Karol**
**10 Bayberry Hill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** Nonpriority creditor's name and mailing address
**Stephen K. Withers**
**22 Daggett Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    The Highland Country Club of Attleboro, Mass.    Case number (if known)    18-10235
         Name

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.08 |

**Stephen Murray**
26 Johnson Drive
Lakeville, MA 02347

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Stephen Murray**
26 Johnson Drive
Lakeville, MA 02347

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Stephen Nelson**
89 Elmwood Street
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Stephen Prew**
50 Dopnald Lewis Drive
Seekonk, MA 02771

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Stephen Rothemich**
36 Vive Street
North Attleboro, MA 02760

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Stephen Walsh**
1450 East Pebble Road
Las Vegas, NV 89123

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.50 |

**Stepka Corp.**
30 Coleman Avenue
Attleboro, MA 02703

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**                     Case number (if known)    **18-10235**
           Name

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steve Larson**
**37 Mary Kennedy Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steve Quaglia**
**4 Jacob Way**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steven Altieri, Jr.**
**41 Red Oak Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steven Felici**
**59 Bridget Way**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steven G. Krawchuk**
**61 Adamsdale Avenue**
**S. Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Steven Mignacca**
**90 Turnstone Lane**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.02 |

**Steven Willand Inc.**
**23 Route 206**
**PO Box 9**
**Augusta, NJ 07822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

---

Debtor   **The Highland Country Club of Attleboro, Mass.**

Case number (if known)   **18-10235**

Name

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sturdy Mem Foundation Inc.**
Attn: Joe Casey
P.O. Box 2963
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Sun Chronicle**
34 South Main Street
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Susan Silva**
620 South Street
Wrentham, MA 02093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Susan Speicher**
130 Maryann Way
North Attleboro, MA 02760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Swank Inc.**
656 Joseph Warner Boulevard
Attn: Ray
Taunton, MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terrance Mahoney**
24 Abbie Lane
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.00 |
|---|---|---|---|

**The O'Keefe Group**
17 Bank Street
PO Box 1240
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **The Highland Country Club of Attleboro, Mass.**      Case number (if known)    **18-10235**

Name

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**Theodore Carmone**
**46 Beach Street**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Theodore Carmone, Sr.**
**30 Bourne Road**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Theresa Gormley**
**21 Kingsley Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Thomas Charboneau**
**12 Buckthorn Lane**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Thomas D. Shaunessy**
**412 Broadway**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Thomas F. Westcott**
**95 Mechanic Street Unit 8**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Thomas Farrell**
**5 Circuit Drive**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Member/Bondholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**   Case number (if known)   **18-10235**

Name

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas H. Cuddy**
**140 North Main Street**
**Unit 10A**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Laviano**
**38 Wayland Avenue**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas McComb**
**7 Reservoir Road**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Molinari**
**63 James Foley Drive**
**    MA 02700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Higgins**
**34 Old Stagecoach Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Sullivan**
**151 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Timothy Gilmore**
**36 Laurie Lane**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
Name

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Timothy Wynne** | ☐ Contingent | |
| | **3 Hyde Avenue** | ☐ Unliquidated | |
| | **Pawtucket, RI 02861** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|
| | **TM Productions** | ☐ Contingent | |
| | **PO Box 726** | ☐ Unliquidated | |
| | **Foxboro, MA 02035** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Todd Carges** | ☐ Contingent | |
| | **39 Raymond Tatro Lane** | ☐ Unliquidated | |
| | **North Attleboro, MA 02760** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Todd Page** | ☐ Contingent | |
| | **13 Paddock Drive** | ☐ Unliquidated | |
| | **Plainville, MA 02762** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,590.00 |
|---|---|---|---|
| | **TOG** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Tom Grant** | ☐ Contingent | |
| | **7 Deer Path Lane** | ☐ Unliquidated | |
| | **Mansfield, MA 02048** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Member/Bondholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.20 |
|---|---|---|---|
| | **Trimark United East** | ☐ Contingent | |
| | **PO Box 3505** | ☐ Unliquidated | |
| | **Attleboro, MA 02703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
Name

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.66 |
|---|---|---|---|

**Turf Enhancement Enterprises**
**6 Jesscia J. Drive**
**Millbury, MA 01527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $744.95 |
|---|---|---|---|

**Turf Products LLC**
**Department 950**
**PO Box 4110**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tyler Hathaway**
**75 Cathedral Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.57 |
|---|---|---|---|

**U.S. Bank Equipment Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,221.80 |
|---|---|---|---|

**U.S. Food Service**
**PO Box 842700**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Victor J. Gulino**
**6 Fairway Drive**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vincent Iacozzi**
**55 Jacob Drive**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Member/Bondholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**                Case number (if known)   **18-10235**
_____
Name

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Virginia A. Borden**
**38 Wings Neck Road**
**Pocasset, MA 02559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**W. Stephen Varney**
**19 Lakeshore Road, #C7**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walter Cekala**
**105 Fales Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wendell E. Smith**
**3508 Whelford Way**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Westcott Construction Co.**
**135 East Washington Street**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William  Bliss**
**54 Oakridge Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Clarkin**
**55 John J. Swanezy Road**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Highland Country Club of Attleboro, Mass. | Case number (if known) | 18-10235 |
|---|---|---|---|
| | Name | | |

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Conroy**
**41 Stone Ridge Road**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Cote**
**262 Broad Street**
**Polymet Corp.**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Dunlea**
**52 Orchard Street**
**Medfield, MA 02052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Dunlea**
**52 Orchard Street**
**Medfield, MA 02052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Ginn**
**12 Harvard Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William J. Gaskin**
**170 Cumberland Avnue**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William J. Walsh**
**63 Lincoln Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **The Highland Country Club of Attleboro, Mass.**          Case number (if known)   **18-10235**
       Name

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Pescod**
**59 Brigham Hill Road**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William S. Murray**
**191 Staples Road**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Scott Ebert**
**P.O. Box 505**
**19 Ohio Lane**
**East Falmouth, MA 02536**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Vine**
**18 Reservoir Street**
**North Attleboro, MA 02760**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William Walsh**
**36 Ridgeland Drive**
**Cumberland, RI 02864**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Willis A. Newton**
**7 Melody Drive**
**Attleboro, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Yogen Chemburkar**
**15 Plowshare Court**
**Mansfield, MA 02048**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member/Bondholder**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **The Highland Country Club of Attleboro, Mass.**                    Case number (if known)    **18-10235**
          _____
          Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Young's Caterers**
**364 Newman Ave**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Margaret M. Pinkham, Esq.**<br>**42 Pleasant Street**<br>**Woburn, MA 01801-1000** | Line **3.194**<br><br>☐  Not listed. Explain _____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 464,196.01 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 464,196.01 |