**Fill in this information to identify the case:**

Debtor name: **The Highland Country Club of Attleboro, Mass.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **18-10235**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $   1,400,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $   500,304.08

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $   1,900,304.08

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   $   1,311,843.36

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $   0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   464,196.01

4. **Total liabilities** ...........................................................................................................................   $   1,776,039.37
   Lines 2 + 3a + 3b